ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
(sjacobson.law@verizon.net)
P. O. Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814
Fax: (808) 377-1814

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 4 2006

at 11 o'clock and 39 min. ___M
SUE BEITIA, CLERK

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>PLAINTIFFS' MOTION TO ALTER OR AMEND OR FOR RELIEF FROM ORDER; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Barry M. Kurren |

## PLAINTIFFS' MOTION TO ALTER OR AMEND OR FOR RELIEF FROM ORDER

Plaintiffs ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees

of the Morgan Family Revocable Living Trust Under Agreement Dated September

20, 1990, as Amended ("Plaintiffs" or "Morgans"), hereby move for an Order of

526283.V1

the Court altering or amending or relieving them from portions of the Order filed in this action on March 2, 2006.

Specifically, Plaintiffs move for alteration, amendment, or relief from the Court's new and erroneous *sua sponte* finding (at 6) that Plaintiffs did not cite the *Earth Elements* and *Ritchie* decisions "until now," and all of the Court's new conclusions based thereon.

This Motion is made pursuant to FRCP Rules 7(b), 59(e) and 60(b)(1), and Local Rule 7, on the ground that said findings and conclusions are the result of the clear error.

This Motion is based upon the following memorandum, the records and files herein, and such other and further evidence and argument as may subsequently be presented.

DATED: Honolulu, Hawaii, March 4, 2006.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Corporation

_____
STEVEN B. JACOBSON
Attorneys for Plaintiffs