IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>MEMORANDUM IN SUPPORT OF MOTION |

### MEMORANDUM IN SUPPORT OF MOTION

On March 2, 2006, this Court entered a purported Order granting in part and denying in part Plaintiffs' Rule 60(b)(1) motion filed November 17, 2005.

At the time the purported Order was entered, this Court lacked jurisdiction to resolve Rule 60(b) motions because of the pending Ninth Circuit appeal. *Crateo, Inc. v. Intermark, Inc.*, 536 F.2d 862, 869 (9th Cir.), *cert. denied*, 429 U.S. 896 (1979).

Plaintiffs have asked the Ninth Circuit for a limited remand, to allow the Court to properly rule on the 60(b) motion as well as the pending fee and cost motions, now that it has indicated its willingness to do so. See *Crateo, supra.*

526283.V1

When doing so, the Court should delete its new and erroneous *sua sponte* finding (at 6) that Plaintiffs did not cite the *Earth Elements* and *Ritchie* decisions "until now," and all of the Court's new conclusions based thereon.

In reality, although the Court apparently overlooked them, both *Earth Elements* and *Ritchie* were cited before entry of judgment in Plaintiffs' Trial Brief (at 16-17, 25), Plaintiffs' proposed Findings (at 30) and Plaintiffs' proposed Conclusions (at 35-36), and again after entry of judgment in Plaintiffs' Motion for Entry of Amended and Additional Findings and Conclusions, etc., filed August 1, 2005 (requested amendments and additions, at 39-40).

DATED: Honolulu, Hawaii, March 4, 2006.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON
Attorneys for Plaintiffs