IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>       Plaintiffs,<br><br>  v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>       Defendant. | CIVIL NO. 00-00145 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was

served on this date by first-class United States mail upon the following:

NEIL F. HULBERT, ESQ.
Alston Hunt Floyd & Ing
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawaiʻi 96813

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DATED:  Honolulu, Hawaii, March 4, 2006.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company


STEVEN B. JACOBSON
Attorneys for Plaintiffs