IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>        Defendant.<br>_____ | CV. NO. 00-00145 BMK |

ORDER DENYING PLAINTIFFS' MOTION TO ALTER OR
AMEND OR FOR RELIEF FROM ORDER

Before the Court is Plaintiffs' Motion To Alter Or Amend Or For Relief From Order filed on March 2, 2006.  Plaintiffs' motion is DENIED.

   IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated:  March 8, 2006