ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON      4117-0
(sjacobson.law@verizon.net)
P. O. Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814
Fax: (808) 377-1814

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 4 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>PLAINTIFFS' EX PARTE MOTION FOR ORDERS (1) VACATING THE COURT'S ORDER OF MARCH 2, 2006, AND ITS ORDER DENYING RECONSIDERATION THEREOF and (2) ENTERING A NEW AND CORRECTED ORDER RESOLVING PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; ATTACHMENT; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Barry M. Kurren |

<u>PLAINTIFFS' EX PARTE MOTION FOR ORDERS (1) VACATING THE COURT'S ORDER OF MARCH 2, 2006, AND ITS ORDER DENYING RECONSIDERATION THEREOF and (2) ENTERING A NEW AND CORRECTED ORDER RESOLVING PLAINTIFFS' MOTION FOR RELIEF FROM JUDGMENT</u>

In light of the Ninth Circuit's limited remand Order of March 30, 2006 (attached), Plaintiffs ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust under Agreement dated September 20, 1990, as Amended ("Plaintiffs" or "Morgans"), hereby move for Orders of the Court as follows:

1) Vacating the Court's Order resolving Plaintiffs' Motion for Relief from Judgment filed March 2, 2006, and the Court's subsequent Order denying reconsideration thereof, as void for lack of jurisdiction at the time they were entered.

2) Entering a new Order on Plaintiffs' Motion for Relief from Judgment, now that the Ninth Circuit has granted a limited remand for that purpose, without the erroneous *sua sponte* finding in the Order of March 2, 2006 (at 6) that Plaintiffs did not cite the *Earth Elements* and *Ritchie* decisions "until now," and all conclusions based thereon.

This Motion is made pursuant to the Ninth Circuit's Order of March 30, 2006, FRCP Rules 7(b) and 60(b)(1 & 4), and Local Rule 7.

2

This Motion is based upon the following memorandum and attachment, the records and files herein, and such other and further evidence and argument as may subsequently be presented.

DATED: Honolulu, Hawaii, April 4, 2006.

                                        STEVEN B. JACOBSON
                                        Attorney at Law
                                        A Limited Liability Law Corporation

                                        STEVEN B. JACOBSON
                                        Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on this date by hand delivery or first-class United States mail upon:

NEIL F. HULBERT, ESQ.
Alston Hunt Floyd & Ing
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DATED: Honolulu, Hawaii, April 4, 2006.

                                  STEVEN B. JACOBSON
                                  Attorney at Law
                                  A Limited Liability Law Company

                                  STEVEN B. JACOBSON
                                  Attorneys for Plaintiffs