FILED

UNITED STATES COURT OF APPEALS

MAR 30 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| ALBERT R. MORGAN; et al., | No. 05-17145 |
|---|---|
| Plaintiffs - Appellants, | D.C. No. CV-00-00145-BMK |
| v. | District of Hawaii, Honolulu |
| CHICAGO TITLE INSURANCE COMPANY, | ORDER |
| Defendant - Appellee. | |

The court has received the appellants' motion for a limited remand to invest the district court with jurisdiction to rule on the post-judgment motion for relief from judgment. Based on the appellants' statement that the district court judge has ruled on the motion, the motion for a limited remand is granted nunc pro tunc.

To the extent the appellants' motion requests a further limited remand to invest the district court with jurisdiction to rule on the motion regarding attorneys' fees and expenses, the motion is denied as unnecessary. The post-judgment motion for attorney's fees was filed within the time limit set forth at Federal Rule of Civil Procedure 54. Therefore, a limited remand is not necessary to invest the district court with jurisdiction to rule on the noted motion.

05-17145

To the extent the appellants seek a limited remand to invest the district court with jurisdiction to consider the cost bill, the motion is denied as unnecessary.

The briefing schedule is reset as follows: the opening brief is due May 3, 2006; the answering brief is due June 2, 2006; the optional reply brief is due 14 days after service of the answering brief.

The appellants are reminded that a request for relief from this court should state the position of opposing counsel. *See* Circuit Advisory Committee Note to Ninth Circuit Rule 27-1, paragraph (5).

For the Court:
CATHY A. CATTERSON
Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 3.27