Of Counsel:
ALSTON HUNT FLOYD & ING
Attorney At Law
A Law Corporation

NEIL F. HULBERT          1143-0
JADE LYNNE CHING         5808-0
LAURA P. COUCH           7860-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
e-mail: lpc@ahfi.com

Attorneys for Defendant
CHICAGO TITLE INSURANCE
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>　　　　Defendant. | CIVIL NO. CV00 00145 BMK<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT CHICAGO TITLE INSURANCE COMPANY; CERTIFICATE OF SERVICE** |

611299/3968-37

## NOTICE OF APPEARANCE FOR
## DEFENDANT CHICAGO TITLE INSURANCE COMPANY

NEIL F. HULBERT, JADE LYNNE CHING, LAURA P. COUCH and the law firm of ALSTON HUNT FLOYD & ING, hereby enter appearance as counsel of record for Defendant Chicago Title Insurance Company, in the above-captioned matter. Troy T. Fukuhara is hereby withdrawn as counsel for Defendant Chicago Title Insurance Company since he is no longer employed at Alston Hunt Floyd & Ing.

DATED: Honolulu, Hawai`i, 4/25/06.

/S/ Laura P. Couch
NEIL F. HULBERT
JADE LYNNE CHING
LAURA P. COUCH
Attorneys for Defendant Chicago
 Title Insurance Company