IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>      Plaintiff,<br><br>  vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>      Defendant. | CIVIL NO. CV00 00145 BMK<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following by having said copy deposited in the United States mail, postage prepaid, addressed as follows:

    STEVEN B. JACOBSON, ESQ
    P.O. Box 240761
    Honolulu, Hawai`i  96824-0761

    Attorney for Plaintiff

    DATED:  Honolulu, Hawai`i, __4/25/06__.

                                  /S/ Laura P. Couch
                                  NEIL F. HULBERT
                                  JADE LYNNE CHING
                                  LAURA P. COUCH
                                  Attorneys for Defendant
                                  CHICAGO TITLE INSURANCE COMPANY