IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>            Plaintiffs,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br>            Defendant.<br>_____ | CIVIL NO. 00-00145 BMK<br><br>ORDER DENYING PLAINTIFFS' EX PARTE MOTION FOR ORDERS (1) VACATING THE COURT'S ORDER OF MARCH 2, 2006, AND ITS ORDER DENYING RECONSIDERATION THEREOF and (2) ENTERING A NEW AND CORRECTED ORDER RESOLVING PLAINTIFFS' MOTION FOR RELIEF OF JUDGMENT |

ORDER DENYING PLAINTIFFS' EX PARTE MOTION FOR ORDERS (1) VACATING THE COURT'S ORDER OF MARCH 2, 2006, AND ITS ORDER DENYING RECONSIDERATION THEREOF and (2) ENTERING A NEW AND CORRECTED ORDER RESOLVING PLAINTIFFS' MOTION FOR RELIEF OF JUDGMENT

On April 4, 2006, Plaintiffs Albert R. Morgan, Jr. and Alice H. Morgan ("Plaintiffs") filed an ex parte Motion for Orders (1) Vacating the Court's Order of March 2, 2006, and its Order Denying Reconsideration Thereof and (2) Entering a New and Corrected Order Resolving Plaintiffs' Motion for Relief From Judgment ("Motion"). Plaintiffs claim that the Court lacked jurisdiction to enter its March 2, 2006 Order Granting in Part and Denying in Part Plaintiffs' Motion for

Relief from Judgment ("March 2, 2006 Order") as this case was on appeal with the Ninth Circuit and that the Court should correct erroneous findings.

On March 30, 2006, the Ninth Circuit issued an order granting Plaintiffs' motion for a limited remand to invest the district court with jurisdiction to rule on the post-judgment motion for relief from judgment.  The Ninth Circuit further explained that because the Court already ruled upon the motion for relief from judgment, Plaintiffs' motion for limited remand is granted <u>nunc pro tunc</u>.  In other words, the Ninth Circuit retroactively applied its order granting limited remand and thus the Court had jurisdiction to enter its March 2, 2006 Order.  Finally, the Court Denies Plaintiffs' request to amend the March 2, 2006 Order.  Accordingly, the Court hereby DENIES Plaintiffs' Motion.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: May 8, 2006

ALBERT R. MORGAN, JR., ET AL. V. CHICAGO TITLE INSURANCE COMPANY; CV. NO. 00-00145 BMK; ORDER DENYING PLAINTIFFS' EX PARTE MOTION FOR ORDERS (1) VACATING THE COURT'S ORDER OF MARCH 2, 2006, AND ITS ORDER DENYING RECONSIDERATION THEREOF and (2) ENTERING A NEW AND CORRECTED ORDER RESOLVING PLAINTIFFS' MOTION FOR RELIEF OF JUDGMENT