ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON      4117-0
(sjacobson.law@hawaiiantel.net)
P. O. Box 240761
Honolulu, HI  96824-0761
Telephone:  (808) 377-1814
Fax:  (808) 377-1814

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 1 2006

at 3 o'clock and 16 min. P M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>          Plaintiffs,<br><br>     v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>          Defendant. | CIVIL NO. 00-00145 BMK<br><br>NOTICE OF APPEAL; REPRESENTATION STATEMENT |

## NOTICE OF APPEAL

Plaintiffs Albert R. Morgan, Jr. and Alice H. Morgan, Trustees, hereby

appeal to the United States Court of Appeals for the Ninth Circuit from the

following:

1.  The Court's Order filed May 8, 2006, and its underlying Order of March 2, 2006, filed *nunc pro tunc* by Ninth Circuit Order filed March 30, 2006, except insofar as the underlying Order properly vacated the Court's earlier erroneous finding that "Plaintiffs received $30,096.64 from Dimiceli as part of the settlement."

2.  The Court's Order Denying Plaintiffs' Motion for an Award of their Attorneys' Fees and Expenses and Granting Plaintiffs' Costs, filed May 26, 2006, insofar as it denied Plaintiffs any award of their attorneys' fees, and insofar as it miscalculated the total costs awarded, denied Plaintiffs $194.48 of transcript costs, and denied Plaintiffs interest on their Ninth Circuit cost award of June 13, 2003.

DATED:  Honolulu, Hawai'i, June 1, 2006.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company


STEVEN B. JACOBSON
Attorneys for Plaintiffs