IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>REPRESENTATION STATEMENT |

REPRESENTATION STATEMENT

Plaintiffs-Appellants are Albert R. Morgan, Jr. and Alice H. Morgan, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended.

Their counsel is Steven B. Jacobson, Steven B. Jacobson, AAL, ALLLC, P.O. Box 240761, Honolulu, HI 96824-0761, 808-377-1814 (tel & fax, call before faxing).

Defendant-Appellee is Chicago Title Insurance Company.

Its counsel are Neil F. Hulbert, Jade Lynne Ching and Laura P. Couch, Alston, Hunt, Floyd & Ing, 1001 Bishop Street, ASB Tower, 18th Floor, Honolulu, HI 96813, 808-524-1800 (tel), 808-524-4591 (fax).

DATED: Honolulu, Hawai'i, June 1, 2006.

                                      STEVEN B. JACOBSON
                                      Attorney at Law
                                      A Limited Liability Law Company

                                      _____
                                      STEVEN B. JACOBSON
                                      Attorneys for Plaintiffs-Appellants