AO83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only
Receipt   235303
Trans     140152

Received From:   STEVEN JACOBSON
Case Number:
Reference Number:   CV 00-145

| | | | |
|---|---|---|---|
| | | Check | 455.00 |
| | | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | | Total | 455.00 |
| | | Tend | 455.00 |
| | | Due | 0.00 |

06/01/2006 03:18:07 PM     Deputy Clerk: et/LG