ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
(sjacobson.law@verizon.net)
P. O. Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814
Fax: (808) 377-1814

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 1 2006

at 3 o'clock and 15 min P M
SUE BEITIA, CLERK

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>PLAINTIFFS' MOTION TO ALTER OR AMEND; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Barry M. Kurren |

PLAINTIFFS' MOTION TO ALTER OR AMEND

Plaintiffs ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees

of the Morgan Family Revocable Living Trust Under Agreement Dated September

526283.V1

20, 1990, as Amended ("Plaintiffs" or "Morgans"), hereby move for an Order of the Court altering or amending aspects of the Order filed on May 26, 2006.

Specifically, Plaintiffs move for alteration or amendment of the amount awarded for costs as follows:

1. Correcting an apparent computation error, to increase the amount of the cost award from $3,526.38 to $3,548.77;

2. Awarding an additional $194.48 for transcripts; and.

3. Awarding the interest requested on the Ninth Circuit's cost award.

This Motion is made pursuant to FRCP Rules 7(b), 59(e) and 60(b)(1) and Local Rule 7, and is based upon the following memorandum, the records and files herein, and such other and further evidence and argument as may subsequently be presented.

DATED: Honolulu, Hawaii, June 1, 2006.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Corporation

STEVEN B. JACOBSON
Attorneys for Plaintiffs