IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on this date by hand delivery or first-class United States mail upon the following:

NEIL F. HULBERT, ESQ.
Alston Hunt Floyd & Ing
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

526283.V1

DATED: Honolulu, Hawaii, June 1, 2006.

                                        STEVEN B. JACOBSON
                                        Attorney at Law
                                        A Limited Liability Law Company

                                        STEVEN B. JACOBSON
                                        Attorneys for Plaintiffs

526283.V1