IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br>　　　　　Defendant.<br>_____ | CIVIL NO. 00-00145 BMK<br><br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO ALTER OR AMEND |

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO ALTER OR AMEND

　　　　Before the Court is Plaintiffs' Motion to Alter or Amend. Pursuant to LR 7.2(d), the Court finds this matter suitable for disposition without a hearing. In this Motion, Plaintiffs seek to amend the amount of the cost award from $3,526.38 to $3,548.77, and be awarded an additional $194.48 for transcript costs and interest on the Ninth Circuit's cost award. The Court agrees that the cost award should equal $3,548.77. The Court however, denies Plaintiffs' request for transcript and interest costs as the Court has addressed this request in its previous order filed on May 26, 2006, and finds no grounds to amend its decision to deny these costs.

## CONCLUSION

Based upon the foregoing reasons, the Court hereby GRANTS IN PART and DENIES IN PART Plaintiffs' Motion to Alter or Amend. The costs awarded to Plaintiffs shall be amended from $3,526.38 to $3,548.77.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: June 6, 2006

Albert R. Morgan, Jr. et al. v. Chicago Title Insurance Co.; Civ No. 00-00145 BMK; ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO ALTER OR AMEND

2