ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 2 2006

at 3 o'clock and 04 min. PM
SUE BEITIA, CLERK

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
(sjacobson.law@hawaiiantel.net)
P. O. Box 240761
Honolulu, HI  96824-0761
Telephone:  (808) 377-1814

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended, <br><br> Plaintiffs, <br><br> v. <br><br> CHICAGO TITLE INSURANCE COMPANY, <br><br> Defendant. | CIVIL NO. 00-00145 BMK <br><br> AMENDED NOTICE OF APPEAL |

AMENDED NOTICE OF APPEAL

Plaintiffs Albert R. Morgan, Jr. and Alice H. Morgan, Trustees, hereby

amend their Notice of Appeal filed June 1, 2006, to include appeals to the United

States Court of Appeals for the Ninth Circuit from all of the following:

1.  The Court's Order filed May 8, 2006, and its underlying Order of March 2, 2006, filed *nunc pro tunc* by Ninth Circuit Order filed March 30, 2006, except insofar as the underlying Order properly vacated the Court's earlier erroneous finding that "Plaintiffs received $30,096.64 from Dimiceli as part of the settlement."

2.  The Court's Order Denying Plaintiffs' Motion for an Award of their Attorneys' Fees and Expenses and Granting Plaintiffs' Costs, filed May 26, 2006, insofar as it denied Plaintiffs any award of their attorneys' fees, denied Plaintiffs $194.48 of transcript costs, and denied Plaintiffs interest on their Ninth Circuit cost award of June 13, 2003.

3.  The Court's Order Granting in Part and Denying in Part Plaintiffs' Motion to Alter or Amend, filed June 6, 2006, insofar as it denied aspects of Plaintiffs' Motion to Alter or Amend filed June 1, 2006.

DATED:  Honolulu, Hawai'i, June 11, 2006.


STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company


STEVEN B. JACOBSON
Attorneys for Plaintiffs