# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** Albert R. Morgan, Jr., et al., vs. Chicago Title Insurance Company

U.S. COURT OF APPEALS DOCKET NUMBER: 06-16125

U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

U.S. DISTRICT COURT DOCKET NUMBER: Civil No. 00-00145BMK

II **DATE NOTICE OF APPEAL FILED:** June 1, 2006

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

DOCKET FEE PAID ON: 06/01/06    AMOUNT: $455.00

NOT PAID YET:    BILLED:

U.S. GOVERNMENT APPEAL:    FEE WAIVED:

WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

IF YES, SHOW DATE:    & ATTACH COPY OF ORDER/CJA

WAS F.P. STATUS REVOKED:    DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

IV **COMPANION CASES, IF ANY:**

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 0 3 2006
DISTRICT OF HAWAII

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)