UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 19 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALBERT R. MORGAN; et al., | Nos. 05-17145, 06-16175 |
| Plaintiffs - Appellants, | D.C. No. CV-00-00145-BMK<br>District of Hawaii, Honolulu |
| v. | |
| CHICAGO TITLE INSURANCE COMPANY, | ORDER |
| Defendant - Appellee. | |

Before: HAWKINS and THOMAS, Circuit Judges.

On May 12, 2006, in appeal No. 05-17145 appellants filed an amended notice of appeal of the district court's May 8, 2006 order granting in part and denying in part appellants' motion for relief from judgment and motion for reconsideration thereto. However, rather than file the amended notice of appeal as a new notice of appeal, appellants filed an amended notice of appeal of appellants' already pending appeal. The court *sua sponte* files the amended notice of appeal of the district court's May 8, 2006 order as a new notice of appeal. *See* Fed. R. App. P. 4(b)(ii).

In light of this order, appellee's motion to strike the amended notice of appeal in appeal No. 05-17145 is denied as moot.

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 21 2006

DISTRICT OF HAWAII

05-17145, 06-16175

On June 12, 2006, in appeal No. 06-16175 appellants filed an amended notice of appeal of the district court's June 7, 2006 order granting in part and denying in part appellants' motion to alter or amend the order on the motion for attorney fees. Appellants' notice of appeal in appeal No. 06-16175 is amended to include the June 7, 2006 order.

Appellants' motion to consolidate these appeals is granted. Appeal Nos. 05-17145 and 06-16175 are consolidated with appellants' new appeal of the district court's May 8, 2006 order. The Clerk shall amend the docket to reflect that these three appeals are consolidated.

The following briefing schedule shall govern these three consolidated appeals: the consolidated supplemental opening brief and excerpts of record are due August 30, 2006; the consolidated answering brief is due September 29, 2006; and the consolidated optional reply brief is due within 14 days after service of the answering brief.