RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 14 2006
DISTRICT OF HAWAII

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

FILED
AUG 10 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| ALBERT R. MORGAN; et al., | Nos. 05-17145 |
| Plaintiffs - Appellants, | 06-16175 |
| | 06-16292 |
| v. | |
| | D.C. No. CV-00-00145-BMK |
| CHICAGO TITLE INSURANCE COMPANY, | District of Hawaii, Honolulu |
| | ORDER |
| Defendant - Appellee. | |

The court has received the parties' stipulated motion to voluntarily dismiss appeal No. 06-16292 without prejudice. The parties are informed that dismissal without prejudice is limited to instances in which the dismissal would be without prejudice to reinstatement upon the occurrence of a specified event. Appendix A(45), General Orders of the United States Court of Appeals. The motion is denied without prejudice to the parties filing a renewed motion. The parties are reminded that the words "without prejudice" do not constitute a comment by this court regarding the merits of the case.

Court records show that the $455 docketing and filing fee has not been paid for case No. 06-16292. On or before August 24, 2006, the appellants shall (1) pay the fee at the district court and provide written verification of payment to this court or (2) file a motion to proceed in forma pauperis. Failure to timely comply will result in dismissal of case No. 06-16292 for failure to prosecute pursuant to Ninth Circuit Rule 42-1 without further notice.

05-17145

The joint motion for an extension of time within which to file the supplemental opening brief is granted in part. The request for an extension of time is granted. The supplemental opening brief is now due September 13, 2006. The consolidated answering brief is due October 13, 2006. The optional reply brief is due 14 days after service of the answering brief.

The request for leave to file a consolidated answering brief with up the same number of pages or words as the appellant's opening brief and supplemental opening brief is denied without prejudice to the appellee filing a motion for leave to file an oversized brief pursuant to Ninth Circuit Rule 32-2. The appellee is reminded that a motion for leave to file an oversized brief must be accompanied by a single copy of the proposed brief.

For the Court:
CATHY A. CATTERSON
Clerk of the Court

_Teresa A. Haugen_
Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 8.7

2

**RECEIVED**
CLERK, U.S. DISTRICT COURT

Aug 1 4 2006

DISTRICT OF HAWAII

---

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
P.O. Box 50129
Honolulu, HI 96850

---

gar
05-17145