*mailed copy to 9CCA - 8/23/06*

# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

For Internal Use Only

| | |
|---|---|
| Receipt | 236334 |
| Trans | 141537 |

Received From:   STEVEN B. JACOBSON
Case Number:
Reference Number:   CV 00-0145

|  | | |
|---|---|---|
| Check | | 455.00 |
| Total | | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |

| | |
|---|---|
| Total | 455.00 |
| Tend | 455.00 |
| Due | 0.00 |

08/23/2006 09:42:26 AM      Deputy Clerk:  lg/AC