# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  February 13, 2007

To: United States Court of Appeals     Attn: (x)   Civil
       For the Ninth Circuit
       Office of the Clerk                                    ( )   Criminal
       95 Seventh Street
       San Francisco, California 94103              ( )   Judge

From: United States District Court
         300 Ala Moana Blvd. Room C-338
         Honolulu, Hawaii 96813

DC No:          CV 00-00145BMK           Appeal No:   05-17145
Short Title:    Morgan vs. Chicago Title Ins. Co.

Clerk's Files in      14      volumes  (✓) original  ( ) certified copy
Bulky docs      _____  volumes (folders)  docket #
Reporter's Transcripts   _____  volumes  ( ) original  ( ) certified copy
Exhibits        _____  volumes  ( ) under seal
                _____  boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: