


Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 355-8000

May 8, 2007

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-17145 | Morgan v. Chicago Title Ins Co | CV-00-00145-BMK |
| 06-16175 | Morgan v. Chicago Title Ins Co | CV-00-00145-DAE/BMK |
| 06-16292 | Morgan v. Chicago Title Ins Co | CV-00-00145-BMK |

Dear Clerk:

The following document in the above listed causes are being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Gerald Rosen
Deputy Clerk

**RECEIVED**
CLERK, U.S. DISTRICT COURT
MAY 10 2007
DISTRICT OF HAWAII

Enclosure(s)
cc: All Counsel

```
                                                              MOATT    INVATT
                                                                            i
```

INTERNAL USE ONLY: Proceedings include all events.
05-17145 Morgan, et al v. Chicago Title Ins Co

ALBERT R. MORGAN                          Steven B. Jacobson, Esq.
    Plaintiff - Appellant              FAX 808/377-1814
                                          808/377-1814
                                          [COR LD NTC ret]
                                          P.O. Box 240761
                                          Honolulu, HI 96824-0761

ALICE H. MORGAN, Trustees of              Steven B. Jacobson, Esq.
the Morgan Family Revocable               (See above)
Living Trust Under Agreement              [COR LD NTC ret]
dated 9/20/90, as amended
    Plaintiff - Appellant

  v.

CHICAGO TITLE INSURANCE                   Jade Lynne Ching
COMPANY                                   FAX 808/524-4591
    Defendant - Appellee                808/524-1800
                                          18th Floor
                                          [ret]
                                          Troy T. Fukuhara, Esq.
                                          FAX 808/524-4591
                                          808/524-1800
                                          Suite 1800
                                          [ret]
                                          ALSTON HUNT FLOYD & ING
                                          1001 Bishop Street
                                          1800 Pacific Tower
                                          Honolulu, HI 96813

                                          Neil F. Hulbert, Esq.
                                          FAX 808/524-4591
                                          808/524-1800
                                          18th Floor
                                          [COR LD NTC ret]
                                          Neil F. Hulbert, Esq.
                                          (See above)
                                          [COR LD NTC ret]
                                          ALSTON HUNT FLOYD & ING
                                          1001 Bishop Street
                                          ASB Tower
                                          Honolulu, HI 96813

```
                                                          MOATT   INVATT
                                                                       i
```

INTERNAL USE ONLY: Proceedings include all events.
06-16175 Morgan, et al v. Chicago Title Ins Co

ALBERT R. MORGAN                      Steven B. Jacobson, Esq.
     Plaintiff - Appellant            FAX 808/377-1814
                                      808/377-1814
                                      [COR LD NTC ret]
                                      P.O. Box 240761
                                      Honolulu, HI 96824-0761

ALICE H. MORGAN, Trustees of          Steven B. Jacobson, Esq.
the Morgan Family Revocable           (See above)
Living Trust Under Agreement          [COR LD NTC ret]
dated 9/20/90, as amended
     Plaintiff - Appellant


     v.

CHICAGO TITLE INSURANCE               Jade Lynne Ching
COMPANY                               FAX 808/524-4591
     Defendant - Appellee             808/524-1800
                                      18th Floor
                                      [COR LD ret]
                                      Troy T. Fukuhara, Esq.
                                      FAX 808/524-4591
                                      808/524-1800
                                      Suite 1800
                                      [COR LD ret]
                                      ALSTON HUNT FLOYD & ING
                                      1001 Bishop Street
                                      1800 Pacific Tower
                                      Honolulu, HI 96813

                                      Neil F. Hulbert, Esq.
                                      FAX 808/524-4591
                                      808/524-1800
                                      18th Floor
                                      [COR LD NTC ret]
                                      Neil F. Hulbert, Esq.
                                      (See above)
                                      [COR LD NTC ret]
                                      ALSTON HUNT FLOYD & ING
                                      1001 Bishop Street
                                      ASB Tower
                                      Honolulu, HI 96813


Docket as of March 29, 2007 11:08 pm                 Page 2    NON-PUBLIC

```
                                                              MOATT   INVATT
                                                                           i
```

INTERNAL USE ONLY: Proceedings include all events.
06-16292 Morgan, et al v. Chicago Title Ins Co

| | |
|---|---|
| ALBERT R. MORGAN<br>    Plaintiff - Appellant | Steven B. Jacobson, Esq.<br>FAX 808/377-1814<br>808/377-1814<br>[COR LD NTC ret]<br>P.O. Box 240761<br>Honolulu, HI 96824-0761 |
| ALICE H. MORGAN, Trustees of<br>the Morgan Family Revocable<br>Living Trust Under Agreement<br>dated 9/20/90, as amended<br>    Plaintiff - Appellant | Steven B. Jacobson, Esq.<br>(See above)<br>[COR LD NTC ret] |

   v.

| | |
|---|---|
| CHICAGO TITLE INSURANCE<br>COMPANY<br>    Defendant - Appellee | Jade Lynne Ching<br>FAX 808/524-4591<br>808/524-1800<br>18th Floor<br>[ret]<br>Troy T. Fukuhara, Esq.<br>FAX 808/524-4591<br>808/524-1800<br>Suite 1800<br>[ret]<br>ALSTON HUNT FLOYD & ING<br>1001 Bishop Street<br>1800 Pacific Tower<br>Honolulu, HI 96813<br><br>Neil F. Hulbert, Esq.<br>FAX 808/524-4591<br>808/524-1800<br>18th Floor<br>[COR LD NTC ret]<br>Neil F. Hulbert, Esq.<br>(See above)<br>[COR LD NTC ret]<br>ALSTON HUNT FLOYD & ING<br>1001 Bishop Street<br>ASB Tower<br>Honolulu, HI 96813 |