# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 00-00145BMK |
| CASE NAME: | Albert R. Morgan, Jr., et al. v. Chicago Title Insurance Company |
| ATTYS FOR PLA: | Steven Jacobson |
| ATTYS FOR DEFT: | Neil Hulbert by phone, Laura Couch |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 05/29/2007 | TIME: | 9:30 - 9:45 |

COURT ACTION:  EP: Rescheduling Conference - no trial date set.

Briefing schedule Re the Judgment is as follows:
Memorandum in Support is due 7/31/2007.
Opposition is due 8/31/2007.
Reply to Opposition is due 9/20/2007.
Deadline for the court to submit an order is set for 11/5/2007 @ 9:30 a.m., BMK.

Mr. Hulbert to notify the court of his availability for a settlement conference before Judge Kevin S.C. Chang.

Submitted by Richlyn Young, Courtroom Manager