UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALBERT R. MORGAN; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant - Appellee. | Nos. 05-17145, 06-16175 and 06-16292<br><br>D.C. No. CV-00-00145-BMK<br><br>**AMENDED JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED IN PART, REVERSED IN PART and REMANDED.**

Filed and entered 04/06/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN - 4 2007

by: _____
Deputy Clerk