cc: BMK



Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939



RECEIVED
CLERK U.S. DISTRICT COURT
(415) 355-8000

JUN 0 8 2007
12-20 p
DISTRICT OF HAWAII

June 4, 2007

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

AMENDED

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-17145 | Morgan v. Chicago Title Ins Co | CV-00-00145-BMK |
| 06-16175 | Morgan v. Chicago Title Ins Co | CV-00-00145-BMK |
| 06-16292 | Morgan v. Chicago Title Ins Co | CV-00-00145-BMK |

Dear Clerk:

The following document in the above listed causes are being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Estela R. Urrutia
Deputy Clerk

Enclosure(s)
cc: All Counsel