# DISTRICT COURT RECORD RETURN FORM
## U.S. Court of Appeals for the Ninth Circuit

To: United States District Court
District of Hawaii
Office of the Clerk
300 Ala Moana Boulevard, Rm C-338
Honolulu, HI 96850

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 1 3 2007
8:30 A__
DISTRICT OF HAWAII

Date: June 5, 2007

From: Chambers of Judge Ikuta
U.S. Court of Appeals for the 9th Circuit
125 South Grand Avenue, Room 305
Pasadena, CA 91105
(626-229-7339)

Case Name: Morgan v. Chicago Title

DC No. 00-00145 BMK    Appeals No. 05-17145

Clerk's files in _14_ volumes        Original ✓    Certified Copy ☐

Bulky docs in ___ volumes (folders)

Reporter's Transcripts in _8_ volumes    ✓ Original    ☐ Certified Copy

Exhibits:  in ___    ☐ Envelopes    ☐ Under Seal

           in ___    ☐ Boxes        ☐ Under Seal

Other: _____

_____

Acknowledgment: _____     Date: _____

cc: SF Records Department
    Chambers Correspondence File