STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON          4117-0
(sjacobson.law@hawaiiantel.net)
P. O. Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 09 2007

at 10 o'clock and 51 min. a.m.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK ~~KSC~~<br><br>SUGGESTION OF DEATH; CERTIFICATE OF SERVICE |

## SUGGESTION OF DEATH

Plaintiff Alice H. Morgan, Trustee of the Morgan Family Revocable Living

Trust Under Agreement Dated September 20, 1990, as amended, suggests upon the

record pursuant to FRCP 25(a)(1-2) the death of her former co-trustee, her late

husband Plaintiff Albert R. Morgan, Jr., Trustee, during the pendency of this action.

Plaintiff Alice H. Morgan, Trustee, is now the sole trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as amended. This action should proceed in her favor under FRCP 25(a)(1-2). There is no need for a substitution of parties, and this action may be dismissed as to the late Mr. Morgan.

DATED: Honolulu, Hawai'i, July 9, 2007.

>                STEVEN B. JACOBSON
>                Attorney at Law
>                A Limited Liability Law Company
>
>                _____
>                STEVEN B. JACOBSON
>                Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>    Defendant. | CIVIL NO. 00-00145 BMK KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on this date by first-class mail or hand delivery upon the following:

NEIL F. HULBERT, ESQ.
Alston Hunt Floyd & Ing
18th Floor, Pacific Tower
1001 Bishop Street
Honolulu, Hawai'i 96813

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DATED: Honolulu, Hawaii, July 9, 2007

STEVEN B. JACOBSON
Attorneys for Plaintiffs