# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV00-00145BMK |
| CASE NAME: | Albert R. Morgan Jr., et al. vs. Chicago Title Insurance Company |
| ATTYS FOR PLA: | Steven Jacobson |
| ATTYS FOR DEFT: | Neil Hulbert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 7/16/2007 | TIME: | 1:00-1:30pm |

COURT ACTION:  EP: Settlement Conference.  Settlement Conference held.  No settlement.  Further Settlement Conference on call.

Submitted by: Shari Afuso, Courtroom Manager