STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
(sjacobson.law@hawaiiantel.net)
P. O. Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK-KSC<br><br>STIPULATION TO REVISION OF BRIEFING SCHEDULE; ORDER |

## STIPULATION TO REVISION OF BRIEFING SCHEDULE

Subject to the approval of the Court, IT IS HEREBY STIPULATED by and between the parties that the briefing schedule agreed to at the Status Conference herein on May 29, 2007, shall be revised as follows in light of Plaintiff's counsel's extensive and unanticipated involvement in another action:

1.	Plaintiff's memorandum in support of her request for entry of judgment in her favor on the issues remaining on remand (other than fees and costs incurred in this action) shall be due on August 31, 2007, rather than July 31, 2007.

2.	Defendant's opposition memorandum shall be due on October 1, 2007, rather than August 31, 2007.

3.	Plaintiff's reply shall be due on October 19, 2007, rather than September 20, 2007.

DATED:  Honolulu, Hawai'i, July 24, 2007.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

_____
STEVEN B. JACOBSON
Attorneys for Plaintiff

ALSTON HUNT FLOYD & ING

_____
NEIL F. HULBERT
LAURA P. COUCH
Attorneys for Defendant

APPROVED AND SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

CIVIL NO. 00-00145 BMK KSC; STIPULATION TO REVISION OF BRIEFING SCHEDULE; ORDER

2