IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>    Defendant. | CIVIL NO. CV00 00145 BMK<br><br>**DECLARATION OF LAURA P. COUCH** |

**DECLARATION OF LAURA P. COUCH**

I, Laura P. Couch, declare that:

1. I am an attorney at law, duly licensed to practice before this court, and am an attorney for Defendant Chicago Title Insurance Company ("Chicago Title") in this action.

2. I make this declaration based on my personal knowledge and am competent to testify about the matters contained in this Declaration.

3. Attached hereto as Exhibit 146 is a true and correct copy of trial exhibit 146 which was admitted into evidence by this Court on May 24, 2005.

4. Attached hereto as Exhibit 147 is a true and correct copy of trial exhibit 147 which was admitted into evidence by this Court on May 24, 2005.

5. Attached hereto as Exhibit 149 is a true and correct copy of trial exhibit 149 which was admitted into evidence by this Court on May 24, 2005.

6. Attached hereto as Exhibit 219 is a true and correct copy of trial exhibit 219 which was admitted into evidence by this Court on May 24, 2005.

7. Attached hereto as Exhibit 1006 is a true and correct copy of trial exhibit 1006 which was admitted into evidence by this Court on May 24, 2005.

8. Attached hereto as Exhibit 1019 is a true and correct copy of trial exhibit 1019 which was admitted into evidence by this Court on May 24, 2005.

9. Attached hereto as Exhibit 1020 is a true and correct copy of trial exhibit 1020 which was admitted into evidence by this Court on May 24, 2005.

10. Attached hereto as Exhibit 1021 is a true and correct copy of trial exhibit 1021 which was admitted into evidence by this Court on May 24, 2005.

11. Attached hereto as Exhibit 1022 is a true and correct copy of trial exhibit 1022 which was admitted into evidence by this Court on May 24, 2005.

12. Attached hereto as Exhibit 1024 is a true and correct copy of trial exhibit 1024 which was admitted into evidence by this Court on May 24, 2005.

13. Attached hereto as Exhibit 1055 is a true and correct copy of trial exhibit 1055 which was admitted into evidence by this Court on May 24, 2005.

14. Attached hereto as Exhibit 1056 is a true and correct copy of trial exhibit 1056 which was admitted into evidence by this Court on May 24, 2005.

15. Attached hereto as Exhibit "A" is a true and correct copy of the Morgan's Stipulated Trial Testimony.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Honolulu, Hawai`i, October 1, 2007.

                                    /s/ Laura P. Couch
                            LAURA P. COUCH