'98 JUN 26 P2:35

*[signature]*

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of Morgan Family Revocable Living Trust under Agreement dated September 20, 1990, as amended,<br><br>    Plaintiffs,<br><br>    vs.<br><br>EDGAR D. KERR, JR., husband of Gena Kerr; ROSETTA ANN DIMICELI, unmarried, aka ROSETTA SCOTT, ROSETTA COBLE and ROSETTA EHRHARDT KAUAI SERVICES, INC., a Hawaii corporation; DENNIS L. NIMKIE, an individual; GRETA L. NIMKIE, an individual; UNITED STATES OF AMERICA; PRINCEVILLE AT HANALEI COMMUNITY ASSOCIATION (Doe No. 1); COUNTY OF KAUAI (Doe No. 2); and DOES 3-50,<br><br>    Defendants. | CIVIL NO. 93-0199<br>(Foreclosure)<br><br>DEFICIENCY JUDGMENT<br><br><br><br>CIVIL NO. 00-00145 BMK<br>(PLAINTIFFS / **DEFENDANTS**) EXHIBIT 147<br>IN EVIDENCE — FOR IDENTIFICATION<br>REC'D _____ 20 ___<br><br>_____<br>                CLERK<br><br>Trial: Week of 2/12/96<br>Hon. George M. Masuoka |

DEFICIENCY JUDGMENT

Pursuant to the Order Granting in Part and Denying in Part (1) Defendant Dimiceli's Motion to Alter or Amend Judgment and for other Relief, filed April 25, 1996; (2) Defendant Dimiceli's Motion for Relief, filed November 27, 1996; and (3) Plaintiffs' Motion for Entry of Final Deficiency Judgment, filed December 5, 1996, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED

I do hereby certify that this is a full, true and correct copy of the original on file in this office

*[signature]*
Clerk, Circuit Court, Fifth Circuit

AND DECREED as follows:

1. Plaintiffs shall have and recover from Defendants Edgar J. Kerr ("Kerr"), Kauai Services, Inc., Dennis S. Nimkie and Greta L. Nimkie, jointly and severally, the principal amount of $295,877.20, plus interest of $113.49 per day and attorneys' fees of $28.37 per day from and after July 2, 1996 until the date this judgment is entered.

2. This Deficiency Judgment amends the prior Amended Judgment, Decree of Foreclosure and Order of Sale, against Defendant Kerr, filed in this action on April 17, 1996, and the prior Judgment against Defendants Kauai Services, Inc., Dennis S. Nimkie and Greta L. Nimkie, filed in this action on May 22, 1996, to reflect the reduction on the amounts owed by said Defendants resulting from the foreclosure sale in this action.

3. Plaintiffs shall have and recover from Defendant Dimiceli, jointly and severally with the defendants named above in paragraph 1, the amount of $30,096.64. Said amount shall be included in the total amount that the defendants named in paragraph 1 above are liable to plaintiffs.

4. Post-judgment interest shall run on this judgment as provided by law.

5. This Deficiency Judgment amends the prior Amended Judgment, Decree of Foreclosure and Order of Sale, filed in this action on April 17, 1996.

6. There is no just reason for delay in the entry of this Deficiency Judgment. It is therefore expressly directed that

2

this Deficiency Judgment be entered as a final judgment pursuant to HRCP Rule 56(b).

7. The Fifth Claim for Relief in Plaintiffs' First Amended Complaint remains pending.

DATED: Lihue, Hawaii, JUNE 26 , 1998.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

3