TORKILDSON, KATZ, JOSSEM, FONSECA,
JAFFE, MOORE & HETHERINGTON
ATTORNEYS AT LAW, A LAW CORPORATION
700 BISHOP STREET, 15TH FLOOR
HONOLULU, HAWAII 96813-4187
TELEPHONE (808) 523-6000 · FACSIMILE (808) 523-6001

February 13, 1996

HAND DELIVERY

Paul A. Schraff, Esq.
900 Fort Street
1800 Pioneer Plaza
Honolulu, Hawaii 96813

    Re:   Morgan v. Dimiceli; S.Ct. No. 19552;
           Fifth Circuit Civil No. 93-0199

Dear Mr. Schraff:

    This letter constitutes an attempt to compromise the above matters within the meaning of Rule 408 of the Hawaii Rules of Evidence, and all statements made herein are for the purpose of that attempt.

    Mr. & Mrs. Morgan, Trustees, hereby offer to settle all pending disputes between them and your client, Rosetta Dimiceli, on the following terms:

    1.   Ms. Dimiceli will dismiss the above-numbered appeal with prejudice, will agree not to seek reconsideration of or to otherwise challenge the judgment entered in the above-numbered civil action, will not in any way oppose confirmation of the foreclosure such held in the above civil action on February 2, 1996, or any other sale pursuant to the judgment entered in the above-numbered civil action, will pay Mr. & Mrs. Morgan, Trustees, the sum of $50,000, will assign to Mr. & Mrs. Morgan, Trustees, any and all claims she has or may have against Edgar Kerr, Jr., Kauai Services, Inc., Dennis Nimkie and/or Greta Nimkie, and will cooperate with Mr. and Mrs. Morgan, Trustees, in their prosecution of such claims.

    2.   Mr. & Mrs. Morgan, Trustees, will dismiss with prejudice their claims against Ms. Dimiceli for a deficiency judgment, and stipulate to amendment of the judgment in the above-numbered civil action to reflect that dismissal.

**EXHIBIT 1019**

KAILUA-KONA OFFICE · HANAMA PLACE, SUITE 105 · 75-5706 KUAKINI HIGHWAY · KAILUA-KONA, HAWAII 96740-1717 · TELEPHONE (808) 329-8581 · FACSIMILE (808) 329-3837
HILO OFFICE · 100 PAUAHI STREET, SUITE 206 · HILO, HAWAII 96720 · TELEPHONE (808) 961-0406 · FACSIMILE (808) 935-6725
MAUI OFFICE · 2158 MAIN STREET, SUITE 105 · WAILUKU, MAUI, HAWAII 96793 · TELEPHONE (808) 242-9292 · FACSIMILE (808) 244-1616

Paul A. Schraff, Esq.
Page 2
February 13, 1996

3. Ms. Dimiceli will bear her own costs of suit, including attorneys' fees and costs, incurred in the above-numbered civil action and the above-numbered appeal, and will not bear any of the costs and attorneys' fees of Mr. and Mrs. Morgan, Trustees, therein. The stipulation filed in the above-numbered civil action will reflect the same.

4. There will be a written settlement and release agreement with the usual terms, including a covenant not to sue.

This proposal represents a fair settlement for both Mr. & Mrs. Morgan and Ms. Dimiceli.

At this point Ms. Dimiceli faces potential deficiency liability of $175,000 to $200,000, and her chances of escaping that liability on appeal are minimal at best, since the Circuit Court merely held that she was bound by the terms of the Agreement of Sale and the Satisfaction Deed which she freely and voluntarily entered into, in return for good and valid consideration. Consequently, escaping her potential deficiency liability in return for payment of only $50,000 will be an extremely good deal for her.

Ms. Dimiceli will also be able to get this matter behind her, avoid incurring further attorneys' fees and costs on appeal, and avoid liability for Mr. and Mrs. Morgan's attorneys' fees and costs on appeal as well.

Please let me know Ms. Dimiceli's response at your earliest convenience.

> Sincerely yours,
>
> TORKILDSON, KATZ, JOSSEM, FONSECA
> JAFFE, MOORE & HETHERINGTON
> Attorneys at Law, A Law Corporation
>
> Steven B. Jacobson

SBJ/ge

cc: Mr. & Mrs. Morgan