# TORKILDSON, KATZ, FONSECA, JAFFE, MOORE & HETHERINGTON

ATTORNEYS AT LAW, A LAW CORPORATION

700 BISHOP STREET, 15TH FLOOR
HONOLULU, HAWAII 96813-4187
TELEPHONE (808) 523-6000 · FACSIMILE (808) 523-6001

October 29, 1997

VIA FAX AND MAIL

Mr. Albert R. Morgan, Jr.
Mrs. Alice H. Morgan
P.O. Box 8360
Horseshoe Bay, Texas 78657

Re: Morgan v. Kerr

Dear Dick and Alice:

This will confirm my telephone conversation of yesterday with Dick, during which you, individually and as Trustees of the Morgan Family Revocable Living Trust, authorized me to enter into a settlement in the above matter in which you as trustees will release all claims against Dimiceli, if she releases all claims she may have against you, individually and as trustees (including all rights to appeal from the foreclosure and confirmation orders).

Please confirm your authorization where indicated below and return the enclosed copy of this letter to me.

Sincerely yours,

TORKILDSON, KATZ, FONSECA,
JAFFE, MOORE & HETHERINGTON
Attorneys at Law, A Law Corporation

Steven B. Jacobson

SBJ/gma

Enclosures

ACCEPTED AND AUTHORIZED:

_____        _____
ALBERT R. MORGAN, Individually        ALICE H. MORGAN, Individually
and as Trustee                         and as Trustee

0196851.WP

KAILUA-KONA · HANAMA PLACE, SUITE 105 · 75-5706 KUAKINI HIGHWAY · KAILUA-KONA, HAWAII 96740-1717 · TELEPHONE (808) 326-9094 · FACSIMILE (808) 329-3837
HILO OFFICE · 100 PAUAHI STREET, SUITE 206 · HILO, HAWAII 96720 · TELEPHONE (808) 961-0406 · FACSIMILE (808) 935-6715
MAUI OFFICE · 2158 MAIN STREET, SUITE 105 · WAILUKU, MAUI, HAWAII 96793 · TELEPHONE (808) 242-9292 · FACSIMILE (808) 244-1616

EXHIBIT 1055