# TORKILDSON, KATZ, FONSECA, JAFFE, MOORE & HETHERINGTON

ATTORNEYS AT LAW, A LAW CORPORATION
700 BISHOP STREET, 15TH FLOOR
HONOLULU, HAWAII 96813-4187
TELEPHONE (808) 523-6000 · FACSIMILE (808) 523-6001

November 4, 1997

Paul A. Schraff, Esq.
Dwyer Imanaka Schraff Kudo
   Meyer & Fujimoto
Pioneer Plaza
900 Fort Street, Ste. 1800
Honolulu, Hawaii 96813

   Re:   Morgan v. Dimiceli; Fifth Circuit Court
         Civil No. 93-0199

Dear Mr. Schraff:

   This letter constitutes an attempt to compromise the above action within the meaning of Rule 408 of the Hawaii Rules of Evidence, and all statements made in this letter are for the purpose of that attempt.

   This seeming to be a good time to attempt a settlement of the above action, Mr. and Mrs. Morgan, Trustees ("Morgans"), hereby offer to settle all pending disputes between them and your client, Rosetta Dimiceli, on the following terms:

1.   A deficiency judgment will be entered against Kerr, Kauai Services, Inc., Dennis Nimkie and Greta Nimkie, on the terms set for in the proposed form of Deficiency Judgment the Morgans have lodged with Court.

2.   A stipulated deficiency judgment in the amount of $40,000 will be entered against Dimiceli, to be paid over time on terms to be mutually agreed upon. The prior monetary Judgment filed in December 1995, the prior monetary Amended Judgment filed in April 1996, and the Judgment recorded in Oregon, would all be amended to reflect the same.

3.   The Morgans will dismiss their Fifth Claim For Relief in the above action with prejudice, except that the Morgans may choose to claim, in any bankruptcy in which any of the defendants herein is the debtor, that the deficiency judgment against that defendant was for fraudulent activity by that defendant and is therefore not dischargeable. The dismissal will be reflected in the deficiency judgment to be entered pursuant to paragraphs 1 and 2.

KAILUA-KONA · HANAMA PLACE, SUITE 105 · 75-5706 KUAKINI HIGHWAY · KAILUA-KONA, HAWAII 96740-1717 · TELEPHONE (808) 326-9094 · FACSIMILE (808) 329-3837
HILO OFFICE · 100 PAUAHI STREET, SUITE 206 · HILO, HAWAII 96720 · TELEPHONE (808) 961-0406 · FACSIMILE (808) 935-6725
MAUI OFFICE · 2158 MAIN STREET, SUITE 105 · WAILUKU, MAUI, HAWAII 96793 · TELEPHONE (808) 242-9292 · FACSIMILE (808) 244-1616

EXHIBIT 1056

4. Any judgments Dimiceli has obtained, or in the future obtains, against Kerr, Kauai Services, Inc., Dennis Nimkie and/or Greta Nimkie will be subordinate to the Morgans' deficiency judgment against said persons.

5. As between Dimiceli and the Morgans, any and all claims for fees and costs incurred through the entry of the deficiency judgment will be waived and released, and the deficiency judgment will reflect the same.

6. After the deficiency judgment is entered, Dimiceli and the Morgans will file formal waivers of any and all rights they may have to appeal and/or to seek relief under HRCP Rules 59 and 60 from that judgment.

7. Dimiceli's formal waiver of appellate rights will include any and all rights she may have to appeal from any orders and judgments entered earlier in the action, and/or to seek Rule 59 or 60 relief therefrom, specifically including (but not limited to) the December 1995 and April 1996 damage/foreclosure judgments and the order confirming the foreclosure sale.

8. As between Dimiceli and the Morgans, there will be mutual releases and covenants not to sue covering all claims and rights except those arising under the settlement agreement and the implementing documents (e.g., the deficiency judgment), as to themselves and their agents, attorneys, insurers, heirs and the like.

Please let me know Ms. Dimiceli's response at your earliest convenience.

Sincerely yours,

TORKILDSON, KATZ, FONSECA,
JAFFE, MOORE & HETHERINGTON
Attorneys at Law, A Law Corporation

Steven B. Jacobson

SBJ/gma

cc: Mr. and Mrs. Morgan