STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON     4117-0
(sjacobson.law@verizon.net)
P. O. Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814
Fax: (808) 377-1814

Attorneys for Plaintiffs
ALBERT R. MORGAN, JR. and ALICE H.
MORGAN, Trustees of the Morgan Family
Revocable Living Trust Under Agreement Dated
September 20, 1990, as Amended

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 4 2005

at ___ l ___ o'clock and ___ ω ___ min. ↙ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>STIPULATED TRIAL TESTIMONY OF ALBERT R. MORGAN, JR. and ALICE H. MORGAN<br><br><br><br>TRIAL DATE: May 24, 2005<br>JUDGE: Hon. Barry M. Kurren |

EXHIBIT A

## STIPULATED TRIAL TESTIMONY OF ALBERT R. MORGAN, JR. and ALICE H. MORGAN

Plaintiffs Albert R. Morgan, Jr. and Alice H. Morgan, Trustees, and Defendant Chicago Title Insurance Company, hereby stipulate to the following facts, subject only to objection as to their relevance:

1. Mr. Morgan is one of the Plaintiffs in this action. Mrs. Morgan, his wife, is the other Plaintiff.

2. All exhibits (including documents within exhibits) which bear Mr. Morgan's purported signature were in fact signed by him, and all exhibits (including documents within exhibits) which bear Mrs. Morgan's purported signature were in fact signed by her.

3. Mr. and/or Mrs. Morgan received all exhibits (including documents within exhibits) which are addressed or were otherwise purportedly sent to him or them, on or shortly after the dates thereof.

4. All exhibits (including documents within exhibits) purportedly sent by Mr. and/or Mrs. Morgan to others were in fact sent by him or them to those persons, on or about the dates indicated thereon.

5. Mr. Morgan was born on February 1, 1922. Mrs. Morgan was born on April 14, 1925.

6. Trial Exhibits 1002 and 1003 are true and correct copies of trust documents executed by Mr. and Mrs. Morgan on the dates thereof. There are no other amendments to the trust documents.

7. On January 10, 1992, Mr. and Mrs. Morgan, as Trustees, lent Edgar D. Kerr, Jr., the principal sum of $300,000, in return for the secured promissory note which is Trial Exhibit 215, through a mortgage broker named Grunewald Equity Funding.

8. Mr. and Mrs. Morgan were initially represented by Richard Cuatto of Lihue in Civil No. 93-0199, then retained the Honolulu law firm of Torkildson Katz Fonseca Jaffe Moore & Hetherington to represent them (from the time of its appearance until that lawsuit was over), and also were represented in that action by Paul Sulla of Kauai during 1997 and 1998. The representation included all appeals and other matters arising from Civil No. 93-0199 as well.

9. Mr. Morgan received a settlement proposal in October 1994, a true and correct copy of which is Trial Exhibit 1006. Mr. and Mrs. Morgan did not accept this settlement proposal because the amount secured by their mortgage was substantially larger, because it was unclear whether Dimiceli could borrow the lesser amount, and because it was unclear whether the difference could be recovered from Mr. Kerr.

10. There were further settlement discussions in late 1995 and early 1996, after the Kauai Circuit Court entered a damage and foreclosure judgment against Ms. Dimiceli (Trial Exhibit 97), as shown in Trial Exhibits 1013, 1015, and 1019-1025.

11. On October 29, 1997, Mr. and Mrs. Morgan authorized Mr. Jacobson to negotiate a settlement in which Dimiceli would give up her claim to the subject property, but not pay anything to Mr. and Mrs. Morgan. *See,* Trial Exhibit 1055. However, Dimiceli's counsel rejected a reduced settlement proposal made on Mr. and Mrs. Morgan's behalf.

12. There were further settlement negotiations in late September 1998, but they were aborted in early October 1998. Any settlement in which Ms. Dimiceli retained the right to appeal from the judgment foreclosing her interests in the subject property was not acceptable to Mr. and Mrs. Morgan.

13. Mr. and Mrs. Morgan elected to settle Civil No. 93-0199 in November 1998. Trial Exhibit 219 is a true and correct copy of the Settlement Agreement they executed.

DATED: Honolulu, Hawai'i, May 19, 2005.

        STEVEN B. JACOBSON
        Attorney at Law
        A Limited Liability Law Company

        _____
        STEVEN B. JACOBSON
        Attorneys for Plaintiffs

        ALSTON HUNT FLOYD & ING

        _____
        NEIL F. HULBERT
        JADE LYNNE CHING
        LAURA P. COUCH
        Attorneys for Defendant

APPROVED AND SO ORDERED:

BARRY M. KURREN
_____
UNITED STATES MAGISTRATE JUDGE

_____
*Albert R. Morgan, Jr., et al. v. Chicago Title Insurance Company*; CV00-00145 BMK; STIPULATED TRIAL TESTIMOANY OF ALBERT R. MORGAN, JR. and ALICE H. MORGAN