## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following by having said copy deposited in the United States mail, postage prepaid, addressed as follows:

**STEVEN B. JACOBSON, ESQ**
P.O. Box 240761
Honolulu, Hawai`i  96824-0761

Attorney for Plaintiff

DATED:  Honolulu, Hawai`i, October 1, 2007.

　　　　　　　　　　　　　　　　/s/ Laura P. Couch
　　　　　　　　　　　　　　NEIL F. HULBERT
　　　　　　　　　　　　　　JADE LYNNE CHING
　　　　　　　　　　　　　　LAURA P. COUCH
　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　CHICAGO TITLE INSURANCE COMPANY

656305v1 / 3968-37