AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| ALICE H. MORGAN | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 00-00145 BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| CHICAGO TITLE INSURANCE COMPANY | November 8, 2007<br>At 10 o'clock and 55 min a.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration on Remand before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the, "ORDER ON REMAND AWARDING PLAINTIFF DAMAGES AND PRE-JUDGMENT INTEREST", by the Honorable BARRY M. KURREN, U.S. Magistrate Judge, and filed on, November 8, 2007, " . . ., Morgan is hereby awarded $30,096.64 in damages, and $23,285.47 in pre-judgment interest, for a total award of $53,382.11.".

cc: All counsel of record

_____November 8, 2007_____       _____SUE BEITIA_____
Date                                            Clerk

                                                _____/s/Gary Santos_____
                                                (By) Deputy Clerk