FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 23 2007

at \_\_\_ o'clock and \_\_\_ min \_\_\_ M
SUE BEITIA, CLERK

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON    4117-0
(sjacobson.law@hawaiiantel.net)
P. O. Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STEVEN B. JACOBSON; TRIAL EXHIBIT 1; EXHIBIT A; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Barry M. Kurren |

PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES

Plaintiff ALICE H. MORGAN, Trustee of the Morgan Family Revocable

Living Trust Under Agreement Dated September 20, 1990, as Amended

("Plaintiff"), hereby moves for an award of attorneys' fees incurred in this action,

526283.V1

as the prevailing party under the Court's Judgment filed herein on November 8, 2007.

The authorities entitling Plaintiff to such an award include HRS §§ 431:10-242 and 607-14, and FRCP Rule 54(d).

The amount of fees sought is $500,000 or less, the exact amount to be specified by amended motion to shortly follow, including fees of $346,498.50 incurred through November 21, 2005, and incurred thereafter in an amount to be specified.

This motion is made pursuant to FRCP Rules 1, 7(b) and 54(d)(2), and Local Rules 7 and 54.3. It is based upon the above-cited statutes and rules, the entire record of this action (including the previous appeals to the United States Court of Appeals for the Ninth Circuit), the attached memorandum and exhibits, and such other and further evidence and argument as may subsequently be presented.

DATED: Honolulu, Hawaii, November 23, 2007.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Corporation

_____
STEVEN B. JACOBSON
Attorneys for Plaintiff

526283.V1

2