EXHIBIT A

PLAINTIFFS' ATTORNEYS' FEES

SUMMARY BY LITIGATION PHASE

CASE DEVELOPMENT, BACKGROUND INVESTIGATION AND CASE
ADMINISTRATION (Steven B. Jacobson, 70.50 hours @ $250/hour; Shelley L.
Oshiro-Pacheco, .25 hour @ $75/hour)                                 $ 17,643.75

PLEADINGS (Steven B. Jacobson, 14.25 hours @ $250/hour)                3,562.50

INTERROGATORIES, DOCUMENT PRODUCTIONS AND OTHER WRITTEN
DISCOVERY (Steven B. Jacobson, 54.00 hours @ $250/hour; Marlena
Palmero, 3.00 hours @ $100/hour; Shelley L. Oshiro-Pacheco, 5.25 hours @
$75/hour)                                                             14,193.75

MOTIONS PRACTICE (Steven B. Jacobson, 342.25 hours @ $250/hour)        85,562.50

ATTENDING COURT HEARINGS (Steven B. Jacobson, 15.25 hours @
$250/hour)                                                             3,812.50

TRIAL PREPARATION AND ATTENDING TRIAL including post-trial
activities prior to the filing of motions, e.g., preparation of proposed findings
and conclusions) (Steven B. Jacobson, 485.25 hours @ $250/hour and 14.50
hours @ $75/hour; Western Title Insurance Company, $150 flat rate)    122,550.00

POST-TRIAL MOTIONS (Steven B. Jacobson, 63.75 hours @ $250/hour)       15,937.50

FIRST NINTH CIRCUIT APPEAL included because the Ninth Circuit
deferred the question of Plaintiffs' fees as prevailing parties on the first
appeal to this Court (Steven B. Jacobson, 275.50 hours @ $250/hour;
Marlena C. Palmero, 5 hours @ $100/hour)                              69,375.00

SUBTOTAL                                                            $ 332,637.50

HAWAII STATE EXCISE TAX (4.167%)                                      13,861.00

TOTAL FEES                                                          $ 346,498.50

## SUMMARY BY TIMEKEEPER

STEVEN B. JACOBSON  (1320.75 hours @ $250/hour plus 4.167% excise
tax for attorney work; 14.50 hours @ $75/hour plus 4.167% excise tax for
paralegal work)                                                            $ 345,079.22

MARLENA PALMERO (8.00 hours @ $100/hour plus 4.167% excise tax)            833.34

SHELLEY OSHIRO-PACHECO (Billing Rate – 5.50 hours @ $75 per hour
plus 4.167% excise tax)                                                         429.69

WESTERN TITLE INSURANCE COMPANY (Flat rate [see Exhibit B]
plus 4.167% excise tax)                                                         156.25

TOTAL FEES                                                                 $   346,498.50

A. CASE DEVELOPMENT, BACKGROUND INVESTIGATION AND CASE
ADMINISTRATION

| Date | Init | Description of Services | Hours | Amount |
|------|------|------------------------|-------|--------|
| 05-12-00 | SBJ | Call to MJ Clerk re service status and scheduling conf date | .25 | 62.50 |
| 05-19-00 | SBJ | Review policy re who to serve and follow up re service of Complaint | .25 | 62.50 |
| 06-20-00 | SBJ | Further service follow up and call from new process server re completion of service | .25 | 62.50 |
| 06-26-00 | SBJ | Review and reply to Hulbert message; letter to Hulbert re Rule 16 conference | .25 | 62.50 |
| 07-04-00 | SBJ | Call from Ching re planning meeting | .25 | 62.50 |
| 07-05-00 | SBJ | Planning meeting w/Ching | .25 | 62.50 |
| 07-07-00 | SBJ | Review CT Sched Conf Stmt | .25 | 62.50 |
| 07-10-00 | SBJ | Prepare Scheduling Conf Statement and Report of Planning Meeting; letter to opposing counsel; review and incorporate opposing counsel's changes into report; letter to opposing counsel suggesting settlement negotiations | .75 | 187.50 |
| 07-17-00 | SBJ | Attend scheduling conference | 1.25 | 312.50 |
| 07-20-00 | SBJ | Review Scheduling Order and calendar action dates | .75 | 187.50 |
| 07-21-00 | SBJ | Review Hulbert letter re ok to directly communicate with claims attorney | .25 | 62.50 |
| 08-01-00 | SBJ | Call from claims attorney and letter to client re same | .25 | 62.50 |
| 08-15-00 | SBJ | Call with clients re settlement position | .25 | 62.50 |
| 09-13-00 | SBJ | Review letter from Ching re desire of claims manager to discuss settlement; call to clients re settlement thoughts | .25 | 62.50 |
| 09-29-00 | SBJ | Call with clients re settlement position | .25 | 62.50 |
| 10-13-00 | SBJ | Call w/clients covering case analysis and settlement position | .50 | 125.00 |
| 10-25-00 | SBJ | Call with clients re case analysis and settlement position (.25); | | |

| | | | | |
|---|---|---|---|---|
| | | draft letter to claims attorney explaining proposal and position (1.00) | 1.25 | 312.50 |
| 10-26-00 | SBJ | Review Hulbert letter re not contacting claims attorney directly after all | .25 | 62.50 |
| 10-27-00 | SBJ | Letter to Hulbert with settlement proposal and suggestion for expedited settlement conference | .75 | 187.50 |
| 11-02-00 | SBJ | Review Hulbert letter re claims attorney's change of mind and unwillingness to even discuss settlement; notify clients | .25 | 62.50 |
| 11-13-00 | SBJ | Calls from Fukuhara re scheduling | .25 | 62.50 |
| 11-14-00 | SBJ | Review Fukuhara fax re further status conf and reply | .50 | 125.00 |
| 11-15-00 | SBJ | Attend status conference | 1.00 | 250.00 |
| 12-05-00 | SBJ | Letter to clients updating on case status | .25 | 62.50 |
| 12-13-00 | SBJ | Review and reply to letter from advisory counsel re case strategy | 1.00 | 250.00 |
| 12-20-00 | SBJ | Review advisory counsel letter re same | .25 | 62.50 |
| 01-12-01 | SBJ | Reply call to advisory counsel re strategy | .25 | 62.50 |
| 01-17-01 | SBJ | Review new advisory counsel letter and call him | .25 | 62.50 |
| 01-18-01 | SBJ | Letter to advisory counsel re status and strategy | .25 | 62.50 |
| 01-22-01 | SBJ | Call with advisory counsel re same | .25 | 62.50 |
| 01-23-01 | SBJ | Call with advisory counsel re same | .25 | 62.50 |
| 02-02-01 | SBJ | Review letter from advisory counsel proposing revised engagement terms | .25 | 62.50 |
| 02-14-01 | SBJ | Calls from Fukuhara re sched order | .25 | 62.50 |
| 02-15-01 | SBJ | Review Fukuhara message re status and return call | .25 | 62.50 |
| 02-16-01 | SBJ | Call from Fukuhara and review Fukuhara fax re status conf | .25 | 62.50 |
| 02-27-01 | SBJ | Prep for and attend status conference | 1.00 | 250.00 |

| | | | | |
|---|---|---|---|---|
| 03-01-01 | SBJ | Review scheduling order and calendar new action dates | .50 | 125.00 |
| 03-01-01 | SLO | Create document index | .25 | 18.75 |
| 03-13-01 | SBJ | Draft new engagement letter | .50 | 125.00 |
| 03-16-01 | SBJ | Work on new engagement letter and letter to counsel advising client on new engagement letter | 1.00 | 250.00 |
| 03-19-01 | SBJ | Finish and send out new engagement letter and letter to advisory counsel | .50 | 125.00 |
| 03-23-01 | SBJ | Review and analyze letter from advisory counsel | .25 | 62.50 |
| 04-12-01 | SBJ | Review and prepare response to letter of advising counsel including prep of revisions to engagement letter | 1.50 | 375.00 |
| 04-13-01 | SBJ | Finish and send revised engagement letter and explanatory accompanying letter to advisory counsel | 1.00 | 250.00 |
| 04-20-01 | SBJ | Review letter from advisory counsel re same | .25 | 62.50 |
| 12-27-01 | SBJ | Call from Court Clerk re rearranging case schedule | .25 | 62.50 |
| 01-03-02 | SBJ | Review rescheduling order | .25 | 62.50 |
| 01-08-02 | SBJ | Letter to clients re filings | .25 | 62.50 |
| 01-09-02 | SBJ | Attend status conference and call re same w/Hulbert | 1.00 | 125.00 |
| 01-10-02 | SBJ | Letter to clients re status conf result | .25 | 62.50 |
| 01-24-02 | SBJ | Review new scheduling order, determine and calendar action dates and advise clients | .50 | 125.00 |
| 03-22-02 | SBJ | Review and draft response to letter from advisory counsel re strategy following dismissal order | .25 | 62.50 |
| 03-26-02 | SBJ | Finish letter to advisory counsel | .25 | 62.50 |
| 04-25-02 | SBJ | Review client fax re status | .25 | 62.50 |
| 04-30-02 | SBJ | Email exchange w/client re status and strategy | .25 | 125.00 |
| 07-22-02 | SBJ | Follow up re unpaid expert's bill | .25 | 62.50 |

