

ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 26 2007

at 2 o'clock and 25 min P M.
SUE BEITIA, CLERK

STEVEN B. JACOBSON          4117-0
(sjacobson.law@hawaiiantel.net)
P. O. Box 240761
Honolulu, HI  96824-0761
Telephone:  (808) 377-1814

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>PLAINTIFFS' MOTION TO ALTER AND AMEND AND/OR ALTERNATIVELY FOR NEW TRIAL; MEMORANDUM IN SUPPORT OF MOTION; TRIAL EXHIBIT 141 (EXCERPTS); CERTIFICATE OF SERVICE<br><br>JUDGE:  Hon. Barry M. Kurren |

<u>PLAINTIFF'S MOTION TO ALTER AND AMEND AND/OR
ALTERNATIVELY FOR NEW TRIAL</u>

Plaintiff ALICE H. MORGAN, Trustee of the Morgan Family Revocable

Living Trust Under Agreement Dated September 20, 1990, as Amended

("Plaintiff" or "Mrs. Morgan"), hereby moves for an Order of the Court altering

and amending the Judgment filed in this action on November 8, 2007, insofar as it

limits her recovery to $53,382.11 plus fees, costs, and post-judgment interest, and/or alternatively for a new trial.

Included within this motion is a motion to amend the Court's prior findings and conclusions, to the extent necessary to support the relief sought.

This Motion is made pursuant to FRCP Rules 7(b), 52(b), 59(a & e) and 60(b)(1, 5 & 6), and Local Rule 7. It is based upon the attached memorandum and exhibit, the records and files herein, and such other and further evidence and argument as may subsequently be presented.

DATED: Honolulu, Hawaii, November 26, 2007.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Corporation

_____
STEVEN B. JACOBSON
Attorneys for Plaintiffs