TABLE OF CONTENTS

I.  THE AMOUNT OF THE COURT'S JUDGMENT SHOULD BE INCREASED TO REFLECT THE FULL VALUE OF THE JUDGMENT MR. AND MRS. MORGAN SURRENDERED IN SETTLEMENT *AS OF THE DATE IT WAS SURRENDERED* (i.e., THE DATE THAT ELEMENT OF THEIR DAMAGES BEGAN TO ACCRUE), PLUS PRE-JUDGMENT INTEREST THEREON FROM AND AFTER THE DATE IT WAS SURRENDERED....    1

II.  THE AMOUNT OF THE COURT'S JUDGMENT SHOULD BE INCREASED BY AN ADDDITIONAL $295,877.20, PLUS PRE-JUDGMENT INTEREST, TO REFLECT THE VALUE OF THE $295,877.20 DEFICIENCY CLAIM MR. AND MRS. MORGAN SURRENDERED IN SETTLEMENT. ALTERNATIVELY, THERE SHOULD BE A NEW TRIAL OF THAT QUESTION..................................................................................    5

III.  THE COURT SHOULD RECONSIDER ITS COMPLETE REJECTION OF ANY AND ALL FEES AND COSTS INCURRED BY THE MORGANS AS A RESULT OF CHICAGO TITLE'S BREACH OF ITS DUTY TO DEFEND, IN LIGHT OF EVIDENCE AND LAW THE COURT APPARENTLY OVERLOOKED, A RECENT HAWAII SUPREME COURT DECISION, AND OTHER FACTORS, AND GRANT A PARTIAL NEW TRIAL ON THE FEE AND COST QUESTION..............................................................    12

IV.  THE COURT SHOULD RECONSIDER ITS REJECTION OF MRS. MORGAN'S CLAIM FOR A TAX OFFSET......................................    19

CONCLUSION.........................................................................    20