TABLE OF AUTHORITIES

CASES

Aerojet-General Corp. v. Transport Indemnity Co., 17 Cal.4th 38, 948 P.2d 909 (Cal. 1997) ............ 16

American General Corp. v. Continental Airlines Corp., 622 A.2d 1 (Del. Chanc. 1992) ............ 4

Buss v. Superior Court, 47 Cal.App.4th 679, 50 Cal.Rptr. 447 (Cal.App. 1996), aff'd, 16 Cal.4th 38, 939 P.2d 766 (Cal. 1997) ............ 17

Commissioner v. Banks, 125 S.Ct. 826 (2005) ............ 20

Daugert v. Pappas, 104 Wash.2d 254, 704 P.2d 600 (Wash. 1985) ............ 10

Eckard Brandes, Inc. v. Riley, 338 F.3d 1082 (9th Cir. 2003) ............ 4

EEOC v. Lockheed Martin Corp., 116 F.3d 110 (4th Cir. 1997) ............ 5, 12

Fukuda v. Hon/Hawaii Service and Repair, 97 Haw. 38, 33 P.3d 204 (2001) ............ 2

In re New England Fish Co., 749 F.2d 1277 (9th Cir. 1994) ............ 11

Living Designs, Inc. v. E.I. DuPont de Nemours & Co., 431 F.3d 355 (9th Cir. 2005) ............ 7

Lucas v. Liggett & Myers, 51 Haw. 346, 461 P.2d 140 (1969) ............ 4

Mattco Forge, Inc. v Arthur Young & Co., 52 Cal. App.4th 820, 60 Cal.Rptr.2d 780 (1997) ............ 10

Migra v. Warren City School District Board of Education, 465 U.S. 75, 102 S.Ct. 892, 79 L.Ed.2d. 56 (1984) ............ 10, 14, 15

Motor Vehicle Manufacturers v. New York State Dep't of Environmental Conservation, 831 F.Supp. 57 (N.D.N.Y. 1993), aff'd and rev'd on other grounds, 17 F.3d 521 (2d Cir. 1994) ............ 5, 12

Prisco v. A. A. Carting Corp., 168 F.3d 593 (2d Cir. 1999) ... 18

Roxas v. Marcos, 89 Haw. 91, 969 P.2d 1209 (1998) ... 2, 3-4

Sentinel Insurance Co. v. First Insurance Co. of Hawaii, 76 Haw. 277, 875 P.2d 894 (1994) ... 9, 13, 15

Stanford Carr Development v. Unity House, 111 Haw. 286, 141 P.3d 459 (2006) ... 15-16

The Upper Deck Co., LLC v. Federal Insurance Co., 358 F.3d 608 (9th Cir. 2004) ... 17

White v. Godinez, 301 F.3d 796 (7th Cir. 2002) ... 18

## STATUTES

26 U.S.C. § 56(b)(1)(a)(i) ... 20

26 U.S.C. § 61(a) ... 19, 20

26 U.S.C. § 67(a) ... 20

26 U.S.C. § 67(b) ... 20

26 U.S.C. § 212(1) ... 20

HRS § 478-3 ... 2

## RULES

FRCP 59(e) ... 5, 12

FRCP 60(b)(1) ... 5, 12

Hawaii Rule of Appellate Procedure 13 ... 16, 18

## MISCELLANEOUS

12 Moore's Federal Practice, § 59.30[5][a][2] (3d ed. 2007) ... 12