IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE M. MORGAN, Trustees of the Morgan Family Revocable Living Trust under agreement dated September 20, 1990 as amended,<br><br>     Plaintiffs,<br><br>  v.<br><br>EDGAR D. KERR, JR., husband of Gena Kerr; ROSETTA ANN DIMICELI, unmarried, also known as ROSETTA SCOTT, ROSETTA COBLE and ROSETTA EHRHARDT; KAUAI SERVICES, INC., a Hawaii corporation; DENNIS S. NIMKIE, an individual; GRETA L. NIMKIE, an individual; UNITED STATES OF AMERICA; PRINCEVILLE AT HANALEI COMMUNITY ASSOCIATION (DOE NO. 1); COUNTY OF KAUAI (DOE NO. 2); and DOES 3-50,<br><br>     Defendants. | CIVIL NO. 93-0199<br>(Foreclosure)<br><br>DECLARATION OF COUNSEL |

_____

DECLARATION OF COUNSEL

I, Steven B. Jacobson, declare:

1.   I am counsel for the Plaintiffs in this action.  I have personal knowledge of the facts in this Declaration except as otherwise noted, and could and would competently testify to them if called as a witness.

2.   Exhibit 1 hereto is a fax copy of Mr. Morgan's declaration further authenticating Plaintiffs' costs and fees.

3.   On Friday, November 22, 1996, I spoke by telephone with Ruth Mueller, the general manager of the Princeville at Hanalei Community Association, who advised me that the outstanding

EXHIBIT 141

83

community association fees due on the subject property as of July 1, 1996, were $558.48.

4.    Plaintiffs' advances, costs and expenses through entry and recording of the requested deficiency judgment will be not less than $13,462.93, as follows:

| | |
|---|---:|
| Filing and Exemplification Fees | $    114.00 |
| Sheriffs' Fees and Costs | 251.80 |
| Notary Fees | 59.00 |
| Recording Fees | 250.00 |
| Deposition Transcripts | 1,848.35 |
| Out-of-office Copying (DCCA, Bureau of Conveyances, Campaign Spending, Commission, etc.) | 167.25 |
| Copying | 1,803.43 |
| Deposition Witness Fee | 5.75 |
| Attorney Transportation Costs To Court Hearings | 537.27 |
| Hearing Transcripts | 67.40 |
| Long Distance Telephone | 191.39 |
| Fax | 125.81 |
| Postage | 23.95 |
| Status Title Reports | 408.00 |
| Research Fees | 523.60 |
| Appraisal For Foreclosure Auction | 468.75 |
| Insurance | 2,793.00 |
| Plaintiffs' Travel Costs To Their Depositions | 1,961.36 |
| Plaintiffs' Travel Costs To Foreclosure Auction | 1,862.82 |
| TOTAL | $13,462.93 |

$2,766.00 of the insurance amount is already included in the Amended Judgment, so the costs which should be added to the judgment at this time total $10,696.93 ($13,462.93 less $2,766.00).

As to the research fees, the defense raised against the foreclosure involved an attempt to show that Mr. Morgan was at certain events in Princeville on certain dates.  The research

-2-

84

fees were charged by Texas entities for searching their records to locate the documents showing that Mr. Morgan was in Texas on those dates.

As to the travel costs, Defendant Dimiceli's counsel set the Plaintiffs' depositions in Honolulu, rather than near Plaintiffs' home in Texas.  Consequently, both Plaintiffs were required to travel from Texas to Honolulu for their depositions.

Dimiceli's setting the depositions here resulted in savings for both sides.  If the depositions had been set in Texas, Plaintiffs' extra attorneys' fees, plus attorney transportation costs to Texas, would doubtlessly have been higher than Plaintiffs' own transportation costs to Honolulu.

Similarly, Plaintiffs themselves came to Lihue for the foreclosure sale, rather than having their counsel fly over from Honolulu for that purpose.  The resultant saving in attorneys' fees and travel costs approximated Plaintiffs' travel costs for that purpose.

5.    Copies of the invoices for Plaintiffs' attorneys' fees for the period they were represented by Mr. Cuatto are attached as Exhibit A.  Mr. Cuatto's hourly fees were $8,685.00, to which excise tax of $127.67 was added, for a total of $8,812.67.

6.    Plaintiffs' attorneys fees for the period they have been represented by the Torkildson firm, through entry of the deficiency judgment, will be not less than $145,225.07, including $139,370.50 of hourly fees, $5,807.57 of excise tax, and $47.00 for computer research.

7.   Plaintiffs' total attorneys' fees will therefore be not less than $154,037.75 ($8,812.68 plus $145,225.07).  Included in that total are fees incurred in related collection and bankruptcy proceedings pursuant to Lennen & Newell, supra, 51 Haw. at 241, 456 P.2d at 236.

