ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorney At Law
A Law Corporation

NEIL F. HULBERT         1143-0
JADE LYNNE CHING        5808-0
LAURA P. COUCH          7860-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800

Attorneys for Defendant
CHICAGO TITLE INSURANCE
COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 12 2007

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated Setember 20, 1990, as Amdended,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>  Defendant. | CIVIL NO. CV00 00145 BMK<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO ALTER AND AMEND AND/OR ALTERNATIVELY FOR NEW TRIAL, FILED NOVEMBER 26, 2007<br><br>JUDGE: Hon. Barry M. Kurren |

393686/3968-37

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT
TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO ALTER AND AMEND
AND/OR ALTERNATIVELY FOR NEW TRIAL

The parties hereto stipulate for an extension of time for Defendant to file its opposition to Plaintiff's Motion to Alter and Amend and/or Alternatively For New Trial filed on November 26, 2007 (the "Motion for New Trial"). The parties agree that Defendant may file its opposition to the Motion for New Trial, originally due December 7, 2007, by **December 14, 2007**.

DATED: Honolulu, Hawai'i, December 10, 2007

/s/ LAURA P. COUCH
NEIL F. HULBERT
JADE LYNNE CHING
LAURA P. COUCH
Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

STEVEN B. JACOBSON
Attorney for Plaintiffs

APPROVED AND SO ORDERED:

JUDGE OF THE ABOVE-ENTITLED COURT

2