IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended, <br><br> Plaintiff, <br><br> vs. <br><br> CHICAGO TITLE INSURANCE COMPANY, <br><br> Defendant. | CIVIL NO. CV00 00145 BMK <br><br> **DECLARATION OF LAURA P. COUCH** |

**DECLARATION OF LAURA P. COUCH**

Pursuant to 28 U.S.C. § 1746, I declare that:

1. I am an attorney with the law firm of Alston Hunt Floyd & Ing, counsel for Chicago Title Insurance Company herein.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. Attached hereto as Exhibit A is a true and correct copy of the Supreme Court of the United States' notice that the petition for writ of certiorari in Morgan v. Chicago Title Insurance Company, no. 07-445, is denied.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Honolulu, Hawai'i on December 14, 2007.

_____
LAURA P. COUCH

663623/3968-37