## Supreme Court of the United States
### Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

December 3, 2007

Mr. Neil F. Hulbert
Alston Hunt Floyd & Ing
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, HI 96813

Re: Alice H. Morgan
v. Chicago Title Insurance Company
No. 07-445

Dear Mr. Hulbert:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

EXHIBIT A