## CERTIFICATE OF SERVICE

I hereby certify that, on this date and by the methods of service noted below, a true and correct copy of the foregoing was duly served upon the following at their last known addresses:

**Served by First Class Mail:**

Steven B. Jacobson
PO Box 240761
Honolulu, HI  96824-0761

DATED:  Honolulu, Hawai`i, December 14, 2007.

_____
NEIL F. HULBERT
JADE LYNNE CHING
LAURA P. COUCH
Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

663623/3968-37