Of Counsel:
ALSTON HUNT FLOYD & ING
Attorney At Law
A Law Corporation

NEIL F. HULBERT      1143-0
JADE LYNNE CHING     5808-0
LAURA P. COUCH       7860-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800

Attorneys for Defendant
CHICAGO TITLE INSURANCE
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. CV00 00145 BMK<br><br>**AMENDED CERTIFICATE OF SERVICE** |

**AMENDED CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I caused a true and correct copy of Defendant's Opposition to Plaintiff's Motion to Alter or Amend and/or Alternatively for New Trial; Declaration of

Laura P. Couch; Exhibit "A"; Certificate of Service was served on the following by having said copy deposited in the United States mail, postage prepaid, addressed as follows:

> STEVEN B. JACOBSON, ESQ
> P.O. Box 240761
> Honolulu, Hawai`i  96824-0761
>
> Attorney for Plaintiff

DATED:  Honolulu, Hawai`i, December 17, 2007.

_____
NEIL F. HULBERT
JADE LYNNE CHING
LAURA P. COUCH
Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY