AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended

    Plaintiff(s),

V.

CHICAGO TITLE INSURANCE COMPANY

    Defendant(s).

**AMENDED JUDGMENT IN A CIVIL CASE**

Case: CV 00-00145 BMK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 4, 2008

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that JUDGMENT is AMENDED pursuant to the, "ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO ALTER AND AMEND", by the Honorable BARRY M. KURREN, U.S. Magistrate Judge, and filed on, January 4, 2008. "Morgan's damages award is hereby increased to **$31,251.03**, and Morgan's award of prejudgment interest is correspondingly increased of **$24,178.61**. . . . All other relief requested in Morgan's motion is DENIED for the reasons set forth above."

cc: All counsel of record

_____January 4, 2008_____         _____SUE BEITIA_____
Date          Clerk

                                                                                        _____/s/Gary Santos_____
                                                                                        (By) Deputy Clerk