ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON    4117-0
(sjacobson.law@hawaiiantel.net)
P. O. Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 18 2008
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>PLAINTIFF'S AMENDED MOTION FOR AN AWARD OF ATTORNEYS' FEES; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STEVEN B. JACOBSON; TRIAL EXHIBIT 1; AMENDED EXHIBIT A; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Barry M. Kurren |

PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES

Plaintiff ALICE H. MORGAN, Trustee of the Morgan Family Revocable

Living Trust Under Agreement Dated September 20, 1990, as Amended

("Plaintiff"), hereby moves for an award of attorneys' fees incurred in this action

1

as the prevailing party under the Court's Judgment filed herein on November 8, 2007, as amended January 4, 2008.

The authorities entitling Plaintiff to such an award include HRS §§ 431:10-242 and 607-14, and FRCP Rule 54(d).

The amount of fees sought is $ 383,520.80.

This motion is made pursuant to FRCP Rules 1, 7(b) and 54(d)(2), and Local Rules 7 and 54.3. It is based upon the above-cited statutes and rules, the entire record of this action (including the previous appeals to the United States Court of Appeals for the Ninth Circuit), the attached memorandum and exhibits, and such other and further evidence and argument as may subsequently be presented.

DATED: Honolulu, Hawaii, January 18, 2008.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Corporation

_____
STEVEN B. JACOBSON
Attorneys for Plaintiff