ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON    4117-0
(sjacobson.law@hawaiiantel.net)
P. O. Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 3 2008

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>NOTICE OF APPEAL; REPRESENTATION STATEMENT |

NOTICE OF APPEAL

Plaintiff Alice H. Morgan, Trustee, hereby appeals to the United States

Court of Appeals for the Ninth Circuit from the following:

1. The Court's Order Granting In Part and Denying In Part Plaintiff's Motion To Alter and Amend, filed January 4, 2008, insofar as it denies, in part, Plaintiff's Motion to Alter and Amend and/or Alternatively for New Trial which was filed November 26, 2007.

2. The Court's Judgment filed November 8, 2007, insofar as it limits Plaintiff's recovery to $53,382.11 plus fees, costs, and post-judgment interest, and all previous and/or underlying orders, judgments, findings of fact and conclusions of law.

The underlying matters appealed from include, but are not limited to:

The Court's Order filed November 8, 2007, upon which the Judgment filed November 8, 2007, is based.

The Court's Order filed May 8, 2006, and its underlying Order of March 2, 2006, filed *nunc pro tunc* by Ninth Circuit Order filed March 30, 2006, except insofar as the underlying Order properly vacated the Court's earlier erroneous finding that "Plaintiffs received $30,096.64 from Dimiceli as part of the settlement."

The Court's Order filed October 28, 2005, insofar as it denies, in part, Plaintiffs' Motion for (1) Entry of Amended and Additional Findings and Conclusions and Altered and Amended Judgment and/or (2) New Trial, including

all Amended Findings of Fact and/or Conclusions of Law which support the partial denial of said motion.

The amended findings and/or conclusions appealed from include, but are not limited to, the findings/conclusions that "During trial ..., Plaintiffs failed to establish an entitlement to compensatory damages"; "Plaintiffs failed to prove compensatory damages"; "Plaintiffs have not submitted any evidence showing the amount they would have received had Defendant properly defended ..."; "Accordingly, ... Plaintiffs are not entitled to the value they gave up in settling their case with Dimiceli"; "As for Plaintiffs' remaining claims, ... these claims [are] insufficient to amend [the] Findings and Conclusions and/or grant a new trial because the Court will not revisit these issues ..."; and "Plaintiffs failed to prove the existence of compensatory damages."

The Court's Findings of Fact and Conclusions of Law and Order of Dismissal, filed July 15, 2005.

The Court's Order filed July 15, 2005, denying Plaintiff's Ex Parte Motion To Strike, etc.

The Court's Order filed March 18, 2005, denying Plaintiffs' Motion To Compel, etc.

The Court's Order filed October 29, 2004, denying reconsideration of its Order filed October 15, 2004.

The Court's Order filed October 15, 2004, insofar as it grants in part Defendant's Motion for Partial Summary Judgment.

The Court's Orders filed October 16, 2001, insofar as they deny in part Plaintiffs' Motion to Compel, grant a protective order, and deny Plaintiffs' Motion To Disqualify Counsel, etc.

DATED:  Honolulu, Hawai'i, February 3, 2008.

>STEVEN B. JACOBSON
>Attorney at Law
>A Limited Liability Law Company
>
>_/s/ Steven B. Jacobson_
>STEVEN B. JACOBSON
>Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>REPRESENTATION STATEMENT |

## REPRESENTATION STATEMENT

Plaintiff-Appellant is Alice H. Morgan, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended.

Her counsel is Steven B. Jacobson, Steven B. Jacobson, AAL, ALLLC, P.O. Box 240761, Honolulu, HI 96824-0761, 808-377-1814 (tel, no fax).

Defendant-Appellee is Chicago Title Insurance Company.

Its counsel are Neil F. Hulbert, Jade Lynne Ching, and Laura P. Couch, Alston, Hunt, Floyd & Ing, 1001 Bishop Street, ASB Tower, 18th Floor, Honolulu, HI 96813, 808-524-1800 (tel), 808-524-4591 (fax).

DATED: Honolulu, Hawai'i, February 3, 2008.

        STEVEN B. JACOBSON
        Attorney at Law
        A Limited Liability Law Company

        STEVEN B. JACOBSON
        Attorneys for Plaintiff-Appellant