IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____ U.S. District Court Case No. _____ Civil 00-00145 BMK

Short Case Title: Morgan v. Chicago Title Insurance Company

Date Notice of Appeal Filed by Clerk of District Court _____ February 3, 2008

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 03 2008
at __10__ o'clock and __44__ min. __ M
Sue Beitia, CLERK

CC'esP

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| Please see the attached | | Pre-Trial Proceedings |
| Please see the attached | | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(x) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __12/31/05__  Estimated date for completion of transcript _____

Print Name of Attorney __Steven B. Jacobson__  Phone Number __808-377-1814__

Signature of Attorney _____

Address __P O Box 240761, Honolulu, HI  96824-0761__

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia__                              BY: _____
(U.S. District Court Clerk)    (date)         DEPUTY CLERK

Attachment to Transcript Designation and Ordering Form

Section A:

| | | |
|---|---|---|
| 10-02-00 | Platt | Motion hearing |
| 12-08-00 | unk (MJ Kurren) | Motion hearing |
| 12-18-00 | Platt | Motion hearing |
| 04-02-01 | Platt | Motion hearing |
| 09-28-01 | C6 tape 1160 | Motion hearing |
| 10-08-04 | C6 | Motion hearing |
| 03-08-05 | unk (MJ Kurren) | Motion hearing |
| 05-24-05 | C. Fazio | Trial and motion hearing |
| 10-07-05 | C6 | Motion hearing |

Please note: All of these transcripts were previously ordered for the prior appeal in this action. No additional preparation is required.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALBERT R. MORGAN. JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>      Plaintiffs,<br><br>   v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>      Defendant. | CIVIL NO. 00-00145 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served on this date by hand delivery upon the following:

NEIL F. HULBERT, ESQ.
JADE LYNNE CHING, ESQ.
LAURA P. COUCH, ESQ.
Alston Hunt Floyd & Ing
18th Floor, Pacific Tower
1001 Bishop Street
Honolulu, Hawai'i 96813

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DATED: Honolulu, Hawaii, February 4, 2008.

                                            STEVEN B. JACOBSON
                                            Attorneys at Law
                                            A Limited Liability Law Company

                                            _____
                                            STEVEN B. JACOBSON
                                            Attorneys for Plaintiffs