A095

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

| For Internal Use Only | |
|---|---|
| Receipt | 242443 |
| Trans | 149540 |

Received From:   **STEVEN B. JACOBSON**
Case Number:
Reference Number:   CV 00-0145BMK

|  | | |
|---|---|---|
| Check | | 455.00 |
| Total | | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  |  | **Total** | **455.00** |
|  |  | Tend | 455.00 |
|  |  | Due | 0.00 |

02/04/2008 07:34:05 AM    Deputy Clerk: ag/ AG    _____