STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
(sjacobson.law@hawaiiantel.net)
P. O. Box 240761
Honolulu, HI  96824-0761
Telephone:  (808) 377-1814

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 01 2008

at ____ o'clock and ____ min. ____ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>PLAINTIFFS' STATEMENT OF CONSULTATION IN COMPLIANCE WITH LR 54.3(b); CERTIFICATE OF SERVICE<br><br>JUDGE:  Hon. Barry M. Kurren |

PLAINTIFFS' STATEMENT OF CONSULTATION IN COMPLIANCE WITH
LR 54.3(b)

Plaintiff ALICE H. MORGAN, Trustees of the Morgan Family Revocable

Living Trust Under Agreement Dated September 20, 1990, as Amended

("Plaintiffs" or "Morgans"), hereby submit the following Statement of Consultation in Compliance With LR 54.3(b):

After consultation, the parties are unable to come to any agreement on Plaintiff's fee request, other than that the hourly billing rate for Plaintiff's counsel is reasonable.

The consultation took place on January 30, 2008, between Plaintiff's attorney Steven Jacobson and Defendant's attorney Laura Couch.

DATED: Honolulu, Hawaii, February 1, 2008.

    STEVEN B. JACOBSON
    Attorney at Law
    A Limited Liability Law Corporation

    _____
    STEVEN B. JACOBSON
    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on this date by first-class United States Mail upon the following:

NEIL F. HULBERT, ESQ.
JADE LYNNE CHING, ESQ.
LAURA P. COUCH, ESQ.
Alston Hunt Floyd & Ing
18th Floor, Pacific Tower
1001 Bishop Street
Honolulu, Hawai'i 96813

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DATED: Honolulu, Hawaii, February 1, 2008.

                              STEVEN B. JACOBSON
                              Attorneys at Law
                              A Limited Liability Law Company

                              STEVEN B. JACOBSON
                              Attorneys for Plaintiffs