STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON    4117-0
(sjacobson.law@hawaiiantel.net)
P. O. Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 04 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>NOTICE OF FILING OF BILL OF COSTS; BILL OF COSTS; MEMORANDUM IN SUPPORT OF BILL OF COSTS; DECLARATION OF STEVEN B. JACOBSON; EXHIBIT A; CERTIFICATE OF SERVICE |

### NOTICE OF FILING OF BILL OF COSTS

TO:  NEIL F. HULBERT, ESQ.
     JADE LYNNE CHING, ESQ.
     LAURA P. COUCH, ESQ.
     Alston Hunt Floyd & Ing
     18th Floor, Pacific Tower
     1001 Bishop Street
     Honolulu, Hawaii 96813
     Attorneys for Defendant

PLEASE TAKE NOTICE that the following Bill of Costs has been filed with the Clerk of the Court, requesting a cost award of $4,231.20 (including the $3,548.77 of costs previously awarded in this Court's Order of June 7, 2006), plus per diem interest of $.49 (49 cents) continuing to accrue after today through the date the award is entered on the costs previously awarded by this Court in its Order of June 7, 2006.

Unless timely objections thereto are filed within the period allowed under Local Rule 54.2(d), the Clerk of the Court may without hearing or further notice tax all of the requested costs as provided in LR 54.2(d).

DATED: Honolulu, Hawaii, February 4, 2008.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

_____
STEVEN B. JACOBSON
Attorneys for Plaintiff