IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>BILL OF COSTS |

## BILL OF COSTS

Judgment having been entered in this action on November 8, 2007 in favor of Plaintiff Alice H. Morgan, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as amended ("Plaintiff") and against Defendant Chicago Title Insurance Company ("Chicago Title" or "CT"), and said judgment having been amended by the Court's Order filed January 4, 2008, the Clerk of the Court is requested to tax the following amounts in favor of Plaintiff and against Chicago Title as costs:

### COSTS TAXABLE UNDER 28 U.S.C. §§ 1920(3 & 4) AND LOCAL RULES 54.2(a) and 54(f)(4)

3

Printing and copying costs subsequent to the filing of Plaintiffs' Second
Supplement to Bill of Costs filed December 13, 2005 at 15 cents per page (see
Exhibit A) (1155 copies x .15)                                                                    $   167.25

### COSTS TAXABLE UNDER 28 U.S.C. § 1920(2), FRAP RULE 39(e)(2), AND LOCAL RULES 54.2(a) and 54(f)(2)

Transcript of hearing on October 2, 2000 (before Judge Gillmor on
CT's motion to dismiss Plaintiffs' original complaint, for use as an
exhibit herein and for the use of the appellate court) (Docket Sheet, at 16-17;
CT Bill of Costs, filed 8-16-05 at 1; Declaration, *infra*)                         $    58.24

Transcript of hearing on December 18, 2000 (before Judge Gillmor on
CT's motion to dismiss Plaintiffs' First Amended Complaint, for use as
an exhibit herein and for the use of the appellate court) (Docket Sheet, at 16-17;
CT Bill of Costs, filed 8-16-05, at 2; Declaration, *infra*)                           70.72

Transcript of hearing on April 2, 2001 (before Judge Gillmor on CT's
motion to dismiss Plaintiffs' Second Amended Complaint, for use as
an exhibit herein and for the use of the appellate court) (Docket Sheet, at 16-17;
CT Bill of Costs, filed 8-16-05, at 2; Declaration, *infra*)                           65.52

### INTEREST TAXABLE UNDER 28 U.S.C. §§ 1961(a) (interest runs on District Court judgments) and 1963 (Court of Appeals judgments are equivalent to District Court judgments once filed in a District Court)

Interest from June 16, 2003, through June 7, 2006, on the costs awarded in the
Ninth Circuit's Judgment on the first appeal, which judgment/award was filed
herein on June 16, 2003. The $837.00 amount of the award is included in this
Court's cost award filed June 7, 2006 ($837.00 x .95% [weekly average of the 1-
year constant maturity Treasury yield for the
week ended June 20, 2003] x 2 years plus 356/365 days)                $    23.66

Interest after June 7, 2006, through February 4, 2008, on the $3,548.77 of costs
awarded in this Court's cost award filed June 7, 2006 ($3,548.77 x 5.04% [weekly
average of the 1-year constant maturity Treasury yield for the
week ended June 9, 2006] x 1 year plus 242/366 days)                   $   297.04

PLUS: COSTS ALREADY AWARDED IN THIS COURT'S ORDER
OF JUNE 7, 2006                                                                              $ 3,548.77

4

TOTAL COSTS THROUGH FEBRUARY 4, 2008                $ 4,231.20

PLUS:  PER DIEM INTEREST AFTER FEBRUARY 4, 2008 on the
$3,548.77 of costs awarded in this Court's cost award filed June 7, 2006
($3,548.77 x 5.04% x 1/366 days)                    $      .49/day

    DATED:  Honolulu, Hawaii, February 4, 2008.

                                STEVEN B. JACOBSON
                                Attorney at Law
                                A Limited Liability Law Corporation

                                STEVEN B. JACOBSON
                                Attorney for Plaintiffs