IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>MEMORANDUM IN SUPPORT OF BILL OF COSTS |

MEMORANDUM IN SUPPORT OF BILL OF COSTS

On November 8, 2007, this Court entered a judgment, later modified in the Court's Order filed January 4, 2008, in favor of the Plaintiff Mrs. Morgan and against Chicago Title.

Having prevailed, the Mrs. Morgan is now entitled to recover her taxable costs from Chicago Title under FRCP Rule 54(d)(1) and Local Rule 54.2(a).

The foregoing Bill of Costs lists the cost items Mrs. Morgans is seeking. All are recoverable under the statutes and rules specified in the Bill of Costs.

The requested transcript fees are recoverable as long as they were necessary

for counsel's effective performance, as Chicago Title itself noted when it thought that it was the prevailing party and sought its costs. *A.B.C. Packard, Inc. v. General Motors Corp.,* 275 F.2d 63, 75 (9th Cir. 1960); CT Memorandum filed 8-16-05, at 5-7; Hulbert Declaration, filed 8-16-05, para. 4, 6, 9.

All of the transcripts ordered by the Plaintiffs, and more, were ordered by Chicago Title too, and Chicago Title necessarily agreed that they were necessary – it sought the same transcript costs when it thought that it had prevailed! CT Notice, filed 8-16-05, at 1-2.[1]

The functions of the said transcripts are further described in the attached Declaration. See also 28 U.S.C. 1920(2), which provides:

> A judge or clerk of any court of the United States may tax as costs the following:
> **(2)** Fees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case;

And see FRAP Rule 39(e), which states:

> **(e) Costs on Appeal Taxable in the District Court.** The following costs on appeal are taxable in the district court for the benefit of the party entitled to costs under this rule:
> (2) the reporter's transcript, if needed to determine the appeal:

The amount requested for printing and copying is 15 cents per page for documents filed with the court and service copies thereof, and necessary

---

[1] CT's Bill of Costs (at 1-2) mistakenly states that the three hearings for which Plaintiffs ordered transcripts were before Magistrate Judge Kurren. They were, in reality, before Judge Gillmor.

7

correspondence, as itemized in Exhibit A. All such amounts are recoverable under 28 U.S.C. §§ 1920(3 & 4) and Local Rules 54.2(a) and 54.2(f)(4); see also CT's Memorandum, filed 8-16-05, at 7-11.

The amounts of interest sought are due under 28 U.S.C. §§ 1961(a) and 1963, which state that interest is due on this Court's judgments, and that judgments on appeal are equivalent (once filed herein) to judgments of this Court.

WHEREFORE, all amounts listed in Plaintiff's Bill of Costs should be awarded to her.

DATED: Honolulu, Hawaii, February 4, 2008.

STEVEN B. JACOBSON
Attorneys at Law
A Limited Liability Law Company

_____
STEVEN B. JACOBSON
Attorneys for Plaintiff