## EXHIBIT A

## PRINTING AND COPYING AT 15 CENTS PER PAGE

| Document | Pages | Copies (incl. originals) | Total |
|---|---|---|---|
| Letter to Magistrate Judge, February 28, 2006 | 2 | 2 | 4 |
| Plaintiffs' Motion to Alter or Amend, filed March 4, 2006 | 6 | 4 | 24 |
| Plaintiffs Ex Parte Motion, etc., filed April 4, 2006 | 8 | 4 | 32 |
| Plaintiffs' Reply Memorandum In Support of Ex Parte Motion, filed April 14, 2006 | 6 | 4 | 24 |
| Plaintiffs' Amended Notice of Appeal, filed May 12, 2006 | 4 | 4 | 16 |
| Plaintiffs' Motion to Alter or Amend, filed June 1, 2006 | 8 | 4 | 32 |
| Plaintiffs' Notice of Appeal, filed June 1, 2006 | 4 | 4 | 16 |
| Plaintiffs' Amended Notice of Appeal, filed June 12, 2006 | 2 | 4 | 8 |
| Plaintiff's Confidential Settlement Conference Statement, submitted July 9, 2007 | 5 | 3 | 15 |
| Plaintiff's Suggestion of Death, filed July 9, 2007 | 3 | 4 | 12 |
| Stipulation re Briefing Schedule, filed July 24, 2007 | 2 | 4 | 8 |
| Plaintiff's Opening Memorandum on Remand, filed August 31, 2007 | 10 | 4 | 40 |

| Description | | | |
|---|---|---|---|
| Plaintiff's Reply Memorandum on Remand, filed October 22, 2007 | 13 | 4 | 52 |
| Plaintiff's fee motion, filed November 23, 2007 | 60 | 4 | 240 |
| Plaintiff's Motion to Alter or Amend, filed November 26, 2007 | 55 | 4 | 220 |
| Plaintiff's Reply Memo In Support of Motion to Alter or Amend, filed December 20, 2007 | 11 | 4 | 44 |
| Plaintiff's Amended Fee Motion, filed January 18, 2008 | 63 | 4 | 252 |
| Plaintiff's Statement of Consultation, filed February 1, 2008 | 4 | 4 | 16 |
| Plaintiff's Notice of Bill of Costs, etc., filed February 4, 2008 | 15 | 4 | 60 |
| TOTAL COPIES CLAIMED | | | 1,115 |