IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>　　　　　Defendant. | CIVIL NO. CV00 00145 BMK<br><br>**DECLARATION OF LAURA P. COUCH; EXHIBITS "1" – "16"** |

**DECLARATION OF LAURA P. COUCH**

I, Laura P. Couch, declare that:

1.　　I am an attorney at law, duly licensed to practice before this court, and am an attorney for Defendant Chicago Title Insurance Company ("Chicago Title") in this action.

2.　　I make this declaration based on my personal knowledge and am competent to testify about the matters contained in this Declaration.

3.　　Attached hereto as "Exhibit 1" is a true and correct copy of the Ninth Circuit Court of Appeal's Memorandum and Order, Appeal No. 02-16141, May 22, 2003, referred to herein as the "Liability Order."

1

4.  Attached hereto as "Exhibit 2" is a true and correct copy of Chicago Title's ALTA Loan Policy (4-6-90) insuring the priority of Plaintiff's mortgage on a fee simple estate in Lot 22 of the Princeville at Hanalei, Kauai, Hawai`i, File Plan No. 1557 as security.

5.  Attached hereto as "Exhibit 3" is a true and correct copy of page 18 from Plaintiffs' Trial Brief.

6.  Attached hereto as "Exhibit 4" are true and correct copies of pages 29-33 from Appellants' Opening Brief on Appeal No. 05-17145.

7.  Attached hereto as "Exhibit 5" is a spreadsheet prepared by my office which categorizes the fees described in Plaintiff's Exhibit A by motion and/or litigation stage.

8.  Attached hereto as "Exhibit 6" is a chart prepared by me which categories the fees described in Plaintiffs' Exhibit A by motion and or task, with a summary of the result obtained thereby.

9.  Attached hereto as "Exhibit 7" is a true and correct copy of the email from Steve Jacobson to me and referenced by Plaintiff in Exhibit A at page 26, "email Couch re status of drafts of stipulated Morgan, Cuatto and Sulla testimony."

10. Attached hereto as "Exhibit 8" is a true and correct copy of the email from Steve Jacobsen to me and referenced by Plaintiff in Exhibit A at page 26, "email Couch re proposed add'l exhibits."

11. Attached hereto as "Exhibit 9" is a true and correct copy of the email from Steve Jacobson to me and referenced by Plaintiff in Exhibit A at page 26, "reply to Couch email re service of trial brief."

12. Attached hereto as "Exhibit 10" is a true and correct copy of the email from Steve Jacobson to me and referenced by Plaintiff in Exhibit A at page 26, "email Couch re rationale for stip changes."

13. Attached hereto as "Exhibit 11" is a true and correct copy of the email from Steve Jacobson to me and referenced by Plaintiff in Exhibit A at page 27, "reply to Couch email re exhibit copies."

14. Attached hereto as "Exhibit 12" is a true and correct copy of the email from Steve Jacobson to me and referenced by Plaintiff in Exhibit A at page 28, "…email from Couch re scheduling of settlement conference."

15. Attached hereto as "Exhibit 13" is a chart I prepared which summarizes the administrative, secretarial, and paralegal duties for which Plaintiff's counsel billed at an inappropriate rate and listed in Exhibit A to the Motion for Fees.

16. Attached hereto as "Exhibit 14" is a true and correct copy of Chicago Title's Rule 68 settlement offer to Plaintiff dated August 8, 2007.

17. Attached hereto as "Exhibit 15" is true and correct copy of Plaintiff's fee agreement with counsel for this litigation, produced by Plaintiff during discovery in this litigation.

18. Attached hereto as "Exhibit 16" is true and correct copy of the Ninth Circuit Court of Appeal's Memorandum and Order, Appeal No. 05-17145, April 6, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Honolulu, Hawai`i, February 15, 2008.

/s/ LAURA P. COUCH
LAURA P. COUCH