STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
(sjacobson.law@verizon.net)
P. O. Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814
Fax: (808) 377-1814

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>PLAINTIFFS' TRIAL BRIEF; CERTIFICATE OF SERVICE<br><br>TRIAL DATE: May 24, 2005<br>JUDGE: Hon. Barry M. Kurren |

EXHIBIT  3

a heavy burden of proof of even partial freedom from liability for the harm to the insured which ostensibly flowed from the breach."

<u>Collateral Estoppel</u>. Chicago Title is also bound by the determinations of the Kauai Circuit Court. Because of its failure to defend, Chicago Title is "collaterally estopped from re-litigating material factual findings actually or impliedly adjudicated in the underlying suit." *Sentinel, supra.*

## II. Possible Issues Arising In Determining What's Left To Decide

### A. The Elements of Morgans' Damages

Morgans' consequential damages consist of four elements: (1) the attorneys' fees and costs they incurred as a result of Chicago Title's failure to defend the validity and priority of their mortgage (or exercise any of its contractual alternatives); (2) the amounts they gave up – in a settlement – to stop Dimiceli's pursuit of her claims against the validity and priority of their mortgage; (3) the income taxes they will be required to pay on their recovery as a result of Chicago Title's failure to defend the validity and priority of their mortgage (or exercise any of its contractual alternatives); and (4) compensatory prejudgment interest.

Some or all of the following issues may arise during trial, with respect to those elements:

B. <u>The Attorneys' Fees and Costs Morgans' Incurred During 1994-1998 As A Result Of Chicago Title's Failure To Defend The Validity and Priority of Their Mortgage, And/Or To Exercise Any of Its Contractual Alternatives.</u>

18