Chicago Title/Morgan
Analysis of Morgans' fees

| Date | | Description | Time | $ Amount | Total Time | Total $ |
|---|---|---|---|---|---|---|
| 02/18/00 | B | Draft Complaint | 2.5 | $625.00 | | |
| 02/22/00 | B | Revise and finish Complaint (.75) | 0.75 | 187.5 | 3.25 | $812.50 |
| 02/22/00 | | Complaint Filed | | | | |
| 05/19/00 | A | Review policy re who to serve and f/up re service of Complaint | 0.25 | 62.5 | | |
| 06/20/00 | A | Further service f/u and call from new process server re completion of serivce | 0.25 | 62.5 | | |
| 09/29/00 | B | Revise and finish First Amended Complaint | 0.25 | 62.5 | | |
| 10/02/00 | | 1st Amended Complaint filed | | | | |
| 10/02/00 | B | File and serve First Amended Complaint while at court for hearing on motion for dismissal of original Complaint | 0.25 | 62.5 | 1 | $250.00 |
| 01/27/01 | B | Draft 2nd Amended Complaint; related research | 2.25 | 562.5 | | |
| 01/29/01 | B | Draft 2nd Amended Complaint; related research | 2 | 500 | | |
| 01/30/01 | B | Draft 2nd Amended Complaint | 0.75 | 187.5 | | |
| 01/31/01 | B | Finish 2nd Amended Complaint | 1.75 | 437.5 | 6.75 | $1,687.50 |
| 01/31/01 | | 2nd Amended Complaint filed | | | | |
| | | | | | | |
| 07/10/00 | | Chicago Title's Motion to Dismiss Complaint | | | | |
| 07/12/00 | D | Review and analyze motion to dismiss and advise clients of same | 0.75 | 187.5 | | |
| 09/12/00 | D | Call to Ching notifying that Plaintiffs will amend rather than oppose dismissal motion | 0.25 | 62.5 | | |
| 09/18/00 | D | Ltr to Judge Gillmore advising that Plaintiffs will amend rather than oppose dismissal motion | 0.25 | 62.5 | | |
| 09/29/00 | D | Call from court clerk notifying that dismissal motion hasn't been taken is still on calendar; follow up calls with opposing counsel | 0.25 | 62.5 | | |
| 10/04/00 | D | Review and analyze Minute Order on dismissal motion | 0.25 | 62.5 | | |
| 10/02/00 | F | Prepare for hearing and attend hearing on motion to dismiss | 2 | 500 | 3.75 | $937.50 |
| 10/02/00 | | *MOTION rendered moot by the filing of Amended Complaint* | | | | |
| | | | | | | |
| 10/12/00 | | Chicago Title's Motion to Dismiss 1st Amended Complaint | | | | |
| 11/26/00 | D | research for oppo to dismissal motion, including cases cited by CT and Ninth Circuit cases on Rule 8 and 84, esp. Crull, draft oppo | 3.5 | 875 | | |
| 11/29/00 | D | Work on oppo to dismissal motion (research, draft and revise) | 6.5 | 1,625.00 | | |
| 11/30/00 | D | Finish oppo to motion to dismiss first amended complaint | 2.5 | 625 | | |
| 12/11/00 | D | Review and analyze CT reply to oppo to dismissal motion and make notes for hearing | 0.75 | 187.5 | | |

