## Examples of Attorneys' Fees Sought for Unnecessary Filings
### (Itemized with Particularity in Spreadsheet, Exhibit 5)

| Date | Work Description | Result | Time/Amount |
|---|---|---|---|
| Feb.- Oct. 2000 | Prepare and defend original complaint (Exhibit 5, page 1) | Voluntarily dismissed | 7.0/ $1750.00 |
| Oct. 2000- Jan. 2001 | Prepare and defend first amended complaint (Exhibit 5, pages 1-2) | Claims for Bad Faith and Punitive Damages Dismissed | 18.25/ $4562.50 |
| Nov. 2000- Dec. 2000 | Defend Chicago Title's motion to compel production of documents (Exhibit 5, page 2) | Documents ordered produced (sanctions not awarded) | 17.50/ $4375.00 |
| Jul.-Oct. 2001 | Motion to Disqualify Chicago Title's counsel and Motion to Compel Production of Documents (Exhibit 5, pages 2-3) | Motion to Disqualify Denied; Motion to Compel Granted only as to Non-Privileged Documents | 33.25/ $8312.50 |
| Mar.-Apr. 2002 | Motion for reconsideration (re order granting Chicago Title's motion for summary judgment) (Exhibit 5, page 4) | Denied | 28.0/ $7000.00 |

1


EXHIBIT 6

| Date | Work Description | Result | Time/Amount |
|---|---|---|---|
| Apr. 2002 | Motion to alter and amend judgment (re order granting Chicago Title's motion for summary judgment) (Exhibit 5, pages 4-5) | Denied | 14.25/ $3562.50 |
| Oct. 2004 | Motion for Reconsideration of October 15, 2004 Order Granting Summary Judgment (Exhibit 5, page 7) | Denied | 20.25/ $5062.50 |
| Jan. 2005 | Seek to compel production of documents (second time) (Exhibit 5, pages 7-8) | Denied | 25.50/ $6375.00 |
| Aug. 2005 | Motion for entry of amended conclusions and altered and amended judgment and/or new trial (Exhibit 5, pages 8) | Judgment entered in favor of Plaintiff for $1.00 | 43.0/ $10,750.00 |
| Nov. 2005 | Motion for Relief from Judgment (Exhibit 5, pages 8-9) | Denied as to all substantive issues | 9.0/ $2250.00 |
| Mar. 2006 | Motion to Alter or for Relief from order entered March 2, 2006 (Exhibit 5, page 9) | Denied | 2.0/ $500.00 |

2

| Date | Work Description | Result | Time/Amount |
|---|---|---|---|
| Apr. 2006 | Ex Parte motion for orders (1) Vacating Court's Order of 3/2/06 and its Order Denying Reconsideration and (2) Entering a New and Corrected Order Resolving Plaintiff's Motion for Relief from Judgment (Exhibit 5, page 9) | Denied | 3.25/ $8125.00 |
| Jun. 2006 | Motion to Alter or Amend Order on Motion for Attorneys' Fees (Exhibit 5, page 9) | Fee award increased by $22.39 | 3.0/ $750.00 |
| Nov. 2007 | Motion to Alter and Amend and/or Alternatively for New Trial (Exhibit 5, page 10) | Award increased by $2047.53 | 31.50/ $7875.00 |
|  |  | Total: | $71,250.00 |