## Laura Couch - Morgan

| | |
|---|---|
| **From:** | "Steven Jacobson" <sjacobson.law@verizon.net> |
| **To:** | "Laura Couch" <LCouch@ahfi.com> |
| **Date:** | 05/11/2005 2:47 AM |
| **Subject:** | Morgan |
| **Attachments:** | Part.002 |

Laura,
Could you please let me know the status of the proposed stipulations on witness testimony?  Morgan, Cuatto and Sulla.
Steve

EXHIBIT  _7_