**Laura Couch - Exhibits**

| | |
|---|---|
| **From:** | "Steven Jacobson" <sjacobson.law@verizon.net> |
| **To:** | "Laura Couch" <LCouch@ahfi.com> |
| **Date:** | 05/11/2005 9:14 AM |
| **Subject:** | Exhibits |
| **Attachments:** | 2004 Form 6251.pdf; 2004 Instructions Form 6251.pdf; Part.004 |

Laura,
Do you have any objections to our adding two exhibits?
1103 - 2004 IRS Form 6251 (blank sample)
1104 - 2004 Instructions for IRS Form 6251
Copies attached.
Please let me know.
Thanks.
Steve

EXHIBIT 8