## Laura Couch - Re: Plaintiffs' Trial Brief

**From:** "Steven Jacobson" <sjacobson.law@verizon.net>
**To:** "Laura Couch" <LCouch@ahfi.com>
**Date:** 05/12/2005 10:58 AM
**Subject:** Re: Plaintiffs' Trial Brief
**Attachments:** Part.002

It was mailed just before midnight on the 10th. Should arrive tomorrow if not today. The pickup at the mailbox by the courthouse may not be until the afternoon.

----- Original Message -----
**From:** Laura Couch
**To:** sjacobson.law@verizon.net
**Cc:** JADE CHING ; Neil Hulbert
**Sent:** Thursday, May 12, 2005 10:51 AM
**Subject:** Plaintiffs' Trial Brief

Steve,

This morning we received your errata, which was mailed and filed May 11.

We have not, however, received a service copy of Plaintiffs' trial brief.

Regards,

Laura P. Couch, Esq.
Alston Hunt Floyd & Ing
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
telephone: (808) 524-1800
facsimile: (808) 524-4591
email: lcouch@ahfi.com

No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.308 / Virus Database: 266.11.9 - Release Date: 5/12/2005

EXHIBIT 9