## Laura Couch - Re: stipulated testimony for Sulla, Cuatto and Morgan

**From:** "Steven Jacobson" <sjacobson.law@verizon.net>
**To:** "Laura Couch" <LCouch@ahfi.com>
**Date:** 05/14/2005 9:37 AM
**Subject:** Re: stipulated testimony for Sulla, Cuatto and Morgan
**Attachments:** Part.002

Is relevance Chicago Title's only objection to some of the proposed testimony? If so, which part(s).

----- Original Message -----
From: Laura Couch
To: sjacobson.law@verizon.net
Cc: JADE CHING ; Neil Hulbert
Sent: Friday, May 13, 2005 10:10 AM
Subject: stipulated testimony for Sulla, Cuatto and Morgan

Steve,

Attached are your proposed stipulations. We have revised them to a content which will be acceptable for stipulation, subject to completion with appropriate exhibit numbers of course. Please contact me if you have any questions.

Regards,

Laura Couch

Laura P. Couch, Esq.
Alston Hunt Floyd & Ing
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
telephone: (808) 524-1800
facsimile: (808) 524-4591
email: lcouch@ahfi.com

No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.308 / Virus Database: 266.11.9 - Release Date: 5/12/2005

EXHIBIT 10