## Laura Couch - Re: Plaintiffs' exhibits

| | |
|---|---|
| **From:** | "Steven Jacobson" <sjacobson.law@verizon.net> |
| **To:** | "Laura Couch" <LCouch@ahfi.com> |
| **Date:** | 05/19/2005 9:01 PM |
| **Subject:** | Re: Plaintiffs' exhibits |
| **Attachments:** | Part.002 |

Just got this email now.
They'll hopefully be ready by tomorrow afternoon.

----- Original Message -----
**From:** Laura Couch
**To:** sjacobson.law@verizon.net
**Cc:** EUNICE TOMITA ; JADE CHING ; Neil Hulbert ; Noreen Kanada
**Sent:** Thursday, May 19, 2005 1:44 PM
**Subject:** Plaintiffs' exhibits

Steve,

In case you weren't planning on doing so already, please bring our copy of Plaintiffs' exhibits/Plaintiffs' exhibit list when you come to pick up your copy of the Joint Exhibits.

Regards,


Laura P. Couch, Esq.
Alston Hunt Floyd & Ing
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i  96813
telephone:  (808) 524-1800
facsimile:  (808) 524-4591
email:  lcouch@ahfi.com

---

No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.322 / Virus Database: 266.11.13 - Release Date: 5/19/2005

EXHIBIT 11