## Laura Couch - Re: Morgan v. Chicago Title, Settlement Conference

**From:** "Steven Jacobson" <sjacobson.law@verizon.net>
**To:** "Laura Couch" <LCouch@ahfi.com>
**Date:** 05/25/2005 10:58 AM
**Subject:** Re: Morgan v. Chicago Title, Settlement Conference
**Attachments:** Part.002

Confirmed. Please bring a check with seven digits.

----- Original Message -----
**From:** Laura Couch
**To:** sjacobson.law@verizon.net
**Cc:** Neil Hulbert ; Richlyn_Young@hid.uscourts.gov ; shari_afuso@hid.uscourts.gov
**Sent:** Wednesday, May 25, 2005 10:36 AM
**Subject:** Morgan v. Chicago Title, Settlement Conference

Steve,

Confirming our conversation re: Settlement Conference with Judge Chang tomorrow, May 26, 2005 at 1:30 p.m.

Regards,

Laura Couch


Laura P. Couch, Esq.
Alston Hunt Floyd & Ing
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
telephone: (808) 524-1800
facsimile: (808) 524-4591
email: lcouch@ahfi.com

---

No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.322 / Virus Database: 266.11.17 - Release Date: 5/25/2005

EXHIBIT 12