| Date | | Description | | |
|---|---|---|---|---|
| 01-08-03 | SBJ | Review message from advisory counsel and have requested documents sent | .25 | 62.50 |
| 01-13-03 | SBJ | Review letter from advisory counsel re SM Report | .25 | 62.50 |
| 01-14-03 | SBJ | Reply to letter of advisory counsel | .25 | 62.50 |
| 02-11-03 | SBJ | Review letter from advisory counsel on same subject | .25 | 62.50 |
| 06-07-03 | SBJ | Status report to client (e-mail) | .50 | 125.00 |
| 07-11-03 | SBJ | Call from Deputy Hisashima re status of action | .25 | 62.50 |
| 07-17-03 | SBJ | Review Scheduling Conference notice and calls with Clerk and Ching to reschedule | .25 | 62.50 |
| 08-01-03 | SBJ | Prep confirming letter re rescheduling | .25 | 62.50 |
| 08-05-03 | SBJ | Review client letter re settlement position | .25 | 62.50 |
| 08-11-03 | SBJ | Review and analyze client letter re potential settlement impact | .50 | 125.00 |
| 09-05-03 | SBJ | Email from client re status and my reply | .25 | 62.50 |
| 09-11-03 | SBJ | Prep for and attend Rescheduling Conference | 1.00 | 250.00 |
| 10-28-03 | SBJ | Call from Hulbert re scheduling conf | .25 | 62.50 |
| 10-29-03 | SBJ | Calls with Court Clerk and Hulbert re status conf date and letter to Hulbert and Court re same (.25) | .25 | 62.50 |
| 12-01-03 | SBJ | Call from Hulbert re settlement conf statements | .25 | 62.50 |
| 12-03-03 | SBJ | Letter to CT counsel re amounts owed by CT (4.00); call with client approving same (.25); call Hulbert re settlement conf statements (.25) | 4.50 | 1,125.00 |
| 12-04-03 | SBJ | Review email from client re negotiations | .25 | 62.50 |
| 12-10-03 | SBJ | Settlement Conf Letter to MJ (2.00); email client re settlement questions (.25) | 2.25 | 562.50 |
| 12-11-03 | SBJ | Email exchange w/Torkildson Katz office mgr re billing amounts (.25); email from client re conf (.25) | .50 | 125.00 |

| | | | | |
|---|---|---|---|---|
| 12-12-03 | SBJ | Prep for and attend settlement/scheduling conference (1.25); email to client re results (.25) | 1.50 | 375.00 |
| 12-23-03 | SBJ | Review scheduling order and calendar action dates | .75 | 187.50 |
| 06-29-04 | SBJ | Call from Clerk and email exchange w/Hulbert re upcoming status conference | .25 | 62.50 |
| 07-01-04 | SBJ | Attend conference w/Court | 1.00 | 250.00 |
| 07-03-04 | SBJ | Email exchange w/client re court results | .25 | 62.50 |
| 07-11-04 | SBJ | Follow up email to Hulbert re possible stip to trial by Magistrate Judge | .25 | 62.50 |
| 07-13-04 | SBJ | Email from Hulbert re status of possible stip | .25 | 62.50 |
| 07-22-04 | SBJ | Note to clients re status | .25 | 62.50 |
| 07-23-04 | SBJ | Email to Hulbert re status of stipulating (.25); email to clients re status note and accompanying documents sent (.25) | .50 | 125.00 |
| 07-25-04 | SBJ | Email from client re documents | .25 | 62.50 |
| 07-26-04 | SBJ | Email from Hulbert re possibly stipulating to MJ | .25 | 62.50 |
| 07-27-04 | SBJ | Email from Hulbert agreeing to MJ and email to clients re same | .25 | 62.50 |
| 07-28-04 | SBJ | Email from client re issues and respond (.50); review and execute stip from Hulbert re trial by MJ (.25) | .75 | 187.50 |
| 07-29-04 | SBJ | Call from Hulbert re MJ stip | .25 | 62.50 |
| 08-04-04 | SBJ | Email exchange w/Court Clerk re rescheduling conf and review emailed Minute Order | .25 | 62.50 |
| 08-10-04 | SBJ | Attend Rescheduling Conference w/Court | 1.00 | 250.00 |
| 08-12-04 | SBJ | Review scheduling order and calendar dates (.75); emails w/client re trial date (.25) | 1.00 | 250.00 |
| 08-20-04 | SBJ | Review fax from client re settlement position and email exchange re same | .50 | 125.00 |

| Date | | Description | | |
|---|---|---|---|---|
| 10-29-04 | SBJ | Review new Hawaii legislation on taxation of recovered fees and email to client re same (affects settlement position) | .50 | 125.00 |
| 12-06-04 | SBJ | Review Court's email | .25 | 62.50 |
| 12-13-04 | SBJ | Attend conference w/Court re settlement | 1.00 | 250.00 |
| 01-24-05 | SBJ | Review order on settlement conf | .25 | 62.50 |
| 03-09-05 | SBJ | Review Hulbert letter re settlement position, check w/clients and reply | .25 | 62.50 |
| 03-10-05 | SBJ | Prep settlement conf statement w/updated calculations of liability | 6.25 | 1,562.50 |
| 03-14-05 | SBJ | Telephone call w/clients re settlement position and strategy for settlement conference | .50 | 125.00 |
| 03-17-05 | SBJ | prep for and attend settlement conference (1.50); report to clients (.25) | 1.75 | 437.50 |
| 05-10-05 | SBJ | Review Couch email demanding withdrawal | .25 | 62.50 |
| 05-11-05 | SBJ | Reply to Couch email demanding withdrawal including related review of HPRC Rule 3.7 | .75 | 187.50 |
| 05-12-05 | SBJ | Review and analyze Couch letter to MJ re disqualification | .75 | 187.50 |
| 05-13-05 | SBJ | Call with Richlyn re emails sent to me yesterday re letter-briefs (.25); prepare letter-brief re disqualification and other open matters (6.25); review email re status conf and confirm receipt (.25) | 6.75 | 1,687.50 |
| 05-16-05 | SBJ | Prep for and attend status conf w/Magistrate Judge (3.25); email clients re result (.25) | 3.50 | 875.00 |
| 10-31-05 | SBJ | Review and reply to Court notice of settlement conf | .25 | 62.50 |
| 11-01-05 | SBJ | Prep for and attend settlement conference | 1.25 | 312.50 |
| | | | | $ 17,643.75 |

## B. PLEADINGS

| Date | Init | Description of Services | Hours | Amount |
|------|------|-------------------------|-------|--------|
| 02-18-00 | SBJ | Draft Complaint | 2.50 | 625.00 |
| 02-22-00 | SBJ | Revise and finish complaint (.75); review filing docs from Court and notify clients of filing (.25) | 1.00 | 250.00 |
| 09-28-00 | SBJ | Review Hawaii case law on bad faith requirements (1.50); draft First Amended Complaint (.75) | 2.25 | 562.50 |
| 09-29-00 | SBJ | Revise and finish First Amended Complaint | .75 | 187.50 |
| 10-02-00 | SBJ | File and serve First Amended Complaint while at Court for hearing on motion for dismissal of original Complaint | .25 | 62.50 |
| 01-27-01 | SBJ | Draft Second Amended Complaint; related research | 2.25 | 562.50 |
| 01-29-01 | SBJ | Draft Second Amended Complaint; related research | 2.00 | 500.00 |
| 01-30-01 | SBJ | Draft Second Amended Complaint | .75 | 187.50 |
| 01-31-01 | SBJ | Finish Second Amended Complaint | 1.75 | 437.50 |
| 04-19-01 | SBJ | Review and analyze CT answer to second amended complaint | .75 | 187.50 |
| | | | | $ 3,562.50 |