8.   Plaintiffs' hourly attorneys' fees incurred while they have been represented by the Torkildson firm are as follows, after deduction of courtesy discounts totalling $4,412.50. Except as otherwise noted, I myself performed the listed services on Plaintiffs' behalf.

> a.   Preparation of waiver of potential conflict and consent letters to client and Grunewald Equity Funding, initial entry of appearance
> (2.75 hours @ $260/hour)                $   715.00
>
> b.   Telephone conversations and meetings with co-counsel Cuatto re files, pleadings, case history and strategy
> (2.50 hours @ $260/hour)                $   650.00
>
> c.   Initial review of documents and pleadings and analysis of case
> (4.50 hours @ $260/hour)                $1,170.00

86

d.   Strategy and informational conferences and
correspondence with client, 1994 through 1996
(8.50 hours @ $260/hour; .75 hour
@ $265/hour)                              $2,408.75


e.   Review, analysis, discussion and
communications re Kojima October 1994
settlement proposal (.75 hour @ $260/hour)   $  195.00


f.   Review of pretrial statements and related
follow-up (.75 hour @ $260/hour)             $  195.00


g.   Trial setting, including telephone
conferences with other counsel and court clerk,
preparation and filing of motion, arranging of
trial setting conference by telephone, attendance
at conference by telephone, and preparation and
circulation of order
(2.50 hours @ $260/hour)                      $  650.00


h.   Telephone conferences with Kojima, insurance
agent, client and Schraff re Kerr/Dimiceli October
1994 failure to provide insurance information
(1.00 hours @ $260/hour)                      $  260.00


-5-

87

i.    Dimiceli motion heard 12/12/94 -- review of
motion, pre-hearing telephone calls from other
counsel to discuss motion, attendance at telephone
hearing and review and approval of order
(1.25 hours @ $260/hour)                         $   325.00


j.    Discovery planning -- December 1994 telephone
conference with Schraff re discovery schedule and
review of voluntarily produced documents
(.30 hour @ $260/hour)                           $    78.00


k.    SBA summary judgment motion -- review and
analysis of motion, calls from other counsel re
motion, research and draft response, telephone
calls from SBA counsel, revise response in light
of same, attend hearing via telephone
(4.00 hours @ $260/hour)                         $1,040.00


l.    Review Dimiceli docs re her service of Kerr
and her request for entry of Kerr's default
(.50 hour @ $260/hour)                           $   130.00


m.    Taking of Dimiceli's deposition, including
arranging agreed date, preparation and service of
notice, preparation of questions, gathering and
arrangement of documents

88

(12.25 hours @ $260/hour, plus 1.00 hour of

paralegal time @ $70.00)                           $3,255.00


n.    Other formal discovery from Dimiceli,

including preparation of document production

request, admission request and interrogatories,

review of Dimiceli's response to request, related

telephone calls, review of documents produced,

call from Schraff requesting additional time to

respond to interrogs (granted), review

interrogatory responses

(7.75 hours @ $260/hour)                            $2,075.00


o.    Review Dimiceli's document request, prepare

response, gather requested documents, review and

analyze same, transmit to Schraff

(3.75 hours @ $260/hour)                            $975.00


p.    Analysis of documents and research of issues

arising therefrom, especially priorities, estoppel

and third-party beneficiary rights

(5.25 hours @ $260/hour, plus .25 hour of

Ronald I. Heller time @ $250/hour)                 $1,427.50

89

q.   Formal discovery from non-parties --
preparation of document custodian deposition
notices and requests for TI, Finance Factors,
Allstate, First Hawaiian Title and appraiser,
related telephone conferences, attend depositions,
review and analyze produced documents, note needed
follow-up, related letters
(15.00 hours @ $260/hour)                     $3,900.00


r.   Discovery of public record documents,
including DCCA, Bureau of Conveyances, Campaign
Spending Commission, and review and analysis of
same
(1.50 hours @ $260/hour, plus 3.00 hours of
document analyst time @ $60/hour, and 6.25 hours
of law clerk time @ $80/hour)                 $1,070.00


s.   Further research of potential claims and
theories of recovery under produced documents
(5.00 hours @ $260/hour, plus .75 of librarian
research at $50/hour)                         $1,337.50

t.   Client depositions, including preparation for
and defense of depositions, review of transcripts
and client notations of inaccuracies, transmittal
of material corrections to reporter
(6.25 hours @ $260/hour)                    $1,625.00


u.   First Amended Complaint -- research and draft
same, prepare and file successful motion for leave
to file, call from Schraff demanding withdrawal of
motion and requesting continuance, call to Clerk
to arrange continuance, review and analyze
opposition, prepare reply, prepare for oral
argument, argue motion, review Schraff letters to
Court and Nimkie, call from Clerk re granting of
motion, prepare proposed order, finalize and file
amended complaint, follow up re service, arrange
service on Kerr
(35.50 hours @ $260/hour, and .75 hour
@ $265/hour)                                $9,428.75


v.   Prepare, file and record lis pendens
(.75 hour @ $260/hour)                        $195.00