668998-1/3968-37

EXHIBIT 5

| Date | | Description | Time | $ Amount | Total Time | Total $ |
|---|---|---|---|---|---|---|
| 12/18/00 | F | Prep for and argue at hearing on motion to dismiss and dispute notice; notify clients re same | 3.5 | 875 | | |
| 01/29/01 | D | Review and analyze Court Order on First Amended Complaint | 0.5 | 125 | 17.25 | $4,312.50 |
| 01/26/01 | | ORDER Granting in Part and Denying in Part | | | | |
| | | | | | | |
| 11/08/00 | | **Chicago Title's Motion to Compel Production of Documents & Sanctions** | | | | |
| 11/08/00 | D | Review and analyze CT motion to compel and for sanctions and advise clients | 0.75 | 187.5 | | |
| 11/16/00 | D | Draft oppo to motion to compel | 3.25 | 812.5 | | |
| 11/17/00 | D | Finish oppo to motion to compel | 4 | 1,000.00 | | |
| 11/26/00 | D | Review and analyze CT November 22 reply re motion to compel and make notes for oral argument | 0.5 | 125 | | |
| 12/04/00 | D | prepare ex parte motion, declarations and memorandum re CT allegations in reply re motion to compel | 6.25 | 1,562.50 | | |
| 12/08/00 | F | Prep for and attend hearing on motion to compel | 2.5 | 625.00 | | |
| 12/20/00 | D | Review court order on motion to compel | 0.25 | 62.5 | 17.5 | $4,375.00 |
| 12/18/00 | | ORDER Granting in Part and Denying in Part | | | | |
| | | | | | | |
| 02/21/01 | | **Chicago Title's Motion to Dismiss 2nd Amended Complaint** | | | | |
| 02/23/01 | D | Review and analyze CT motion to partially dismiss 2nd amended Complaint | 0.75 | 187.5 | | |
| 03/13/01 | D | Research and draft oppo to motion for partial dismissal | 4.25 | 1,062.50 | | |
| 03/14/01 | D | Research, draft and revise oppo to partial dismissal motion | 5.5 | 1,375.00 | | |
| 03/15/01 | D | Revise and finish oppo to partial dismissal motion | 3 | 750 | | |
| 03/22/01 | D | Review and analyze CT reply re partial dismissal motion; prepare oral argument | 0.25 | 62.5 | | |
| 04/02/01 | F | Prepare for and successfully argue at hearing on motion for partial dismissal | 1.5 | 375 | | |
| 04/09/01 | D | Review court order denying dismissal and notify clients | 0.25 | 62.5 | 15.5 | $3,875.00 |
| 04/02/01 | | ORDER Denying Defendant's Motion for Partial Dismissal of 2nd Amended Complaint | | | | |
| | | | | | | |
| 07/24/01 | | **Plaintiffs' Motion to Disqualify Counsel for Chicago Title** | | | | |
| 07/25/01 | | **Plaintiffs' Motion to Compel Chicago Title to Produce Documents** | | | | |
| 05/14/01 | D | Research law on privilege waiver by asserting an advice of counsel defense | 2.25 | 312.5 | | |
| 05/15/01 | D | Research law on whether raising an advice of counsel defense disqualifies the giver of that advice from serving as litigation counsel | 5.25 | 1,312.50 | | |

668998-1/3968-37                                    Page 2 of 11

| Date | | Description | Time | $ Amount | Total Time | Total $ |
|---|---|---|---|---|---|---|
| 05/16/01 | D | Research law on whether attorney-client privilege can be used to shield claims investigations | 4.25 | 1,062.50 | | |
| 05/18/01 | D | Research law on whether advice of counsel defense waives any attorney-client privilege covering claims investigations and decisions | 4.25 | 1,062.50 | | |
| 07/20/01 | D | Research and draft disqualification motion and motion to compel | 4.5 | 1,125.00 | | |
| 07/23/01 | D | Work on motions to disqualify and compel | 1 | 250.00 | | |
| 07/24/01 | D | Finish disqualification motion | 0.25 | 62.50 | | |
| 07/24/01 | D | Finish motion to compel | 1 | 250.00 | | |
| 08/28/01 | D | Review and analyze oppo to motion to disqualify and draft reply; review and analyze oppo to motion to compel and counter-motion for protective order and draft reply and oppo | 2.75 | 687.50 | | |
| 08/29/01 | D | Work on replies and oppo | 2 | 500.00 | | |
| 08/30/01 | D | Work on reply memos | 1.75 | 437.50 | | |
| 09/03/01 | D | Finish reply memos and oppo to counter-motion | 2 | 500.00 | | |
| 09/28/01 | F | Prepare for hearing and argue at hearing on motion to compel and disqualification motions | 2 | 500.00 | 33.25 | $8,062.50 |
| 10/16/01 | | ORDER DENYING Plaintiffs' M/to Disqualify Counsel for Chicago Title | | | | |
| 10/16/01 | | ORDER Granting in Part and Denying in Part 1) Plaintiffs' M/to Compel Chicago Title to produce documents and 2) Chicago Title's Counter Motion for Protective Order and to Stay Discovery Re Plaintiffs' Bad Faith and Punitive Damages Claims, filed August 27, 2001 | | | | |
| 10/15/01 | | **Chicago Title's Motion for Summary Judgment** | | | | |
| 10/17/01 | D | Review and analyze summary judgment motion | 1.5 | 375 | | |
| 10/24/01 | D | Research and draft oppo to sj motion | 4.25 | 1,062.50 | | |
| 10/26/01 | D | Research and draft oppo to sj motion | 3.75 | 937.5 | | |
| 10/28/01 | D | Research and draft oppo to sj motion | 6.25 | 1,562.50 | | |
| 10/29/01 | D | Research and draft oppo to sj motion | 3.25 | 812.5 | | |
| 10/30/01 | D | Research and draft oppo to sj motion | 2.75 | 687.50 | | |
| 11/23/01 | D | Research and draft oppo to sj motion | 4.5 | 1,125.00 | | |
| 11/26/01 | D | Research and draft oppo to sj motion and draft response to statement of allegedly undisputed facts | 5.5 | 1,375.00 | | |
| 11/27/01 | D | Research, draft and revise oppo to sj motion and response re undisputed facts | 5.75 | 1,437.50 | | |