## C. INTERROGATORIES, DOCUMENT PRODUCTIONS AND OTHER WRITTEN DISCOVERY

| Date | Init | Description of Services | Hours | Amount |
|------|------|-------------------------|-------|--------|
| 07-13-00 | SBJ | Review and analyze CT document request (.50); call to clients re whether there are any requested docs we don't have (.25) | .75 | 187.50 |
| 07-14-00 | SBJ | Review Hulbert letter re ignoring premature doc request | .25 | 62.50 |
| 07-20-00 | SBJ | Review and analyze new CT document request | .25 | 62.50 |
| 08-21-00 | SBJ | Call Ching requesting extension to respond to doc request | .25 | 62.50 |
| 08-22-00 | SBJ | Review Ching letter confirming extension | .25 | 62.50 |

| | | | | |
|---|---|---|---|---|
| 09-12-00 | SBJ | Call with Ching re additional extension | .25 | 62.50 |
| 09-29-00 | SBJ | Prepare responses to CT document request | 1.50 | 375.00 |
| 10-02-00 | SBJ | Finish responses to CT document request | .25 | 62.50 |
| 10-04-00 | SBJ | Call to Ching (received by Sandy Kumagai) re additional extension | .25 | 62.50 |
| 10-06-00 | SBJ | Review CT's initial disclosures | .25 | 62.50 |
| 10-10-00 | SBJ | Call from Kaneda re doc production | .25 | 62.50 |
| 10-12-00 | SBJ | Review Kaneda letter and Hulbert letters re production and response to doc production request | .25 | 62.50 |
| 10-24-00 | SBJ | Email re discovery to Ching | .25 | 62.50 |
| 10-25-00 | SBJ | Review Hulbert letter re docs and have Michele reply | .25 | 62.50 |
| 10-27-00 | SBJ | Letter to Cuatto re whether he has any requested docs | .25 | 62.50 |
| 11-04-00 | SBJ | Locate and assemble requested docs and prepare for CT inspection | 3.75 | 937.50 |
| 11-05-00 | SBJ | Finish locating and assembling docs for CT review (8.00); draft letter to CT counsel re availability (.25) | 8.25 | 2,062.50 |
| 11-06-00 | SBJ | Letter to CT counsel notifying them of availability of requested docs for their review | .25 | 62.50 |
| 11-15-00 | SBJ | Prepare Morgans' first interrogs and document request, including Instructions | 1.00 | 250.00 |
| 11-16-00 | SBJ | Prepare Morgans' initial disclosures | .50 | 125.00 |
| 11-17-00 | SBJ | Letter to Hulbert re continued readiness for production; review Ching fax re inspecting documents | .25 | 62.50 |
| 11-20-00 | SLO | Prep for and attend document production and follow up | 2.50 | 187.50 |
| 11-28-00 | SBJ | Review and analyze CT interrogatories | .50 | 125.00 |
| 11-30-00 | SLO | Conf w/SBJ re CT requests for copying documents | .25 | 18.75 |

11-30-00  SBJ  Conf w/SLO re CT request to copy transcripts and call
                     Court reporting services who prepared transcripts to see
                     if ok; letter to opposing counsel re same (sent 12-1)       .25      62.50

12-04-00  SLO  Meet w/SBJ re production; organize and send doc production
                     to Professional Image as requested by AHFI                   .75      56.25

12-04-00  SBJ  Call with expert and prepare expert witness disclosure;
                     meet w/SLO re production; review Hulbert fax re
                     production; letter to expert                                 .25      62.50

12-06-00  SLO  Copy documents being produced                              .75      56.25

12-11-00  SBJ  Review Hulbert fax re doc production                        .25      62.50

12-14-00  SBJ  Review Hulbert letter re expert witness discovery           .25      62.50

12-18-00  SBJ  Review and analyze responses and extensive objections to
                     Morgan interrogatories                                       .75     187.50

12-19-00  SBJ  Draft Morgan responses to interrogatories; related document
                     research                                                   6.25   1,562.50

12-20-00  SBJ  Finish draft of interrogatory responses and send to clients
                     for review                                                 4.75   1,187.50

12-27-00  SBJ  Call with clients and finalize interrogatory responses     1.50     375.00

12-28-00  SBJ  Letters to Hulbert and client; prepare docs for further
                     discovery                                                  2.75     687.50

12-29-00  SBJ  Finish reviewing and preparing docs for discovery and
                     related call with opposing counsel                         1.75     437.50

12-30-00  SBJ  Review and respond to Hulbert fax                           .25      62.50

01-03-01  SBJ  Call with Hulbert's office re discovery and review and
                     respond to Hulbert letter                                    .25      62.50

01-04-01  SBJ  Review CT expert disclosure                                 .25      62.50

01-05-01  MCP  Prepare for document production; work with copying
                     AHFI's copying service re designated documents             2.50     250.00

01-05-01  SBJ  Meet and confer re expert report; review Hulbert letter     .50     125.00

01-12-01  MCP   Draft letter confirming production                          .25     25.00

01-16-01  MCP   Finish draft confirmation letter                            .25     25.00

01-16-01  SBJ   Revise and finalize confirming letter                       .25     62.50

01-17-01  SBJ   Call to expert Sutton re his report                         .25     62.50

01-18-01  SBJ   Call with expert Sutton re report                           .25     62.50

01-19-01  SBJ   Review and produce expert report                            .25     62.50

01-25-01  SBJ   Review Hulbert letter re expert report and copy expert      .25     62.50

01-31-01  SBJ   Review redacted claims file at AHFI (.50); letter to Hulbert re
                same (.50); letter to Hulbert re Serdar (.25); letter to Hulbert
                re expert report (.25)                                      1.50   375.00

02-07-01  SLO   Review copied documents for completeness; bate stamp,
                index and file                                             1.00    75.00

02-08-01  SBJ   Review Hulbert 2-7 letter re documents                      .25     62.50

03-01-01  SBJ   Letter to Hulbert re docs reviewed by Morgan expert         .25     62.50

03-13-01  SBJ   Review Hulbert letter re expert letter                      .25     62.50

04-10-01  SBJ   Review and analyze CT's so-called "expert opinion"          .50    125.00

07-20-01  SBJ   Letter to Hulbert re outstanding discovery and requesting
                meet and confer                                             .25     62.50

07-23-01  SBJ   Call from Hulbert re meet and confer                        .25     62.50

07-24-01  SBJ   Meet and confer w/Hulbert; prep letter re new document to
                be produced                                                 .50    125.00

07-25-01  SBJ   Finish letter re add'l doc                                  .25     62.50

10-02-01  SBJ   Review new documents produced by CT                         .50    125.00

04-23-04  SBJ   Review depo notice (.25); letter to Hulbert re notice (.50) .75    187.50

04-29-04  SBJ   Email to client re alternatives to Hawaii depos and
                stipulating to Magistrate Judge                             .50    125.00

04-30-04  SBJ  Multiple emails w/client re discovery and settlement position .50  125.00

05-12-04  SBJ  Call from client and letter to Hulbert re depo possibilities      .25   62.50

06-15-04  SBJ  Review email from Hulbert's office      .25   62.50

07-01-04  SBJ  Review CT interrogatories and send to clients      .25   62.50

07-29-04  SBJ  Call to Hulbert re interrog responses      .25   62.50

08-05-04  SBJ  Prepare draft responses to interrogatories and send to
                    client for review and authentication incl. related analysis   2.50 625.00

08-09-04  SBJ  Emails w/client re authentication of interrog responses;
                    finish responses to interrogs      .25   62.50

10-04-04  SBJ  Letter to Hulbert renewing request for claim file      .25   62.50

10-15-04  SBJ  Review Hulbert letter declining to give a definite response
                    to claim file request      .25   62.50

10-20-04  SBJ  Review Hulbert letter refusing to produce claim file      .25   62.50

11-04-04  SBJ  Letter to Hulbert re discovery      .75  187.50

11-16-04  SBJ  Review Hulbert letter again refusing to produce documents  .25   62.50

11-22-04  SBJ  Telephonic meet and confer w/Hulbert re discovery      .25   62.50

03-17-05  SBJ  Prepare supplemental interrog responses and obtain client
                    verification      .50   125.00

03-21-05  SBJ  Call with Hulbert re Morgan depos and review Hulbert
                    email re same      .25    62.50

                                                                    $ 14,133.75

## D. MOTIONS PRACTICE

| Date | Init | Description of Services | Hours | Amount |
|------|------|-------------------------|-------|--------|
| 07-12-00 | SBJ | Review and analyze motion to dismiss and advise clients of same | .75 | 187.50 |
| 09-12-00 | SBJ | Call to Ching notifying that Plaintiffs will amend rather than oppose dismissal motion | .25 | 62.50 |

| | | | | |
|---|---|---|---|---|
| 09-18-00 | SBJ | Letter to Judge Gillmor advising that Plaintiffs will amend rather than oppose dismissal motion | .25 | 62.50 |
| 09-29-00 | SBJ | Call from Court Clerk notifying me that dismissal motion hasn't been taken is still on calendar; follow up calls with opposing counsel | .25 | 62.50 |
| 10-04-00 | SBJ | Review and analyze Minute Order on dismissal motion | .25 | 62.50 |
| 10-13-00 | SBJ | Review and analyze motion to dismiss First Amended Complaint and advise clients | .75 | 187.50 |
| 10-19-00 | SBJ | Review and analyze Ching letter requesting fees re 10-2 motion and attached invoices | .50 | 125.00 |
| 10-31-00 | SBJ | Letter to Ching re fee demand | .50 | 125.00 |
| 11-02-00 | SBJ | Review Hulbert letter re fees | .25 | 62.50 |
| 11-08-00 | SBJ | Review and analyze CT motion to compel and for sanctions and advise clients | .75 | 187.50 |
| 11-10-00 | SBJ | Review CT errata re dismissal motion | .25 | 62.50 |
| 11-15-00 | SBJ | Letter to Judge Gillmor re CT fee request | .50 | 125.00 |
| 11-16-00 | SBJ | Draft oppo to motion to compel | 3.25 | 812.50 |
| 11-17-00 | SBJ | Finish oppo to motion to compel | 4.00 | 1,000.00 |
| 11-26-00 | SBJ | Review and analyze CT November 22 reply re motion to compel and make notes for oral argument (.50); research for oppo to dismissal motion, including cases cited by CT and Ninth Circuit cases on Rule 8 and 84, esp. Crull, draft oppo (3.50); review Hulbert 11-20 letter to Judge Gillmor re CT fee request (.25) | 4.25 | 1,062.50 |
| 11-27-00 | SBJ | Prepare letter to Court, notice of dispute and related documents | 1.25 | 312.50 |
| 11-29-00 | SBJ | Work on oppo to dismissal motion (research, draft and revise | 6.50 | 1,625.00 |
| 11-30-00 | SBJ | Finish oppo to motion to dismiss FAC (2.50); notice re discovery motion hearing (.25) | 2.75 | 687.50 |