*91*

w.   Call from Schraff requesting additional time
to answer (granted), review Dimiceli's answer to
amended complaint

(.50 hour @ $260/hour)                          $130.00


x.   Research, draft, finalize and file successful
foreclosure motion and related memorandum and
supporting documents, related call to Clerk
(66.25 hours @ $260/hour, plus .50 hour of
librarian time @ $50/hour) (amount adjusted
to reflect discount)                           $17,230.00


y.   Calls and letter from Schraff demanding
withdrawal of foreclosure motion and threatening
to seek sanctions, review and analyze opposition
memo, research issues raised in opposition memo,
prepare supplemental memoranda and supporting
documents

(34.50 hours @ $260/hour)                       $8,970.00


z.   Prepare for oral argument and orally argue
foreclosure motion, telephone call from SBA re
hearing, transmit docs requested by Schraff at
hearing

(8.00 hours @ $260/hour)                        $2,080.00

92

aa.  Review, analyze and prepare response to post-
hearing opposition to foreclosure motion and
motion to modify deposit order, review Dimiceli
reply to same
(5.75 hours @ $260/hour)                    $1,495.00


bb.  Call from Clerk re granting of foreclosure
motion, prepare proposed order and judgment, calls
with other counsel re same, prepare notice of
lodging and send to Court, review Dimiceli
opposition, other responses
(9.00 hours @ $260/hour)                    $2,340.00


cc.  Serve order and judgment, record judgment,
prepare notices of entry, call and letter to
Commissioner to secure property and set up sale,
telephone calls to implement order re deposited
sums, call Clerk to cancel trial date, review
Commissioner's letter to Nimkies
(3.25 hours @ $260/hour)                      $845.00


dd.  Deposited funds -- Checking in 1994 and 1995
with Clerk's Office re deposited amounts and
deficiency in same, letter to Court re same
(.75 hour @ $260/hour, plus .50 hour of
Stephanie A. Chin time @ $135/hour)          $262.50

-11-

*93*

ee.  Doe Defendants -- review title report, draft

docs to add additional claimants, calls with same,

obtain default of community association, review

County answer

(3.50 hours @ $260/hour)                    $910.00


ff.  Research, draft, prepare and file motion and

request for entry of Kauai Services and Nimkie

defaults

(6.00 hours @ $260/hour)                    $1,560.00


gg.  Settlement negotiations from December 1995 to

March 1996, including telephone conferences,

letters, review and analysis of documents, and

review and analysis of issues raised

(12.50 hours @ $260/hour)                   $3,250.00


hh.  Foreclosure sale and administration of

property -- calls from Commissioner re Schraff

demands re advertising and disclosure, insurance,

letters re same, research issues raised by

Schraff's letters, preparation of deed, review

commissioner's report

(10.00 hours @ $260/hour and 2.75 hours @

$265/hour, plus .50 hour of Ronald I. Heller's

time @ $250/hour)                           $3,453.75


-12-

74

ii.   Dimiceli's First Unsuccessful Appeal --
review notice of appeal, docketing statement and
record on appeal for completeness, review letters
from Supreme Court, call to Supreme Court counsel,
go to court offices and review ex parte letter of
Dimiceli's brother to justices, review other
letters to Court re same, review other materials
from Court, Dimiceli jurisdictional statement and
Court's dismissal order

(3.25 hours @ $260/hour)                              $845.00


jj.   Calls with SBA attorneys re redemption
rights, research same, negotiate possible
settlement with SBA, obtain and review property
appraisal, revise successful bid in light of
appraisal and SBA position

(2.50 hours @ $260/hour)                              $650.00


kk.   Prepare motion to confirm public sale and
enter judgment against Kauai Services and Nimkies,
research for same, review and analyze Dimiceli
opposition, research reply, calls to Commissioner
re sale information, review Nimkie response,
prepare for oral argument, orally argue motion,
prepare Nimkie judgment, arrange recording of
judgment, call from Clerk re granting of

-13-

confirmation, draft and circulate proposed
confirmation order and judgment, letter to Court
re same, review Schraff letter re same, serve and
record entered docs
(30.75 hours @ $260/hour and .75 hour
@ $265/hour)                                $8,193.75


ll.  Prepare amended judgment, review and analyze
Schraff letters to Court re same, prepare reply,
serve and record upon entry
(6.75 hours @ $260/hour)                    $1,755.00


mm.  Review and analyze Dimiceli's motion for
reconsideration of foreclosure judgment, research
issues raised, prepare opposition memo, review
Dimiceli's reply memo, prep for oral argument and
orally argue recon motion
(57.00 hours @ $260/hour)                   $14,820.00


nn.  Research Oregon law re recording and
enforcement of judgments, calls to Oregon court
clerks, prepare necessary documents and record
judgment in Dimiceli's home county in Oregon,
serve
(7.00 hours @ $260/hour)                    $1,820.00