| Date | | Description | Time | $ Amount | Total Time | Total $ |
|---|---|---|---|---|---|---|
| 11/28/01 | D | Research, draft and revise oppo to sj motion and response re undisputed facts | 5 | 1,250.00 | | |
| 11/29/01 | D | Prep counter-motion for sj; work on fact statement and oppo to sj | 6.25 | 1,562.50 | | |
| 11/30/01 | D | Complete response to factual statement and memo opposing sj motion | 6.5 | 1,625.00 | | |
| 12/07/01 | D | Review CT's reply memo, evidence objections and oppo to counter-motion and start drafting reply | 4.75 | 1,187.50 | | |
| 12/10/01 | D | Prepare reply memo | 5.75 | 1,437.50 | | |
| 12/11/01 | D | Review court order re no hearing and work on reply memo | 0.25 | 62.50 | | |
| 12/12/01 | D | Complete reply memo and reply to evidence objections | 8.25 | 2,062.50 | 74.25 | $18,562.50 |
| 03/21/02 | | ORDER GRANTING Chicago Title's MSJ | | | | |
| | | | | | | |
| 04/01/02 | | **Plaintiff's Motion for Reconsideration (Re: Order Granting CT's MSJ)** | | | | |
| 03/22/02 | D | Review and analyze Court SJ Order (.75); draft motion for recon (1.5) | 2.25 | 562.50 | | |
| 03/25/02 | D | Research and draft recon motion | 3 | 750.00 | | |
| 03/26/02 | D | Research and draft recon motion | 2 | 500.00 | | |
| 03/28/02 | D | Research and draft recon motion | 2.25 | 562.50 | | |
| 04/01/01 | D | Finish motion for reconsideration | 8.5 | 2,125.00 | | |
| 04/11/02 | D | Review and analyze oppo to recon motion including the cases cited | 1.5 | 375.00 | | |
| 04/12/02 | D | Review oppo and prep reply to oppo to motion to | 1 | 250.00 | | |
| 04/22/02 | D | Finish reply re recon motion | 7.5 | 1,875.00 | 28 | $7,000.00 |
| 05/20/02 | | ORDER DENYING Plaintiffs' Motion for Reconsideration and Motion to Alter and Amend Judgment | | | | |
| | | | | | | |
| 04/08/02 | | **Plaintiffs' Motion to Alter and Amend Judgment** | | | | |
| 04/05/02 | D | Review judgment on sj order and notice of judgment and begin prep of motion to alter or amend | 0.5 | 62.5 | | |
| 04/08/02 | D | Prep and complete motion to alter or amend | 3.5 | 875 | | |
| 04/12/02 | D | Review oppo and prep reply to oppo to motion to alter or amend | 1 | 250 | | |
| 04/18/02 | D | Prepare response to cost notice and prepare reply re recon and alter and amend motions | 4 | 1,000.00 | | |
| 04/19/02 | D | Finish response to cost notice and work on reply re recon motion | 1.75 | 437.5 | | |
| 04/23/02 | D | Finish and file reply re motion to alter or amend; work on response to fee motion | 3.5 | 875 | 14.25 | $3,500.00 |