| | | | | |
|---|---|---|---|---|
| 12-01-00 | SBJ | Review Court notice setting hearing on dispute notice | .25 | 62.50 |
| 12-04-00 | SBJ | Review and analyze CT oppo re dispute notice (.50); meet w/declarants; prepare ex parte motion, declarations and memorandum re CT allegations in reply re motion to compel (6.25) | 6.75 | 1,687.50 |
| 12-05-00 | SBJ | Prepare reply to CT oppo re fee dispute | 1.50 | 375.00 |
| 12-08-00 | SBJ | Review Court Order on ex parte motion | .25 | 62.50 |
| 12-11-00 | SBJ | Review and analyze CT reply to oppo to dismissal motion and make notes for hearing | .75 | 187.50 |
| 12-20-00 | SBJ | Review Court Order on motion to compel | .25 | 62.50 |
| 01-29-01 | SBJ | Review and analyze Court Order on First Amended Complaint | .50 | 125.00 |
| 02-23-01 | SBJ | Review and analyze CT motion to partially dismiss Second Amended Complaint (.75); notify client of filing (.25) | 1.00 | 250.00 |
| 03-13-01 | SBJ | Research and draft oppo to motion for partial dismissal | 4.25 | 1,062.50 |
| 03-14-01 | SBJ | Research, draft and revise oppo to partial dismissal motion | 5.50 | 1,375.00 |
| 03-15-01 | SBJ | Revise and finish oppo to partial dismissal motion | 3.00 | 750.00 |
| 03-22-01 | SBJ | Review and analyze CT reply re partial dismissal motion; prepare oral argument | .25 | 62.50 |
| 04-09-01 | SBJ | Review Court Order denying dismissal and notify clients | .25 | 62.50 |
| 05-14-01 | SBJ | Research law on privilege waiver by asserting an advice of counsel defense | 2.25 | 312.50 |
| 05-15-01 | SBJ | Research law on whether raising an advice of counsel defense disqualifies the giver of that advice from serving as litigation counsel | 5.25 | 1,312.50 |
| 05-16-01 | SBJ | Research law on whether attorney-client privilege can be used to shield claims investigations | 4.25 | 1,062.50 |
| 05-18-01 | SBJ | Research law on whether advice of counsel defense | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | waives any attorney-client privilege covering claims investigations and decisions | 4.25 | 1,062.50 |
| 07-20-01 | SBJ | Research and draft disqualification motion and motion to compel | 4.50 | 1,125.00 |
| 07-23-01 | SBJ | Work on motions to disqualify and compel | 1.00 | 250.00 |
| 07-24-01 | SBJ | Finish disqualification motion (.25); finish motion to compel (1.00) | 1.25 | 312.50 |
| 08-28-01 | SBJ | Review and analyze oppo to motion to disqualify and draft reply; review and analyze oppo to motion to compel and counter-motion for protective order and draft reply and oppo | 2.75 | 687.50 |
| 08-29-01 | SBJ | Work on replies and oppo | 2.00 | 500.00 |
| 08-30-01 | SBJ | Work on reply memos | 1.75 | 437.50 |
| 09-03-01 | SBJ | Finish reply memos and oppo to counter-motion | 2.00 | 500.00 |
| 09-10-01 | SBJ | Call with Court Clerk re changed hearing date on pending motions (.25); review and analyze reply memo and make notes for oral argument (.75) | 1.00 | 250.00 |
| 09-11-01 | SBJ | Letter to opposing counsel re hearing date change | .25 | 62.50 |
| 09-14-01 | SBJ | Draft supplemental memo and declarations for disqual motions (including conferring with declarants) | .50 | 125.00 |
| 09-17-01 | SBJ | Finish supplemental memo and declarations for disqual motions | .25 | 62.50 |
| 10-01-01 | SBJ | Review proposed forms of order on motions to disqual and to compel and draft letter to Hulbert w/proposed changes | .25 | 62.50 |
| 10-02-01 | SBJ | Revise and finalize letter to Hulbert | .25 | 62.50 |
| 10-09-01 | SBJ | Review Hulbert note and new order form and approve same | .25 | 62.50 |
| 10-14-01 | SBJ | Review motion and order on CT brief length | .25 | 62.50 |
| 10-17-01 | SBJ | Review and analyze summary judgment motion (1.50); draft follow up discovery motion (3.00) | 4.50 | 1,125.00 |

| | | | | |
|---|---|---|---|---|
| 10-23-01 | SBJ | Review Orders entered October 16 | .25 | 62.50 |
| 10-24-01 | SBJ | Research and draft oppo to sj motion | 4.25 | 1,062.50 |
| 10-26-01 | SBJ | Research and draft oppo to sj motion | 3.75 | 937.50 |
| 10-28-01 | SBJ | Research and draft oppo to sj motion | 6.25 | 1,562.50 |
| 10-29-01 | SBJ | Research and draft oppo to sj motion | 3.25 | 812.50 |
| 10-30-01 | SBJ | Research and draft oppo to sj motion | 2.75 | 687.50 |
| 11-23-01 | SBJ | Research and draft oppo to sj motion | 4.50 | 1,125.00 |
| 11-26-01 | SBJ | Research and draft oppo to sj motion and draft response to statement of allegedly undisputed facts | 5.50 | 1,375.00 |
| 11-27-01 | SBJ | Research, draft and revise oppo to sj motion and response re undisputed facts | 5.75 | 1,437.50 |
| 11-28-01 | SBJ | Research, draft and revise oppo to sj motion and response re undisputed facts | 5.00 | 1,250.00 |
| 11-29-01 | SBJ | Prep counter-motion for sj; work on fact statement and oppo to sj (6.25); call w/Hulbert re filings (.25) | 6.50 | 1,625.00 |
| 11-30-01 | SBJ | Complete response to factual statement and memo opposing sj motion (6.50); related calls and email to Hulbert (.25) | 6.75 | 1,687.50 |
| 12-01-01 | SBJ | Call w/clients re motions | .50 | 125.00 |
| 12-04-01 | SBJ | Research and analyze bifurcation question (1.50); prepare response to motion to bifurcate (.25); call with Clerk and draft and send stip re response dates to Hulbert (.25) | 2.00 | 500.00 |
| 12-06-01 | SBJ | Review CT's "errata" | .25 | 62.50 |
| 12-07-01 | SBJ | Review CT's reply memo, evidence objections and oppo to counter-motion and start drafting reply | 4.75 | 1,187.50 |
| 12-10-01 | SBJ | Prepare reply memo | 5.75 | 1,437.50 |
| 12-11-01 | SBJ | Review Court Order re no hearing and work on reply memo | .25 | 62.50 |

| | | | | |
|---|---|---|---|---|
| 12-12-01 | SBJ | Complete reply memo and reply to evidence objections | 8.25 | 2,062.50 |
| 03-22-02 | SBJ | Review and analyze Court SJ Order (.75); draft motion for recon (1.50) | 2.25 | 562.50 |
| 03-25-02 | SBJ | Research and draft recon motion | 3.00 | 750.00 |
| 03-26-02 | SBJ | Research and draft recon motion | 2.00 | 500.00 |
| 03-28-02 | SBJ | Research and draft recon motion | 2.25 | 562.50 |
| 04-01-02 | SBJ | Finish motion for reconsideration | 8.50 | 2,125.00 |
| 04-05-02 | SBJ | Review judgment on sj order and notice of judgment and begin prep of motion to alter or amend | .50 | 62.50 |
| 04-08-02 | SBJ | Prep and complete motion to alter or amend | 3.50 | 875.00 |
| 04-11-02 | SBJ | Review and analyze oppo to recon motion including the cases cited | 1.50 | 375.00 |
| 04-12-02 | SBJ | Review oppo and prep reply to oppo to motion to alter or amend (1.00); review cost notice and analyze (.50) | 1.50 | 375.00 |
| 04-16-02 | SBJ | Review and analyze CT fee motion including cited cases and outline oppo | 2.50 | 625.00 |
| 04-18-02 | SBJ | Prepare response to cost notice and prepare reply re recon and alter and amend motions | 4.00 | 1,000.00 |
| 04-19-02 | SBJ | Finish response to cost notice and work on reply re recon motion | 1.75 | 437.50 |
| 04-22-02 | SBJ | Finish reply re recon motion | 7.50 | 1,875.00 |
| 04-23-02 | SBJ | Finish and file reply re motion to alter or amend; work on response to fee motion | 3.50 | 875.00 |
| 04-24-02 | SBJ | Review Court Orders re schedule on fees and costs and calendar dates | .25 | 62.50 |
| 05-01-02 | SBJ | Review Hulbert letter; draft response and letter re cost bill | .25 | 62.50 |
| 05-02-02 | SBJ | Finish correspondence to Hulbert | .25 | 62.50 |