-14-

oo.  Review information re supposed Kerr assets in
Hawaii, research at DCCA, Circuit Court and State
Archives re Kerr partnerships, research and
prepare docs for charging order, correspondence
with Bays, Attorney General's office and Court re
same
(13.00 hours @ $260/hour and .50 hour @ $265/hour,
plus 3.00 hours of paralegal time @ $90/hour) $3,782.50


pp.  Research Colorado law re recording of
judgments, prepare necessary docs and record
judgment in Colorado, calls to Colorado court
clerk, and to sheriff re service
(2.25 hours @ $265/hour, plus 3.75 hours of law
clerk time @ $80/hour)                          $896.25


qq.  Review docs from Kerr Idaho bankruptcy
filing, research re propriety of filing, letter to
Schraff re filing, letter to Kerr Idaho counsel re
failure to list Morgans as creditors, calls to
Kerr's attorneys (two sets), bankruptcy trustee,
final call to Idaho Court to confirm dismissal
(5.50 hours @ $265/hour)                        $1,457.50

rr.  Research Idaho judgment entry procedure,
review Kerr service docs, prepare default papers
(2.00 hours @ $265/hour)                        $530.00


ss.  Research public records for Nimkie assets,
prepare garnishment documents, file and serve,
calls to Bankoh re same, get garnishment order,
letter to Bankoh re same, further research re
Nimkie assets
(4.50 hours @ $265/hour, plus 3.00 hours
of document analyst time @ $65/hour) (Note: the
minimal amount garnished has been applied to
costs)                                        $1,387.50


tt.  Dimiceli's Second Appeal -- review notice of
appeal, docketing info, process same, review
jurisdictional statement, research re same, review
dismissal order and cited cases, check with
Clerk's Office to see if recon motion filed, go to
Court to review ex parte motion Dimiceli failed to
serve, research, draft and file opposition to
same, review order denying ex parte motion, check
with Court to see if en banc review of ex parte
denial sought
(11.75 hours @ $265/hour)                      $3,113.75

uu.  Preparation of motion for deficiency
judgment, including extensive research of payment
law in light of Dimiceli's previously announced
positions, calculation of amounts and credits due,
preparation of necessary schedules, prepare fee
information, prepare memorandum, related calls,
revise and re-revise moving papers to reflect case
developments
(6.25 hours @ $260/hour, 71.50 hours @
$265/hour)                                    $20,572.50


vv.  Anticipated additional work, including review
and analysis of anticipated opposition from
Dimiceli, preparation of reply, preparation for
oral argument, oral argument, preparation,
circulation and recording of judgment
(not less than 15.00 hours @ $265/hour)    $3,975.00


    Total Hourly Fees          $139,370.50


9.  The excise tax charged on the $139,370.50 is $5,807.57
($137,370.50 x .04167).  In addition, $47.00 of computer research
charges were incurred.

10.  I am a 1969 graduate of UCLA and a 1973 graduate of
Harvard Law School.  I have had a private litigation practice
since my admission to the District of Columbia Bar in December

99

1973.  My hourly rate for litigation of this complexity was $260 per hour from June 1, 1994 through May 31, 1996, and has been $265 per hour since then.  Those were the rates charged to the Plaintiffs in this action, for services performed on their behalf during those periods.

11.  The hourly rates charged for others who performed services for the Plaintiffs were their regular hourly rates for services in litigation of this complexity at the times they were performed.

12.  Our firm's billing rates are designed to reflect the rates of persons with comparable skills and experience in the Honolulu legal community, and do so to the best of our knowledge and belief.

I, Steven B. Jacobson, declare under penalty of law that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, November 26, 1996.

STEVEN B. JACOBSON

-18-

100

NOV-26-1996  11:02        142762                                    P.03

TORKILDSON, KATZ, FONSECA, JAFFE,
MOORE & HETHERINGTON
Attorneys at Law, A Law Corporation

STEVEN B. JACOBSON, 4117-0
Amfac Building, 15th Floor
700 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 523-6000