| Date | Description | Time | $ Amount | Total Time | Total $ |
|---|---|---|---|---|---|
| 05/20/02 | ORDER DENYING Plaintiffs' Motion for Reconsideration and Motion to Alter and Amend Judgment | | | | |
| | | | | | |
| 04/16/02 | **Chicago Title's Motion for Attorneys' Fees and Costs** | | | | |
| 04/16/02 D | Review and analyze CT fee motion including cited cases and outline oppo | 2.5 | 625 | | |
| 05/30/02 D | Work on oppo to fee and cost motion | 4.75 | 1,187.50 | | |
| 05/31/02 D | Research and draft oppo to fee and cost motion | 6 | 1,500.00 | | |
| 06/03/02 D | Research, draft and finish oppo to fee and cost motion | 8.75 | 2,187.50 | | |
| 06/04/02 D | Review and analyze CT reply re costs | 0.25 | 62.50 | 22.25 | $5,562.50 |
| 12/30/02 | REPORT of Special Master on Defendant's Motion for Attorneys' Fees and Costs | | | | |
| | | | | | |
| 05/23/02 | **(FIRST) NOTICE OF APPEAL FILED** | | | | |
| 04/02/02 I | Research re expediting appeals; email exchange w/clients re birth dates for motion | 0.5 | 125 | | |
| 05/22/02 I | Review appeal requirements and draft appeal docs | 2 | 500 | | |
| 05/23/02 I | Finish appeal documents (notice of appeal, questions presented and docketing statement) | 5.5 | 1,375.00 | | |
| 06/03/02 I | Call to Hulbert re transcripts and prepare transcript request for appeal | 0.25 | 62.5 | | |
| 06/04/02 I | Review docketing and other info from Ninth Circuit | 0.25 | 62.5 | | |
| 06/10/02 I | Confirming letter to Hulbert re transcripts | 0.25 | 62.5 | | |
| 06/13/02 I | Review scheduling and other info from Ninth Circuit and calendar action dates | 0.5 | 125 | | |
| 06/24/02 I | Review info from Ninth Circuit | 0.25 | 62.5 | | |
| 7/16/02 - 9/9/02 I | Research and draft opening brief | 112.75 | $28,187.50 | | |
| 07/24/02 I | Confirm preparation of requested transcripts | 0.25 | 62.5 | | |
| 07/24/02 I | draft brief covers | 0.25 | 62.5 | | |
| 07/25/02 I | Review FRAP and Ninth Circuit rules re brief form | 0.25 | 62.5 | | |
| 08/06/02 I | Prep for and participate in assessment conference | 1 | 250 | | |
| 09/09/02 I | Prepare excerpts of record (MCP) | 5 | 500 | | |
| 09/10/02 I | Notes for reply brief | 0.5 | 125 | | |
| 09/18/02 I | Review Ninth Circuit note and cited rules | 0.25 | 62.5 | | |
| 09/19/02 I | Revise brief covers | 0.25 | 62.5 | | |
| 10/09/02 I | Review and analyze CT answering brief, research and draft reply brief | 8.25 | 2,062.50 | | |

| Date | | Description | Time | $ Amount | Total Time | Total $ |
|---|---|---|---|---|---|---|
| 10/10/02 - 10/22/02 | I | Research and draft reply brief | 107.5 | 26,875.00 | | |
| 2/10/03 - 2/11/03 | I | motion to expedite oral argument | 3.75 | 937.5 | | |
| 03/13/03 | I | Review hearing notice and related materials from Ninth Circuit and complete and execute acknowledgment | 0.5 | 125 | | |
| 04/30/03 | I | Research and analyze recent Ninth Circuit coverage cases | 3.75 | 937.5 | | |
| 05/01/03 | I | Review briefs and extracts from record; analysis re how to approach issues on oral argument; begin prep of outline for oral argument | 7.5 | 1,875.00 | | |
| 05/02/03 | I | Analysis re Court's likely questions during oral argument; finish outline of argument; prepare answers to likely questions | 6.75 | 1,687.50 | | |
| 05/04/03 | I | Review and revise oral argument and answers to anticipated questions; practice argument and answers | 4.5 | 1,125.00 | | |
| 05/05/03 | I | Final preparation; orally argue appeal | 4.25 | 1,062.50 | | |
| 05/23/03 | I | Call from USDC Clerk re appellate decision; check 9th circuit webpage; call to 9th circuit clerk's office; email clients; email opposing counsel re possible stip | 1.25 | 312.50 | | |
| 05/27/03 | I | Review and analyze Ninth Circuit decision | 0.75 | 187.50 | | |
| 05/30/03 | I | Prepare appellate bill of costs | 0.75 | 187.50 | | |
| 06/03/03 | I | Return advisory counsel call re decision | 0.25 | 62.50 | | |
| 06/03/03 | I | Emails w/Ching and revise and finalize motion to defer appellate fee question to USDC | 0.5 | 125.00 | | |
| 07/01/03 | I | Review order on motion deferring fee question to USDC | 0.25 | 62.50 | 280.5 | $69,375.00 |
| | | | | | | |
| 01/14/03 | | Plaintiffs' Objections to Special Master report | | | | |
| 12/31/02 | D | Review and analyze Special Master ("SM") report on fees and letter to clients re same | 4.75 | 1,187.50 | | |
| 01/13/03 | D | Research and draft objections to SM report | 6.5 | 1,375.00 | | |
| 01/14/03 | D | Finish objections to SM report | 5.5 | 1,125.00 | 16.75 | $3,687.50 |
| 05/22/03 | | 9TH CIR. CT. OPINION - Reversing and Remanding | | | | |
| | | | | | | |
| 06/16/04 | | Chicago Title's Motion for Partial Summary Judgment | | | | |
| 06/18/04 | D | Review and analyze CT 6-16-04 moving papers | 1.75 | 437.5 | | |
| 09/13/04 | D | Prepare concise statement responding to errors in CT factual statement including review of underlying documents (4.75); review and research bad faith cases and statutes for opp to sj motion (4.25) | 9 | 2,250.00 | | |