| | | | | |
|---|---|---|---|---|
| 05-03-02 | SBJ | Review Hulbert fax and call MJ's clerk; draft stip re responses and replies | .50 | 125.00 |
| 05-06-02 | SBJ | Review Hulbert transmittal, draft response, and finish stip | .50 | 125.00 |
| 05-07-02 | SBJ | Execute and direct lodging of stip | .25 | 62.50 |
| 05-08-02 | SBJ | Review Hulbert transmittal, prep and send letter requesting further docs | .25 | 62.50 |
| 05-10-02 | SBJ | Review Court Order | .25 | 62.50 |
| 05-16-02 | SBJ | Review new doc from Hulbert | .25 | 62.50 |
| 05-22-02 | SBJ | Review and analyze Court Order | .25 | 62.50 |
| 05-24-02 | SBJ | Letter to Hulbert re scheduling | .25 | 62.50 |
| 05-30-02 | SBJ | Review Hulbert fax (.25) and work on oppo to fee and cost motion (4.75) | 5.00 | 1,250.00 |
| 05-31-02 | SBJ | Research and draft oppo to fee and cost motion | 6.00 | 1,500.00 |
| 06-03-02 | SBJ | Research, draft and finish oppo to fee and cost motion | 8.75 | 2,187.50 |
| 06-04-02 | SBJ | Review and analyze CT reply re costs | .25 | 62.50 |
| 06-07-02 | SBJ | Letter to Hulbert | .25 | 62.50 |
| 06-24-02 | SBJ | Research and prepare reply memo re costs and review CT memo re fees | 4.75 | 1,187.50 |
| 08-12-02 | SBJ | Review Court Order on fees | .25 | 62.50 |
| 12-31-02 | SBJ | Review and analyze Special Master ("SM") report on fees and letter to clients re same | 1.75 | 437.50 |
| 01-13-03 | SBJ | Research and draft objections to SM report | 6.50 | 1,375.00 |
| 01-14-03 | SBJ | Finish objections to SM report | 5.50 | 1,125.00 |
| 05-07-03 | SBJ | Call to Hulbert re continuing hearing date on USDC fee and cost motion | .25 | 62.50 |

05-12-03  SBJ  Calls with opposing counsel and Court Clerk re changing
               hearing date on USDC fee and cost hearing                    .25      62.50

05-14-03  SBJ  Prepare and circulate stip re change of hearing date         .50     125.00

05-19-03  SBJ  Execute and direct lodging of stipulation                    .25      62.50

06-05-03  SBJ  Review Ching e-mail and draft stipulation to vacate SM
               Report and withdraw District Court fee and cost motions      .25      62.50

06-06-03  SBJ  Attempt to reach Ching and finalize stipulation re District
               Court fees and costs                                         .25      62.50

06-20-03  SBJ  Approve Hulbert revisions to stipulation and arrange
               lodging                                                      .25      62.50

07-02-03  SBJ  Review stipulated order and direct service                   .25      62.50

06-18-04  SBJ  Review and analyze CT 6-16-04 moving papers                 1.75     437.50

09-13-04  SBJ  Prepare concise statement responding to errors in CT
               factual statement including review of underlying
               documents (4.75); review and research bad faith cases
               and statutes for opp to sj motion (4.25)                    9.00   2,250.00

09-14-04  SBJ  Draft oppo to sj motion including review and analysis
               of exhibits                                                 7.00   1,750.00

09-15-04  SBJ  Draft and revise oppo to sj motion                          5.25   1,312.50

09-16-04  SBJ  Work on draft of sj oppo and revise same                    2.25     562.50

09-17-04  SBJ  Drafting and revising of sj oppo                            6.00   1,500.00

09-19-04  SBJ  Draft and revise sj oppo                                    5.25   1,312.50

09-20-04  SBJ  Finish oppo to partial sj motion (2.00); finish concise
               statement(.25); email copies to client (nc)                2.25     562.50

09-28-04  SBJ  Review and analyze CT reply memo and CT concise
               statement reply and make notes for oral argument           1.50     375.00

10-04-04  SBJ  Research and prepare letter to Magistrate Judge with
               additional citations                                       3.25     812.50

10-18-04  SBJ  Review and analyze Court Order on partial sj motion

| | | | Hours | Amount |
|---|---|---|---|---|
| | | including cited cases and cases cited in Aerosoft re allocations, burdens of proof and related issues | 4.50 | 1,125.00 |
| 10-19-04 | SBJ | Research law on "surplusage" and election of remedies questions raised sua sponte in the Court Order (3.50); draft motion for reconsideration (9.00) | 12.50 | 3,125.00 |
| 10-20-04 | SBJ | Finish motion for reconsideration re partial summary judgment (3.25); email to client re motion (.25) | 3.50 | 875.00 |
| 11-01-04 | SBJ | Review and analyze Court's 10-29 Order (.25); note to client re same (.25) | .50 | 125.00 |
| 01-21-05 | SBJ | Draft motion to compel and supporting memo | 1.00 | 250.00 |
| 01-22-05 | SBJ | Work on memo for motion to compel | 1.25 | 312.50 |
| 01-24-05 | SBJ | Finish motion to compel | 4.25 | 1,062.50 |
| 02-08-05 | SBJ | Review and analyze CT oppo to motion to compel including cited cases | 1.75 | 437.50 |
| 02-09-05 | SBJ | Research case law and rules on reinstating claims after partial sj and sua sponte judgments, and update research on waivers of privilege by raising advice defense | 6.00 | 1,500.00 |
| 02-10-05 | SBJ | Draft reply to oppo to motion to compel | 5.25 | 1,312.50 |
| 02-11-05 | SBJ | Finish reply to oppo to motion to compel | 4.25 | 1,062.50 |
| 02-22-05 | SBJ | Calls from Court Clerk resetting hearing on motion to compel | .25 | 62.50 |
| 02-26-05 | SBJ | Letter to MJ and Clerk re missing page 9 of reply memo | .25 | 62.50 |
| 03-21-05 | SBJ | Review order denying motion to compel | .25 | 62.50 |
| | | | | $85,562.50 |

## F.  ATTENDING COURT HEARINGS

| Date | Init | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 10-02-00 | SBJ | Prepare for hearing and attend hearing on motion to dismiss | 2.00 | 500.00 |

| Date | Init | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 12-08-00 | SBJ | Prep for and attend hearing on motion to compel | 2.50 | 625.00 |
| 12-18-00 | SBJ | Prep for and argue at hearing on motion to dismiss and dispute notice; notify clients of result | 3.50 | 875.00 |
| 04-02-01 | SBJ | Prepare for and successfully argue at hearing on motion for partial dismissal | 1.50 | 375.00 |
| 09-28-01 | SBJ | Prepare for hearing and argue at hearing on motion to compel and disqualification motions | 2.00 | 500.00 |
| 10-08-04 | SBJ | Prep for hearing and argue at hearing on motion for partial summary judgment | 2.00 | 500.00 |
| 10-09-04 | SBJ | Email to client re yesterday's hearing | .25 | 62.50 |
| 03-08-05 | SBJ | Prep for and attend hearing on motion to compel | 1.50 | 375.00 |
| | | | | $ 3,812.50 |

### G.     TRIAL PREPARATION AND ATTENDING TRIAL

| Date | Init | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 03-24-05 | SBJ | Research and analysis of Hogan, Sentinel and progeny re evidence burdens where an insurance carrier has breached its duty to defend | 5.25 | 1,312.50 |
| 03-26-05 | SBJ | Continued research and analysis of Hogan, Sentinel and progeny, with special attention to the Aerojet and Buss decisions | 7.50 | 1,875.00 |
| 03-28-05 | SBJ | Research and analyze California cases re evidence burdens and estoppels to challenge fee items and allocations where duty to defend has been breached | 8.50 | 2,125.00 |
| 03-29-05 | SBJ | Research and analyze case law re scope of available damages for breach of duty to defend | 9.00 | 2,250.00 |
| 03-30-05 | SBJ | Research re recoverability of fees incurred in mitigation after duty to defend is breached | 7.25 | 1,812.50 |

03-31-05  SBJ  Draft Pretrial Statement and related analysis of trial
issues                                                                                    8.25     2,062.50

04-01-05  SBJ  Draft Pretrial Statement and related document review     8.50     2,125.00

04-05-05  SBJ  Call with Hulbert re stipulating to facts (.25); work on
PTS (7.25)                                                                          7.50     1,875.00

04-06-05  SBJ  Emails w/client re AMT liability (.25); research
recoverability of additional tax liability caused by a
breach of contract (8.75)                                                    9.00     2,250.00

04-07-05  SBJ  Email from client re AMT (.25); revise and finish draft
of PTS (8.25)                                                                     8.50     2,125.00