Attorneys for Plaintiffs

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE M. MORGAN, Trustees of the Morgan Family Revocable Living Trust under agreement dated September 20, 1990 as amended,<br><br>        Plaintiffs,<br><br>    v.<br><br>EDGAR D. KERR, JR., husband of Gena Kerr; ROSETTA ANN DIMICELI, unmarried, also known as ROSETTA SCOTT, ROSETTA COBLE and ROSETTA EHRHARDT; KAUAI SERVICES, INC., a Hawaii corporation; DENNIS S. NIMKIE, an individual; GRETA L. NIMKIE, an individual; UNITED STATES OF AMERICA; PRINCEVILLE AT HANALEI COMMUNITY ASSOCIATION (DOE NO. 1); COUNTY OF KAUAI (DOE NO. 2); and DOES 3-50,<br><br>        Defendants. | CIVIL NO. 93-0199 (Foreclosure)<br><br>DECLARATION OF A. RICHARD MORGAN, JR. |

EXHIBIT "1"

NOV-26-1996  11:02          142762                                                P.04

## DECLARATION OF A. RICHARD MORGAN, JR.

I, A. Richard Morgan, Jr., declare:

1. I am one of the Plaintiffs in this action.  I have personal knowledge of the facts in this Declaration, and could and would competently testify to them if called as a witness.

2. Plaintiffs' advances, costs and expenses through entry and recording of the requested deficiency judgment will be not less than $13,462.93, as follows:

| | |
|---|---:|
| Filing and Exemplification fees | $114.00 |
| Sheriffs' fees and costs | 251.80 |
| Notary fees | 59.00 |
| Recording fees | 250.00 |
| Deposition Transcripts | 1,848.35 |
| Out-of-office copying (DCCA, Bureau of Conveyances, Campaign Spending Commission, etc.) | 167.25 |
| Copying | 1,803.43 |
| Deposition Witness Fee | 5.75 |
| Attorney Transportation Costs to Court Hearings | 537.27 |
| Hearing Transcript | 67.40 |
| Long Distance Telephone | 191.39 |
| Fax | 125.81 |
| Postage | 23.95 |
| Status Title Reports | 408.00 |
| Research Fees | 523.60 |
| Appraisal For Foreclosure Auction | 468.75 |
| Insurance | 2,793.00 |
| Plaintiffs' Travel Costs to Their Depositions | 1,961.36 |
| Plaintiffs' Travel Costs to Foreclosure Auction | 1,862.82 |
| Total | $13,462.93 |

3. Our travel costs to Honolulu for our depositions are itemized as follows:

| | |
|---|---:|
| Airfare | $1,192.00 |
| Airport Tax | 12.00 |

-2-

*102*

| | |
|---|---|
| Airport Parking | 39.75 |
| Hotel | 511.68 |
| Car Rental | 166.33 |
| Airport Mileage | 33.60 |
| Gas | 6.00 |
| Total | **$1,961.36** |

4. Our travel costs to the foreclosure auction are itemized as follows:

| | |
|---|---|
| Airfare | $1,130.60 |
| Condo Rental (3 days) | 308.57 |
| Auto Rental | 101.04 |
| Phone | 20.61 |
| Gas | 24.00 |
| Keys | 8.00 |
| Meals | 150.00 |
| Texas Airport Shuttle | 120.00 |
| Total | **$1,862.82** |

5. Mr. Cuatto's invoices for his fees and costs incurred in representing us are attached as Exhibit "A".

I, A. Richard Morgan, Jr., declare under penalty of law that the foregoing is true and correct.

DATED:  Horseshoe Bay, Texas, _26 Nov 96_____.

_A. Richard Morgan_
A. RICHARD MORGAN, JR.

0167932.WP                        -3-

TOTAL P.05 /0.

RICHARD B. CUATTO
*Attorney at Law*

4473 Pahe'e St.
Suite L
Lihue, Hawaii 96766

———

(808) 245-6699

Member Hawaii State Bar                                    Member Utah State Bar

## STATEMENT OF ACCOUNT

CLIENT:                          DATE:

Albert & Alice Morgan            September 7, 1993
c/o Grunewald Equity Funding
P.O. Box 670
Hanalei, Hi. 96714

---

PROFESSIONAL SERVICES:

| | | |
|---|---|---|
| 07/16/93 | Foreclosure letter to Kerr - .75 hrs | $ 112.50 |
| 08/02/93 | w/ Jack Grunewald re: Sal DiMiceli letter - .5 hrs | 75.00 |
| 08/06/93 | Review S. DiMiceli letter - .5 hrs | 75.00 |
| 08/09/93 | Letter to Sal DiMiceli - 1 hr | 150.00 |
| 08/10/93 | Phone w/U.S. Attorneys office - .25 | 37.50 |
| 08/12/93 | Research & start complaint for Foreclosure - 1 hr | 150.00 |
| 08/16/93 | Finalize Complaint & Review Service on the United States - 2.5 hrs | 375.00 |
| 08/30/93 | Phone w/Big Island Sheriff & Instruction letter for serving Kerr - .25 hrs | 37.50 |
| 08/30/93 | Phone w/Honolulu Sheriff Special Services Division - .25 hrs | 37.50 |
| | Instruction letter for serving U.S. Attorney & Document transfer - .25 hrs | 37.50 |
| 09/03/93 | Cover letter to Attorney General in Washington, D.C. - .20 hrs | 30.00 |