668998-1/3968-37    Page 6 of 11

| Date | | Description | Time | $ Amount | Total Time | Total $ |
|---|---|---|---|---|---|---|
| 09/14/04 | D | Draft oppo to sj motion including review and analysis of exhibits | 7 | 1,750.00 | | |
| 09/15/04 | D | Draft and revise oppo to sj motion | 5.25 | 1,312.50 | | |
| 09/16/04 | D | Work on draft of sj oppo and revise same | 2.25 | 562.50 | | |
| 09/17/04 | D | Drafting and revising of sj oppo | 6 | 1,500.00 | | |
| 09/19/04 | D | Draft and revise sj oppo | 5.25 | 1,312.50 | | |
| 09/20/04 | D | Finish oppo to partial sj motion (2.00); finish concise statement (.25) | 2.25 | 562.50 | | |
| | | | | | | |
| 09/28/04 | D | Review and analyze CT reply memo and CT concise statement reply and make notes for oral argument | 1.5 | 375.00 | | |
| 10/04/04 | D | Research and prepare letter to Magistrate Judge with additional citations | 3.25 | 812.50 | | |
| 10/08/04 | F | Prep for hearing and argue at hearing on motion for partial summary judgment | 2 | 500.00 | | |
| 10/15/04 | | ORDER Granting in Part and Denying in Part Defendant's MPSJ re (1) Plaintiffs' Second Cause of Action for Bad Faith; and (2) a Determination that Chicago Title is Responsible for Fees and Costs Related to Defense of only the DROA claim | | | 45.5 | $11,375.00 |
| | | | | | | |
| 10/20/04 | | Plaintiffs' Motion for Reconsideration of Order filed 10/15/04 granting in part Defendant's Motion for Partial Summary Judgment | | | | |
| 10/18/04 | D | Review and analyze Court Order on partial sj motion including cited cases and cases cited in Aerosoft re allocations, burdens of proof and related issues | 4.5 | 1,125.00 | | |
| 10/19/04 | D | Research law on "surplusage" and election of remedies questions raised sua sponte in the Court Order (3.5); draft motion for reconsideration (9.0) | 12.5 | 3,125.00 | | |
| 10/20/04 | D | Finish motion for reconsideration re partial summary judgment | 3.25 | 812.5 | 20.25 | $5,062.50 |
| 10/29/04 | | ORDER DENYING Plaintiffs' Motion for Reconsideration | | | | |
| | | | | | | |
| 01/24/05 | | Plaintiffs' Renewed Motion to Compel Production of Documents | | | | |
| 01/21/05 | D | Draft motion to compel and supporting memo | 1 | 250 | | |
| 01/22/05 | D | Work on memo for motion to compel | 1.25 | 312.5 | | |
| 01/24/05 | D | Finish motion to compel | 4.25 | 1,062.50 | | |
| 02/08/05 | D | Review and analyze CT oppo to motion to compel including cited cases | 1.75 | 437.5 | | |
| 02/09/05 | D | Research case law and rules on reinstating claims after partial sj and sua sponte judgments, and update research on waivers of privilege by raising advice defense | 6 | 1,500.00 | | |
| 02/10/05 | D | Draft reply to oppo to motion to compel | 5.25 | 1,312.50 | | |