04-08-05  SBJ  Final revisions to PTS (1.50); review and analyze CT
4-5 PTS including all cited cases (3.00); note to clients
re their PTS and ours (.50); review emails from
client re 1998 settlement (.25)                                        5.25     1,312.50

04-11-05  SBJ  Discussion w/client re tomorrow's settlement conf         .50        125.00

04-12-05  SBJ  Review client 2004 estimated return (.25); call with client
re settlement strategy and position (.50); attend pretrial
conference and following settlement conf (3.50); research
and analyze case law on "trials within a trial" and "appeals
within a trial" (5.00)                                                        9.25     2,312.50

04-13-05  SBJ  Research and analyze statutes and case law on
noncollectability as a defense to recovery of amounts one
should have received in an underlying action (7.25); further
research and analysis on trials within trials and appeals
within trials (6.00)                                                        13.25     3,312.50

04-14-05  SBJ  Calls with Oregon realtors and title companies re Dimiceli
properties and need for info (.25); call retaining Patti Hart
(Western Title – Oregon) to update info on value of Dimiceli
Oregon properties in case CT raises a noncollectability defense
(.25); prepare fax to Hart describing info needed (1.00)   1.50        375.00

04-20-05  SBJ  Review and analyze faxed information from Western
Title re Dimiceli Oregon properties (3.75); calls to Hart re
additional info needed (.25); prepare fax letter
describing add'l docs needed (.25); review files and prepare
list of proposed Court and appeal docs for exhibits (4.50)  8.75   2,187.50

04-22-05  SBJ  Work on list of proposed Court docs to be exhibits
               including review of docs (4.75)                           4.75   1,187.50

04-23-05  SBJ  Review of Oregon statutes re tax valuation (.75); email
               Western Title re missing document (.25)                   1.00    250.00

04-24-05  SBJ  Prepare list of proposed Court documents to be exhibits
               (2.25)                                                    2.25    562.50

04-25-05  SBJ  Call and email from Couch re exhibits (.25); finish list of
               proposed Court documents and email to Couch (1.00); calls
               with Hart re Oregon info (.25); review faxed docs from
               Western Title (1.50); review files for proposed additional
               exhibits and prepare list of same (4.25)                  7.25   1,812.50

04-26-05  SBJ  Two follow up calls to Western Title (.25); further review
               of files for proposed additional exhibits, finish list and
               email to Couch re proposed exhibits beyond those
               proposed by CT (9.50); emails w/Couch re docs (.25);
               review file documents and internet research re Dimiceli's
               Alaska assets re collectability (1.00)                    11.00   2,750.00

04-27-05  SBJ  Emails w/Couch re exhibits and meet and confer (.25);
               research and analysis re prejudgment interest and its
               availability in this case (1.50); update research on third
               party beneficiary law (3.25); update research on
               appealability of unopposed trial court actions and
               agreed-to trial court actions in Hawaii courts (1.00);
               update res judicata and collateral estoppel research
               (1.50) (all research is for trial brief, trial, and any
               necessary post-trial filings)                            7.50   1,875.00

04-28-05  SBJ  Emails w/Couch re document exchange and Wise
               stipulation (.25); research and analyze 1998 Hawaii civil
               and appellate rules at Supreme Court library (.75);
               research and analysis re recoverability of value of choses
               in action (3.25); research re judicial estoppel and whether
               federal or state law applies (1.25) (all research is for trial
               brief, trial, and necessary post-trial filings)          5.50   1,375.00

04-29-05  SBJ  Emails w/clients re trial testimony and their physical
               problems (.75); draft clients proposed trial testimony
               including review of relevant documents (6.00)            6.75   1,687.50

04-30-05  SBJ  Emails w/clients re CT's settlement positions (.50); prepare
               draft of Morgans' proposed testimony and email to clients

| | | | |
|---|---|---|---|
| | for review (2.00) | 2.50 | 625.00 |
| 05-01-05 SBJ | Email exchanges w/clients re tax return for exhibits (.25), health issues (.25) and info for stip to testimony (.75) | 1.25 | 312.50 |
| 05-01-05 SBJ | Prepare docs for tomorrow's exchange ($75/hour rate) | 3.00 | 225.00 |
| 05-02-05 SBJ | Emails w/client re settlement negotiations (.25); meeting with Couch and Kaneda re exhibits (3.50); prepare witness list and offer of testimony (1.75); draft proposed Cuatto and Sulla testimony (2.50) | 8.00 | 2,000.00 |
| 05-03-05 SBJ | Emails w/Couch and Hulbert re form of exhibits, lists and objections (.25); review proposed CT joint exhibit list and email comments to Couch (1.00); email exchange w/client re settlement discussions in Kauai case (.25); prepare proposed Cuatto and Sulla testimony and send out for review (2.00) | 3.50 | 875.00 |
| 05-04-05 SBJ | Revise proposed Morgan testimony and email to client for review (1.75); review, analyze and reply to Couch re proposed Wise stip (1.50); emails w/Couch re scope of agreement on docs on joint witness list and proposed expansion of scope (1.00); email Couch re scope of CT objections to plaintiffs' objections (.25); review CT witness list (.25); review comments on Sulla and Cuatto stips and revise and send to Couch (.75); draft trial brief (3.75) | 9.25 | 2,312.50 |
| 05-05-05 SBJ | Review client comments on draft stip re their testimony and revise and send to Couch (.25) | .25 | 62.50 |
| 05-06-05 SBJ | Multiple emails w/Couch re exhibits (.75); draft trial brief (9.00) | 9.75 | 2,437.50 |
| 05-07-05 SBJ | Prepare trial brief | 4.25 | 1,062.50 |
| 05-08-05 SBJ | Draft and revise trial brief (8.00); review and analyze joint exhibit list as revised and email Couch re missing doc (.50) | 8.50 | 2,125.00 |
| 05-09-05 SBJ | Call from Kaneda re exhibit and email response to Couch (.25); further research recoverability of additional tax liability caused by a breach of contract (4.75); prepare and revise trial brief (3.75) | 8.75 | 2,187.50 |

05-10-05  SBJ  Email exchange w/client re AMT issue (.75); finish
trial brief (4.50); prepare objections to proposed
exhibits (.50)                                                      5.75   1,437.50

05-11-05  SBJ  Email Couch re status of drafts of stipulated Morgan,
Cuatto and Sulla testimony (.25); review client email
re typos in trial brief and prepare errata (.50); review
email from Couch re service of trial brief and reply (.25);
email Couch re proposed add'l exhibits (.25); email to
Sutton re witness prep (.25)                                        1.50    375.00

05-12-05  SBJ  Reply to Couch email re service of trial brief (.25); review,
analyze and make trial notes on CT 5-10 objections to
exhibits (1.25); prepare revised trial brief pages (.25)           1.75    437.50

05-13-05  SBJ  Review Couch redraft of proposed witness stips (.25); email
Couch re possible stip on other facts (.25)                         .50     62.50

05-14-05  SBJ  Email Couch re rationale for stip changes (.25); review,
analyze and make trial notes on CT 5-10 trial brief (3.25)  3.50    875.00

05-15-05  SBJ  Prepare questions for Mau cross-examination including
related analysis of lack of qualifications (3.75); prepare
to cross-examine Schraff, including review and listing
of exhibits evidencing his lies to the Kauai Court and
others, deliberate efforts to make the Kauai action as
expensive as possible for the Morgans, and related
dishonest and dilatory tactics (2.75)                             6.50   1,625.00

05-16-05  SBJ  Prepare response to CT pretrial statement (.25); review
and reply to Couch email (.25)                                      .50    125.00

05-16-05  SBJ  Prepare plaintiffs' exhibits for copying and arrange
copying ($75/rate)                                                 4.50    337.50

05-17-05  SBJ  Review Couch email re joint exhibits (.25); prepare for
defense of my trial testimony, including chart and
document review and analysis of likely questions (5.75)           6.00   1,500.00

05-18-05  SBJ  Call w/Couch re exhibits and stips (.25); prep for
defense of my trial testimony, with attention to charts
and documents and likely questions (6.75)                         7.00   1,750.00

05-18-05  SBJ  Call from copying service re copying issues; go to
copying service and address problems ($75/rate)                    .75     56.25

05-19-05  SBJ  Review Couch letter re trial exhibits and cost (.25);
              review and analyze newly-proposed Cochran witness
              testimony and email Couch w/objections (.75); emails
              w/Couch re Morgan, Cuatto and Sulla stips and
              prepare final revisions for same (1.25); reply to Couch
              email re exhibit copies (.25); research estoppel effect of
              CT's evidence objections if sustained (4.75)                7.25  1,812.50

05-19-05  SBJ  Calls to copying service re copying of exhibits ($75/rate)   .25    18.75

05-20-05  SBJ  Call from Ono (AHFI) re availability of signed stips re Sulla
              Morgans and Cuatto trial testimony and review transmittal
              for same (.25); call from Richlyn re exhibits (.25); analysis
              and emails w/Couch re revisions to Wise testimony (.25);
              review and execute final version of Wise stip (.25)         1.00    250.00