General Excise Tax:                                        46.50

Costs:
Complaint and Summons Filing fee                          100.00
Postage and Copies                                         32.00

TOTAL DUE THIS STATEMENT:                               $1196.00
                                                        - 337.50

THANK YOU.                                                 858.50


EXHIBIT "A"

**RICHARD B. CUATTO**
*Attorney at Law*

4473 Pahe'e St.
Suite L
Lihue, Hawaii. 96766
(808) 245-6699

### STATEMENT OF ACCOUNT

Client:
Grunewald Equity Funding
c/o Jack Grunewald
P.O. Box 670
Hanalei, HI. 96714

Case #:    1060-1
Case Description:    Foreclosure Proceedings
Morgan v. Kerr, et al

| Date: | Services Rendered: | Time in Hours | Costs | Balance |
|---|---|---|---|---|
| 09/15/93 | Telephone w/ Jason Pang SBA Attorney & at SBA legal department re: Dimiceli loans | 0.25 0.25 | | 37.50 37.50 |
| 09/28/93 | Telephone w/SBA Attorney Pan | 0.25 | | 37.50 |
| 09/29/93 | Prepare Documents for Entry of Default as to Kerr | 1.00 | | 150.00 |
| 10/05/93 | Telephone w/Jason Pang re: U.S. Removal of action to Federal Court | 0.25 | | 37.50 |
| 10/13/93 | Telephone w/Jason Pang re: U.S. Answer & Dimiceli acceptance of service | 0.20 | | 30.00 |

| Subtotals: | | 2.20 | $0.00 | 330.00 |
|---|---|---|---|---|
| General Excise Tax: | | | | 13.76 |
| Total: | | | | $343.76 |

Total Due This Statement:    343.76

Billing Date:    October 15, 1993

Thank You.



**RICHARD B. CUATTO**
*Attorney at Law*

4473 Pahe'e St.
Suite L
Lihue, Hawaii. 96766
(808) 245-6699

### STATEMENT OF ACCOUNT

Client:
Grunewald Equity Funding
c/o Jack Grunewald
P.O. Box 670
Hanalei, HI. 96714

Case #:  1060-1
Case Description:  Foreclosure Proceedings
Morgan v. Kerr, et al

| Date: | Services Rendered: | Time in Hours | Costs | Balance |
|-------|--------------------|---------------|-------|---------|
| 10/19/93 | Telephone w/ Jason Pang | 0.10 | | 15.00 |
| | Telephone w/Kenn Kojima | 0.35 | | 52.50 |
| 10/21/93 | Telephone w. Jason Pang re: Dimiceli | 0.25 | | 37.50 |
| | Telephone w/ Kojima re: Answer Time | 0.15 | | 22.50 |
| 0/28/93 | Letter to Pang re: Answer due date | 0.20 | | 30.00 |
| 1/02/93 | Status letter to Client | 0.50 | | 75.00 |
| 11/02/93 | Telephone w/Kenn Kojima re: Confirmation of Answer due date | 0.10 | | 15.00 |
| 11/19/93 | Telephone w/Pang & Kojima re: extension to file | 0.10 | | 15.00 |

| | | Time in Hours | Costs | Balance |
|---|---|---|---|---|
| Subtotals: | | 1.75 | $0.00 | 262.50 |
| General Excise Tax: | | | | 10.95 |
| Total: | | | | $273.45 |

Total Due This Statement:     $273.45

Billing Date:     November 24, 1993

Thank You.

RICHARD B. CUATTO
*Attorney at Law*

4473 Pahe'e St.
Suite L
Lihue, Hawaii. 96766
(808) 245-6699

## STATEMENT OF ACCOUNT

Client:
Grunewald Equity Funding
c/o Jack Grunewald
P.O. Box 670
Hanalei, HI. 96714

Case #:  1060-1
Case Description:   Foreclosure Proceedings
Morgan v. Kerr, et al