| Date | | Description | Time | $ Amount | Total Time | Total $ |
|---|---|---|---|---|---|---|
| 02/11/05 | D | Finish reply to oppo to motion to compel | 4.25 | 1,062.50 | | |
| 03/21/05 | D | Review order denying motion to compel | 0.25 | 62.50 | | |
| 03/08/05 | F | Prep for and attend hearing on motion to compel | 1.5 | 375.00 | 25.5 | $6,375.00 |
| 03/18/05 | | ORDER DENYING Plaintiffs' Renewed Motion to Compel Production | | | | |
| | G | Trial Preparation and Attending Trial (1/2 Day Trial) | | 122,400.00 | | $122,400.00 |
| 08/01/05 | | **Plaintiffs' Motion for Entry of Amended and Conclusions and Altered and Amended Judgment and/or (2) New Trial** | | | | |
| 07/21/05 | H | Research treatises and cases on scope of Rules 52 and 59 (2.00); draft motion for Rule 52 and 59 relief, including requested amendments to findings and conclusions, and supporting memo (1.5) | 3.5 | 875 | | |
| 07/22/05 | H | Prepare memo supporting Rule 52-59 motion, including analysis of the court's reasoning and the evidence which was overlooked | 7.5 | 1,875.00 | | |
| 07/29/05 | H | Draft and revise memo supporting rule 52-59 motion | 8 | 2,000.00 | | |
| 08/01/05 | H | Finish Rule 59 motion | 0.5 | 125 | | |
| 09/21/05 | H | Review and analyze CT 9-14 memo opposing Rule 59 motion | 0.75 | 187.5 | | |
| 09/22/05 | H | Review Ferreira, Uyemura and Omura re evidence requirements for nominal judgment (.5); review Rule 52 and 59 requirements (.25); review Sentinel and CA cases re reimbursement after duty to defend breached (1.0); draft reply memorandum (4.75) | 6.5 | 1,625.00 | | |
| 09/23/05 | H | Review other cases to be cited therein (.5) and draft and revise reply memo (6.25) | 6.75 | 1,687.50 | | |
| 09/26/05 | H | Draft, revise and finish reply memorandum supporting Rule 59 motion | 2 | 500 | | |
| 10/07/05 | H | Prep for and argue at hearing on motion for Rule 59 relief | 3.75 | 937.5 | 39.25 | $9,812.50 |
| 10/31/05 | | JUDGMENT - Judgment entered in favor of Plaintiffs in the amount of $1.00. Remainder of Plaintiffs' claims are dismissed pursuant to Rule 52(c) | | | | |
| 11/17/05 | | **Plaintiffs' Motion for Relief From Judgment** | | | | |
| 11/03/05 | H | Research re scope of Rule 60 review | 1 | 250 | | |
| 11/17/05 | H | Prepare and finish Rule 60 motion | 1.5 | 375 | | |
| 12/03/05 | H | Prepare reply memo in support of motion for relief from judgment | 6.5 | 1,625.00 | 9 | $2,250.00 |

| Date | | Description | Time | $ Amount | Total Time | Total $ |
|---|---|---|---|---|---|---|
| 03/02/06 | | ORDER Granting in Part and Denying in Part Plaintiffs' Motion for Relief from Judgment | | | | |
| | | | | | | |
| 03/04/06 | | Plaintiffs' Motion to Alter or for Relief (from Order entered on 3/2/06) | | | | |
| 03/03/06 | H | Review and analyze Court order granting and denying relief from judgment | 1 | 250 | | |
| 03/04/06 | H | Prepare and arrange filing and service of recon motion | 1 | 250 | 2 | $500.00 |
| 03/08/06 | | ORDER Denying Plaintiffs' Motion to Alter or Amend or for Relief from Order. | | | | |
| | | | | | | |
| 04/04/06 | | Plaintiffs' Ex Parte Motion for orders (1) Vacating Court's Order of 3/2/06 and its Order Denying Reconsideration and (2) Entering a New and Corrected Order Resolving Plaintiff's Motion for Relief from Judgment | | | | |
| 04/04/06 | H | Prepare and file new motion to fix jurisdictional problems and correct errors | 1.75 | 437.5 | | |
| 04/14/06 | H | Review CT opposition and prepare and arrange filing of reply memo | 1.5 | 375 | 3.25 | $812.50 |
| 05/08/06 | | ORDER Denying Plaintiffs' Ex Parte Motion for Orders (1) Vacating Court's Order of 3/2/06 etc. | | | | |
| | | | | | | |
| 06/01/06 | | Plaintiffs' Motion to Alter or Amend Order on Motion for Attorney Fees | | | | |
| 05/30/06 | H | Review and analyze order on fees and costs | 0.5 | 125 | | |
| 06/01/06 | H | Prepare and arrange filing of motion for recon | 2.5 | 625 | 3 | $750.00 |
| 06/07/06 | | ORDER Granting in Part and Denying in Part Plaintiffs' Motion to Alter or Amend [The costs awarded to Plaintiffs shall be amended from $3,526.38 to $3,548.77]. | | | | |
| | | | | | | |
| 06/09/06 | H | Review and analyze order partially granting and partially denying recon. | 0.25 | 62.5 | | |
| 07/31/07 | H | Research standards and burdens for showing good faith of a settlement | 8.25 | 2,062.50 | | |