05-20-05  SBJ  Prepare and deliver exhibit binders ($75/rate)             6.00    450.00

05-21-05  SBJ  Further prep for Schraff cross-examination, including
              further review and listing of exhibits as described in
              previous entry, and prep of cross-examination questions
              (8.25); email opposing counsel re Tuesday witness (.25);
              email exchange w/client re witness testimony stips (.25)    8.75  2,187.50

05-22-05  SBJ  Prepare opening statement including related doc review     4.50  1,125.00

05-23-05  SBJ  Review and reply to Hulbert email re tomorrow's planned
              witnesses (.25); prepare opening statement and guide
              through exhibits for opening statement (4.00); meet w/witness
              Sutton re testimony (1.25); review CT letter-brief and cited
              cases and prepare reply letter to MJ with citations(1.75);
              emails w/Richlyn re Morgan witness issue (.25); prepare to
              examine Sutton (1.00)                                        8.50  2,125.00

05-24-05  SBJ  Prep for trial and attend trial (7.25); notify clients of
              result (.25)                                                 7.50  1,875.00

05-25-05  SBJ  Call and e-mail from Couch re scheduling of settlement
              conference (.25); email exchange with Mr. Morgan re same
              (.25); prepare memo opposing motion to disqualify (.25);
              prepare declaration re letter brief and supplemental interrog
              answers (.25)                                                1.00    250.00

05-26-05  SBJ  Prepare for and attend settlement conference (1.75); email
              exchange w/Richlyn and other counsel re findings and
              conclusions, including review of Court's informal order

| | | | | |
|---|---|---|---|---|
| | (.25) | | 2.00 | 500.00 |
| 05-27-05 | SBJ | Email client re conf and status | .50 | 125.00 |
| 05-29-05 | SBJ | Email exchange w/clients re strategy and case analysis | .50 | 125.00 |
| 05-31-05 | SBJ | Research and analysis re permissible scope of findings and conclusions where requested simultaneously from both sides (5.25); begin drafting proposed conclusions (3.25); research and analysis re jurisdictional damage amount test (.25) | 8.75 | 2,187.50 |
| 06-01-05 | SBJ | Draft proposed conclusions (2.75); related research re law of the case, the circumstances under which it can be changed, and the notice which must be given (8.75) | 11.50 | 2,875.00 |
| 06-02-06 | SBJ | Research and analysis re nominal damage cases (3.50); draft proposed conclusions (5.50) | 9.00 | 2,250.00 |
| 06-03-05 | SBJ | Draft conclusions (4.50); related review and further analysis of Upper Deck, Aerojet and Buss (1.50) | 6.00 | 1,500.00 |
| 06-06-05 | SBJ | Draft conclusions (7.75); related review of scope of duty to defend cases (.75) | 8.50 | 2,062.50 |
| 06-07-05 | SBJ | Draft and revise draft conclusions (7.50); related review and analysis of Morgan policy terms (1.50) | 9.00 | 2,250.00 |
| 06-08-05 | SBJ | Revise draft and prepare draft conclusions (10.25); related review of scope of duty to defend cases (2.00) | 12.25 | 3,062.50 |
| 06-09-05 | SBJ | Draft conclusions (10.50); related review of forseeability and estoppel cases including Sentinel (.75) | 11.25 | 2,812.50 |
| 06-10-05 | SBJ | Draft conclusions (9.00); related review of noncollectability as a defense cases, rules and cases requiring that affirmative defenses be pleaded, estoppel cases, and Kauai exhibits evidencing Dimiceli's unwillingness to enter into a reasonable settlement (2.00) | 11.00 | 2,750.00 |
| 06-12-05 | SBJ | Draft conclusions (5.50); review SIHLE case cited by CT (.25) | 5.75 | 1,437.50 |
| 06-13-05 | SBJ | Review third-party beneficiary, chose in action, Sentinel, trial within a trial and appeal within a trial cases (1.25); draft conclusions (7.00) | 8.75 | 2,187.50 |

06-14-05  SBJ  Review CT's "can't relitigate Kauai case argument and
                 research and analyze actual res judicata, estoppel and
                 comity law (4.25); draft conclusions (7.75)                    12.00  3,000.00

06-15-05  SBJ  Review Goodfader (.50) and prepare conclusions for
                 appeal within an appeal issues (10.25)                         10.50  2,625.00

06-16-05  SBJ  Review Lee v. Yano and Restatement (.75); review
                 calculations of amount owed to Morgans on third-party
                 beneficiary claim (.75); prepare conclusions on amount
                 owed (6.00); begin conclusions on recoverability of Kauai
                 fees and costs as such and Hogan-Aerosafe rule (3.50)          11.00  2,750.00

06-17-05  SBJ  Review prior Ninth Circuit opinion in this case, Hogan
                 and progeny, law of case, mitigation, and other decisions
                 re Kauai fees and costs recovery (2.25); prepare
                 conclusions (9.00)                                             11.25  2,812.50

06-18-05  SBJ  Review prejudice and waiver cases (1.00); prepare
                 conclusions (10.00)                                            11.00  2,750.00

06-19-00  SBJ  Review reasonableness, estoppel and burden of proof
                 cases (1.00); prepare conclusions (4.50); review interest,
                 extra tax damage, and scope of damages for breach of
                 duty to defend cases (1.25); further prep of conclusions
                 (6.25)                                                         13.00  3,250.00

06-20-05  SBJ  Revise and finalize conclusions and findings, including
                 splitting off findings into a separate document; final
                 edit of conclusions, and final revisions to findings (9.25);
                 prepare supplemental exhibits (.25)                             9.50  2,375.00

06-21-05  SBJ  Review and analyze CT's 6-20 proposed findings and
                 conclusions (.75); email exchange w/clients re findings and
                 conclusions (.25)                                               1.00    250.00

06-29-05  SBJ  Review Couch letter re findings and conclusions               .25     62.50

06-30-05  SBJ  Review and analyze CT's 6-29 objections to our proposed
                 findings and conclusions, including cited materials            2.75    687.50

07-06-05  SBJ  Prepare ex parte motion re unauthorized objections (1.75);
                 prepare ex parte motion to strike trial memo (4.25)            6.00  1,500.00

07-18-05  SBJ  Review and analyze Court's findings, conclusions and order

|  | | | |
|---|---|---|---|
| (.50); review and analyze Orders granting and denying motions to strike (.25); emails to client re same (.50) | | 1.25 | 312.50 |
| 07-19-05  SBJ  Review Court's judgment | | .25 | 62.50 |

Western Title Insurance Company – Flat Rate Services – Searches for information on Dimiceli's Oregon properties to controvert any CT defense of uncollectability (services performed during April 2005, see Exhibit B)          150.00

$122,400.00

### H.  POST_TRIAL MOTIONS

| Date | Init | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 07-21-05 | SBJ | Research treatises and cases onscope of Rules 52 and 59 (2.00); draft motion for Rule 52 and 59 relief, including requested amendments to findings and conclusions, and supporting memo (1.50) | 3.50 | 875.00 |
| 07-22-05 | SBJ | Prepare memo supporting Rule 52-59 motion, including analysis of the Court's reasoning and the evidence which was overlooked | 7.50 | 1,875.00 |
| 07-29-05 | SBJ | Draft and revise memo supporting Rule 52-59 motion | 8.00 | 2,000.00 |
| 08-01-05 | SBJ | Finish Rule 59 motion (.50) | .50 | 125.00 |
| 08-03-05 | SBJ | Review and analyze CT 8-1 motion for fees and costs | 1.00 | 250.00 |
| 08-04-05 | SBJ | Call from Hulbert re oppo due date re Rule 59 motion and fee motion | .25 | 62.50 |
| 08-05-05 | SBJ | Prepare ex parte motion re order of briefing and hearing pending motions (.50); review Court Order revising hearing dates (.25) | .75 | 187.50 |
| 08-08-05 | SBJ | Email Hulbert re dates set by Court | .25 | 62.50 |
| 08-09-05 | SBJ | Emails with Hulbert re changing Rule 59 dates (.25); call with Richlyn re ex parte motion (.25); prepare withdrawal of ex parte motion (.25) | .75 | 187.50 |
| 08-10-05 | SBJ | Review and analyze CT 8-9 Statement of Consultation (.25); review and analyze 8-9 CT Hulbert declaration (.25) | .50 | 125.00 |