| Date: | Services Rendered: | Time in Hours | Costs | Balance |
|---|---|---|---|---|
| 11/24/93 | Telephone w/ Client re: Loan in process | 0.35 | | 52.50 |
| | Telephone w/H. Heis re: Status of Finance Factors loan | 0.15 | | 22.50 |
| 11/29/93 | Letters to Pang & Kojima re: Answer | 0.35 | | 52.50 |
| 11/30/93 | Telephone w/Pang & Kojima re: Filling Answer | 0.30 | | 45.00 |
| 12/07/93 | Telephone w/ Kojima & H. Heis re: Status of Loan w/tenant | 0.25 | | 37.50 |
| 12/08/93 | Telephone w/Kojima re: Loan activity | 0.15 | | 22.50 |
| 12/13/93 | Review DiMicell Answer | 0.50 | | 75.00 |
| 12/14/93 | Telephone w/Pang re: U.S. position | 0.35 | | 52.50 |
| 12/15/93 | Review U.S. Answer to Complaint | 0.35 | | 52.50 |
| 12/29/93 | Meeting w/Morgan & Grunewald | 1.25 | | 187.50 |
| 12/30/93 | Telephone w/Client | 0.25 | | 37.50 |
| 01/03/94 | Research Dimicell position for Motion | 0.50 | | 75.00 |
| 01/04/94 | Foreclosure Research | 1.00 | | 150.00 |
| | Meeting w/Client & H. Heis | 1.00 | | 150.00 |
| 01/10/94 | Prepare Motion for Summary Judgment | 2.00 | | 300.00 |
| Subtotals: | | 8.75 | 90.00 | 1312.50 |
| General Excise Tax: | | | | 54.73 |
| Total: | | | | 1367.23 |

Total Due This Statement:    $1,367.23

Billing Date:      January 15, 1994

Thank You.

RICHARD B. CUATTO
*Attorney at Law*

4473 Pahe'e St.
Suite L
Lihue, Hawaii. 96766
(808) 245-6699

STATEMENT OF ACCOUNT

Client:
Albert R. & ALice H. Morgan
P.O. Box 8360
Horseshoe Bay, Tx. 78654

Case #: 1060-1
Case Description:
Morgan v. Kerr Foreclosure

| Date: | Services Rendered: | Time in Hours | Costs | Balance |
|-------|--------------------|--------------|-------|---------|
| 02/03/94 | Telephone w/Pang re: Court Hearing | 0.20 | | 30.00 |
| 02/17/94 | Review Dimiceli Objection | 1.00 | | 150.00 |
| 02/21/94 | Response to Dimiceli objection | 3.00 | | 450.00 |
| 02/21/94 | Prepare for hearing & court appearance | 1.50 | | 225.00 |
| 3/04/94 | Review Kojima Response & Telephone w/client | 1.50 | | 225.00 |
| 03/07/94 | Telephone w/client re: Dimiceli Brief | 0.35 | | 52.50 |
| 03/08/94 | Telephone w/client re: Dimiceli Brief | 0.35 | | 52.50 |
| 03/16/94 | Telephone w/client &Grunewald re: Nimkie nonpayment of rent | 0.35 | | 52.50 |
| | At court to review file status | 0.35 | | 52.50 |
| 3/17/94 | Telephone w/H. Heis | 0.10 | | 15.00 |
| 03/18/94 | Prepare notice of nonpayment to Nimkie | 0.75 | $5.00 | 112.50 |
| 03/25/94 | Review notes from client | 0.50 | | 75.00 |
| 03/28/94 | Telphone w/client re: Rosetta and Nimkie termination of tenancy | 0.35 | | 52.50 |
| 03/29/94 | Telephone w/Client & w/Nimkie | 0.70 | | 105.00 |
| 03/30/94 | Research Nimkie eviction | 1.00 | | 150.00 |
| 03/31/94 | Telephone w/Client re: Nimkie eviction | 0.25 | | 37.50 |

Subtotals: 12.25   $5.00   1,837.50
General Excise Tax:   76.62
Costs advanced:   5.00
Total:
Total Due This Statement:   $1,919.12   1919.12

Billing Date:   April 2, 1994

Thank You.