| Date | | Description | Time | $ Amount | Total Time | Total $ |
|---|---|---|---|---|---|---|
| 08/01/07 | H | Research appropriate time to raise recon questions | 6.25 | 1,562.50 | | |
| | | | | | | |
| 06/08/07 | | **MEMORANDUM AND ORDER OF USCA** | | | | |
| 08/28/07 | H | Prepare opening memo on remand | 5.25 | 1,312.50 | | |
| 08/29/07 | H | Prepare opening memo on remand | 4.25 | 1,062.50 | | |
| 08/31/07 | H | Prepare and arrange filing of opening memo on remand | 3.25 | 812.5 | | |
| 10/07/07 | H | Review and analyze CT memo and remand including cited cases and being drafting reply | 3.25 | 812.5 | | |
| 10/21/07 | H | Prepare reply memo on remand | 6 | 1,500.00 | | |
| 10/22/07 | H | Prepare and arrange filing and service of reply memo | 2.5 | 625 | 24.5 | $6,125.00 |
| 11/08/07 | | ORDER on Remand Awarding Plaintiff Damages and Prejudgment Interest [Morgan is hereby awarded $30,096.64 in damages, and $23,285.47 in pre-judgment interest, for a total award of $53,382.11.] | | | | |
| | | | | | | |
| 11/26/07 | | **Plaintiffs' Motion to Alter and Amend and/or Alternatively for New Trial** | | | | |
| 11/13/07 | H | Review and analyze decision on remand, including review of cited cases and other, contrary cases and law on interest (3.25); calculate due dates for recon, fee and cost requests (.25) | 3.5 | 875 | | |
| 11/23/07 | H | Prepare motion to alter and amend | 5.25 | 1,312.50 | | |
| 11/24/07 | H | Prepare motion to alter and amend | 7.25 | 1,812.50 | | |
| 11/25/07 | H | Further prep of motion to alter and amend | 4 | 1,000.00 | | |
| 11/26/07 | H | Finish and arrange filing and service of motion to alter and amend | 3.25 | 812.50 | | |
| 12/18/07 | H | Review and analyze opposition to motion to alter and amend including cases miscited by CT | 1 | 250.00 | | |
| 12/19/07 | H | Draft reply memorandum supporting motion to alter and amend including related review of cited documents | 3.25 | 812.50 | | |
| 12/20/07 | H | Prepare and finish reply memorandum supporting motion to alter and amend | 4 | 1,000.00 | 31.5 | $7,875.00 |
| 01/04/08 | | ORDER Granting in Part and Denying in Part Plaintiff's Motion to Alter and Amend "Morgan's damages award is hereby increased to $31,251.03 and Morgan's award of prejudgment interest is correspondingly increased to $24,178.61... All other relief requested in Morgan's motion is DENIED.... | | | | |

| Date | Description | Time | $ Amount | Total Time | Total $ |
|---|---|---|---|---|---|
| 01/18/08 | **Plaintiff's Amended Motion for Attorney Fees** | | | | |
| 01/05/08 H | Review and analyze order of January 4, 2008 | 0.5 | 125 | | |
| 01/06/08 H | Prepare updated fee motion | 3.25 | 812.5 | | |
| 01/18/08 H | Prepare, finish and arrange filing and service of fee motion | 2 | 500 | 5.75 | $1,437.50 |

668998-1/3968-37