| | | | | |
|---|---|---|---|---|
| 08-11-05 | SBJ | Call with Richlyn re moving hearing and status date; email from Hulbert ok'ing same; emails Hulbert re new dates | .25 | 62.50 |
| 08-12-05 | SBJ | Email from Hulbert ok'ing new dates and advise Court of same | .25 | 62.50 |
| 08-23-05 | SBJ | Review and analyze CT Notice of Taxation of Costs filed 8-16 (.25); review and reply to Couch email (.25) | .50 | 125.00 |
| 08-26-05 | SBJ | Emails w/Ching re proposed revised dates re Rule 59 motion (.25); prepare and email Ching proposed stip re same (.25) | .50 | 125.00 |
| 08-29-05 | SBJ | Call to opposing counsel in response to email re stipulation on dates for filing oppo and reply re Rule 59 motion | .25 | 62.50 |
| 09-08-05 | SBJ | Review Couch 8-31 email re motion hearing date | .25 | 62.50 |
| 09-21-05 | SBJ | Review and analyze CT 9-14 memo opposing Rule 59 motion | .75 | 187.50 |
| 09-22-05 | SBJ | Review Ferreira, Uyemura and Omura re evidence requirements for nominal judgment (.50); review Rule 52 and 59 requirements (.25); review Sentinel and CA cases re reimbursement after duty to defend breached (1.00); draft reply memorandum (4.75) | 6.50 | 1,625.00 |
| 09-23-05 | SBJ | Review other cases to be cited therein (.50) and draft and revise reply memo (6.25) | 6.75 | 1,687.50 |
| 09-26-05 | SBJ | Draft, revise and finish reply memorandum supporting Rule 59 motion | 2.00 | 500.00 |
| 10-07-05 | SBJ | Prep for and argue at hearing on motion for Rule 59 relief | 3.75 | 937.50 |
| 10-28-05 | SBJ | Review and analyze Court's Order on Rule 59 motions (.50); emails to clients re result (.50) | 1.00 | 250.00 |
| 11-01-05 | SBJ | Review judgment (.25) | .25 | 62.50 |
| 11-03-05 | SBJ | Research trial exhibits re settlement agreement w/ Dimiceli (.50); research re scope of Rule 60 review (1.00) | 1.50 | 375.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11-04-05 | SBJ | Emails w/client re moving for Rule 60 relief | .25 | 62.50 |
| 11-12-05 | SBJ | Review and analyze time records and classify entries into the categories set forth in the Local Rules, including review and analysis of the underlying documents | 7.00 | 1,750.00 |
| 11-14-05 | SBJ | Prepare memo for motion for fees and nontaxable expenses including review and analysis of CT's memo supporting its fee motion and the previous Special Master's Report | 3.00 | 750.00 |
| 11-17-05 | SBJ | Prepare and finish Rule 60 motion | 1.50 | 375.00 |
| 11-18-05 | SBJ | Email exchange w/Richlyn and opposing counsel re fee motion and scheduling | .25 | 62.50 |
| 11-20-05 | SBJ | Prepare memorandum and declaration supporting amended motion for summary judgment; update Exhibit A | 4.75 | 1,062.50 |

$15,937.50

## I. FIRST NINTH CIRCUIT APPEAL

| Date | Init | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 04-30-02 | SBJ | Research re expediting appeals; email exchange w/clients re birth dates for motion | .50 | 125.00 |
| 05-22-02 | SBJ | Review appeal requirements and draft appeal docs | 2.00 | 500.00 |
| 05-23-02 | SBJ | Finish appeal documents (notice of appeal, questions presented and docketing statement) | 5.50 | 1,375.00 |
| 06-03-02 | SBJ | Call to Hulbert re transcripts and prepare transcript request for appeal | .25 | 62.50 |
| 06-04-02 | SBJ | Review docketing and other info from Ninth Circuit | .25 | 62.50 |
| 06-10-02 | SBJ | Confirming letter to Hulbert re transcripts | .25 | 62.50 |
| 06-13-02 | SBJ | Review scheduling and other info from Ninth Circuit and calendar action dates | .50 | 125.00 |
| 06-24-02 | SBJ | Review info from Ninth Circuit | .25 | 62.50 |
| 07-16-02 | SBJ | Research and draft opening brief | 3.00 | 750.00 |

| 07-17-02 | SBJ | Research and draft opening brief | 4.25 | 1,062.50 |
| 07-19-02 | SBJ | Research and draft opening brief | 7.25 | 1,812.50 |
| 07-23-02 | SBJ | Research and draft opening brief | 3.00 | 750.00 |
| 07-24-02 | SBJ | Research and draft opening brief (2.00); confirm preparation of requested transcripts (.25); draft brief covers (.25) | 2.50 | 625.00 |
| 07-25-02 | SBJ | Review FRAP and Ninth Circuit rules re brief form (.25) and research and draft opening brief (2.75) | 3.00 | 750.00 |
| 07-26-02 | SBJ | Research and draft opening brief | 4.75 | 1,187.50 |
| 07-29-02 | SBJ | Research and draft opening brief | 5.50 | 1,375.00 |
| 07-30-02 | SBJ | Research and draft opening brief | 6.25 | 1,562.50 |
| 07-31-02 | SBJ | Research and draft opening brief | 8.00 | 2,000.00 |
| 08-06-02 | SBJ | Prep for and participate in assessment conference | 1.00 | 250.00 |
| 08-20-02 | SBJ | Research and draft opening brief | 4.50 | 1,125.00 |
| 08-21-02 | SBJ | Research and draft opening brief | 1.75 | 437.50 |
| 08-22-02 | SBJ | Research and draft opening brief | 4.25 | 1,062.50 |
| 08-23-02 | SBJ | Research and draft opening brief | 3.50 | 875.00 |
| 08-29-02 | SBJ | Research and draft opening brief | 9.00 | 2,250.00 |
| 08-30-02 | SBJ | Research and draft opening brief | 2.75 | 687.50 |
| 08-31-02 | SBJ | Research and draft opening brief | 3.75 | 937.50 |
| 09-05-02 | SBJ | Research and draft opening brief | 4.50 | 1,125.00 |
| 09-06-02 | SBJ | Research and draft opening brief | 5.25 | 1,312.50 |
| 09-07-02 | SBJ | Research and draft opening brief | 11.00 | 2,750.00 |
| 09-08-02 | SBJ | Research and draft opening brief | 9.75 | 2,437.50 |

| | | | | |
|---|---|---|---|---|
| 09-09-02 | MCP | Prepare excerpts of record | 5.00 | 500.00 |
| 09-09-02 | SBJ | Finish opening brief | 6.00 | 1,500.00 |
| 09-10-02 | SBJ | Notes for reply brief | .50 | 125.00 |
| 09-18-02 | SBJ | Review Ninth Circuit note and cited rules | .25 | 62.50 |
| 09-19-02 | SBJ | Revise brief covers | .25 | 62.50 |
| 10-09-02 | SBJ | Review and analyze CT answering brief; research and draft reply brief | 8.25 | 2,062.50 |
| 10-10-02 | SBJ | Research and draft reply brief | 11.25 | 2,812.50 |
| 10-11-02 | SBJ | Research and draft reply brief | 9.25 | 2,312.50 |
| 10-13-02 | SBJ | Research and draft reply brief | 7.75 | 1,937.50 |
| 10-14-02 | SBJ | Research and draft reply brief | 12.00 | 3,000.00 |
| 10-15-02 | SBJ | Research and draft reply brief | 9.25 | 2,312.50 |
| 10-16-02 | SBJ | Research and draft reply brief | 5.75 | 1,437.50 |
| 10-17-02 | SBJ | Research and draft reply brief | 10.25 | 2,562.50 |
| 10-18-02 | SBJ | Research and draft reply brief | 7.25 | 1,812.50 |
| 10-19-02 | SBJ | Research and draft reply brief | 5.00 | 1,250.00 |
| 10-20-02 | SBJ | Research and draft reply brief | 12.00 | 3,000.00 |
| 10-21-02 | SBJ | Research and draft reply brief | 11.75 | 2,937.50 |
| 10-22-02 | SBJ | Finish reply brief | 6.00 | 1,500.00 |
| 02-10-03 | SBJ | Draft motion to expedite oral argument | 2.50 | 625.00 |
| 02-11-03 | SBJ | Finish motion to expedite | 1.25 | 312.50 |
| 03-13-03 | SBJ | Review hearing notice and related materials from Ninth Circuit and complete and execute acknowledgment | .50 | 125.00 |
| 04-30-03 | SBJ | Research and analyze recent Ninth Circuit coverage cases | 3.75 | 937.50 |

05-01-03  SBJ  Review briefs and extracts from record; analysis re how to
approach issues on oral argument; begin prep of outline for
oral argument                                                    7.50  1,875.00

05-02-03  SBJ  Analysis re Court's likely questions during oral argument;
finish outline of argument; prepare answers to likely
questions                                                        6.75  1,687.50

05-04-03  SBJ  Review and revise oral argument and answers to
anticipated questions; practice argument and answers             4.50  1,125.00

05-05-03  SBJ  Final preparation; orally argue appeal                           4.25  1,062.50

05-23-03  SBJ  Call from USDC Clerk re appellate decision; check 9th
Circuit webpage; call to 9th Circuit Clerk's Office; e-mail
clients; e-mail opposing counsel re possible stip                1.25    312.50

05-27-03  SBJ  Review and analyze Ninth Circuit decision                        .75    187.50

05-30-03  SBJ  Prepare appellate Bill of Costs                                  .75    187.50

06-03-03  SBJ  Return advisory counsel call re decision                         .25     62.50

06-05-03  SBJ  Emails w/Ching and revise and finalize motion to defer
appellate fee question to USDC                                    .50    125.00

07-01-03  SBJ  Review order on motion deferring fee question to USDC    .25     62.50
                                                                              _____

                                                                        $ 69,375.00