RICHARD B. CUATTO
*Attorney at Law*

4473 Pahe'e St.
Suite L
Lihue, Hawaii. 96766
(808) 245-6699

STATEMENT OF ACCOUNT

Client:
Albert R. & ALice H. Morgan
P.O. Box 8360
Horseshoe Bay, Tx. 78654

Case #:   1060-1
Case Description:
           Morgan v. Kerr - Foreclosure

| Date: | Services Rendered: | Time In Hours | Costs | Balance |
|---|---|---|---|---|
| 04/04/94 | Review Notes from Client | 0.35 | | 52.50 |
| 04/05/94 | Telephone w/Client re: Nimkie procedure | 0.35 | | n/c |
| 04/07/94 | Review Notes from Client | 0.50 | | 75.00 |
| 04/20/94 | Draft response to Kojima letter; | 0.50 | | 75.00 |
| | Review Title Insurance Policy; | 0.35 | | 52.50 |
| | Notice of Foreclosure to Title Co. | 0.40 | | 60.00 |
| 04/26/94 | Telephone w/client | 0.25 | | 37.50 |
| 04/28/94 | Telephone w/J. Pang re: U.S. position on Motion for Summary Judgment | 0.25 | | 37.50 |
| | At court to review file status | 0.30 | | n/c |
| 06/06/94 | Telephone w/client | 0.25 | | 37.50 |
| | Steve Lee fee for reviewing file | 1.25 | | 218.75 |
| 06/07/94 | Telephone w/Client | 0.25 | | 37.50 |
| | Prepare Client affidavit | 1.00 | | 150.00 |
| 06/13/94 | Telephone w/Client | 0.50 | | 75.00 |
| 06/15/94 | Telephone w/Bob Wright re: Dimiceli | 0.25 | | 37.50 |
| | Prepare Grunewald Affidavit | 1.00 | | 150.00 |
| 06/17/94 | Telephone w/Client & Grunewald | 0.50 | | 75.00 |
| | Telephone w/ Grunewald | 0.25 | | 37.50 |
| 06/21/94 | Prepare Motion, Memo & Affidavit | 3.00 | | 450.00 |
| 06/23/94 | Finalize Motion for Filing | 1.00 | | 150.00 |
| 06/24/94 | Telephone w/client | 0.40 | | 60.00 |
| 06/29/94 | Steven Lee fee to review Motion | 1.75 | | 306.25 |
| | Copies & Postage | | $26.00 | |
| 07/08/94 | Review Dimiceli response to Motion | 1.00 | | 150.00 |
| | Telephone w/Client | 0.25 | | 37.50 |
| | Fax & Postage | | $5.50 | |
| 07/11/94 | Telephone and fax to Client | 0.25 | | 37.50 |
| 07/12/94 | Telephone 3x w/client | 0.65 | | 97.50 |
| | Prepare Supplemental Affidavits | 1.50 | | 225.00 |
| 07/13/94 | Review fax from client | 0.50 | | 75.00 |
| | Telephone w/client | 0.35 | | 52.50 |
| 7/15/94 | Telephone w. S. Jacobson | 0.35 | | n/c |
| | Prepare Lis Pendens & Filing Fee | 0.25 | $20.00 | 37.50 |

| Date | Description | | | |
|---|---|---|---|---|
| 07/20/94 | Prepare for & Appear at Hearing | 2.00 | | 300.00 |
| 07/21/94 | Telephone w/client | 0.50 | | 75.00 |
| 07/26/94 | Telephone w/client | 0.20 | | 30.00 |
| | Telephone w/S. Jacobson | 0.20 | | n/c |
| 07/27/94 | Telephone w/S. Jacobson | 0.35 | | n/c |
| 07/28/94 | Telephone w/Kojima & | 0.35 | | 52.50 |
| | Preparation of Objection to Order | 0.75 | | 112.50 |
| 08/01/94 | Prepare Pretrial Statement & Postage | 2.00 | $22.00 | 300.00 |
| 08/02/94 | Arrange file for S. Jacobson | 1.00 | | n/c |
| | Copies | | $52.00 | |
| | Telephone w/Client | 0.25 | | 37.50 |
| 08/03/94 | Meeting w/S. Jacobson in Honolulu | 0.50 | | n/c |
| 08/04/94 | Telephone w/Client | 0.25 | | 37.50 |
| | Finalize Pretrial Statement | 0.50 | | 75.00 |
| Subtotals: | | 28.6 | $125.50 | 3,907.50 |
| General Excise Tax: | | | | 162.94 |
| Costs advanced: | | | | 125.50 |
| Total: | | | | 4,195.94 |

Total Due This Statement:    $4,195.94

Billing Date:

Thank You.

**RICHARD B. CUATTO**
*Attorney at Law*

4473 Pahe'e St.
Suite L
Lihue, Hawaii. 96766
(808) 245-6699

STATEMENT OF ACCOUNT

Client:
Albert R. & ALice H. Morgan
P.O. Box 8360
Horseshoe Bay, Tx. 78654

Case #:  1060-1
Case Description:
     Morgan v. Kerr - Foreclosure

| Date: | Services Rendered: | Time in Hours | Costs | Balance |
|---|---|---|---|---|
| 08/13/94 | Telephone w/Kojima & Review Setttlement offer | 0.35 | | 52.50 |
| | Review U.S. Pretrial Statement | 0.25 | | 37.50 |
| | Review Kojima Pretrial Statement | 0.50 | | 75.00 |
| `8/18/94 | Telephone w/Pang re: U.S. Motion | 0.35 | | 52.50 |
| | Telephone w/client | 0.25 | | 37.50 |
| | Postage | | 2.00 | |

| | | | | |
|---|---|---|---|---|
| Subtotals: | | 1.70 | $2.00 | $255.00 |
| General Excise Tax: | | | | 10.63 |
| Costs Advanced: | | | | 2.00 |
| Total: | | | | $267.63 |
| Previous Balance: | $4,195.94 | | | |
| Current Charges: | 267.63 | | | |

Total Due This Statement:   $4,463.57

Billing Date:    November 1, 1994

Thank you.

*///*