## Chart of Administrative, Secretarial and Paralegal Duties
### Billed at $250.00 Attorney Rate

| Date | Task | Hours | Amount | Nature |
|---|---|---|---|---|
| 2/22/00 | Review filing docs from Court and notify clients of filing | .25 | $62.50 | Secretarial ($0) |
| 5/12/00 | Call to MJ clerk re service status and scheduling conf date | .25 | $62.50 | Secretarial ($0) |
| 5/19/00 | Review policy re who to serve and follow up re service of complaint | .25 | $62.50 | Paralegal ($18.75) |
| 6/20/00 | Further service follow up and call from new process server re completion of service | .25 | $62.50 | Secretarial ($0) |
| 10/2/00 | File and serve First Amended Complaint while at Court for hearing on motion for dismissal of original Complaint | .25 | $62.50 | Secretarial ($0) |
| 11/4/00 | Locate and assemble requested docs and prepare for CT inspection | 3.75 | $937.50 | Paralegal ($281.25) |
| 11/5/00 | Finish locating and assembling docs for CT review (8.0); draft letter to CT counsel re availability (.25) | 8.25 | $2,062.50 | Paralegal ($618.75) |
| 11/6/00 | Letter to CT counsel notifying them of availability of requested docs for their review | .25 | $62.50 | Paralegal ($18.75) |
| 11/17/00 | Letter to Hulbert re continued readiness for production; review Ching fax re inspecting documents | .25 | $62.50 | Paralegal ($18.75) |
| 12/11/00 | Review Hulbert fax re document production | .25 | $62.50 | Paralegal ($18.75) |
| 12/29/00 | Finish reviewing and preparing docs for discovery and related call with opposing counsel | 1.75 | $437.50 | Paralegal ($131.25) |
| 1/3/01 | Call with Hulbert's office re discovery and review and respond to Hulbert's letter | .25 | $62.50 | Paralegal ($18.75) |
| 3/1/01 | Review scheduling order and calendar new action dates | .50 | $125.00 | Secretarial ($0) |
| 3/13/01 | Draft new engagement letter | .50 | 125.00 | Admin, non-legal ($0) |
| 3/16/01 | Work on new engagement letter and letter to counsel advising client on new engagement letter | 1.00 | 250.00 | Admin, non-legal ($0) |

669101-1

EXHIBIT 13

| | | | | |
|---|---|---|---|---|
| 3/19/01 | Finish and send out new engagement letter and letter to advisory counsel | .50 | 125.00 | Admin, non-legal ($0) |
| 4/12/01 | Review and prepare response to letter of advising counsel including prep of revisions to engagement letter | 1.50 | 375.00 | Admin, non-legal ($0) |
| 4/13/01 | Finish and send revised engagement letter and explanatory accompanying letter to advisory counsel | 1.00 | 250.00 | Admin, non-legal ($0) |
| 9/10/01 | Call to court clerk re changed hearing date on pending motions | .25 | $62.50 | Secretarial ($0) |
| 9/11/01 | Letter to opposing counsel re hearing date change | .25 | $62.50 | Secretarial ($0) |
| 5/7/02 | Execute and direct lodging of stip | .25 | $62.50 | Secretarial ($0) |
| 5/8/02 | Review Hulbert transmittal, prep and send letter requesting further docs | .25 | $62.50 | Paralegal ($18.75) |
| 6/13/02 | Review scheduling and other info from Ninth Circuit and calendar action dates | .50 | $125.00 | Secretarial ($0) |
| 7/22/02 | Follow up re unpaid expert's bill | .25 | $62.50 | Admin, non-legal ($0) |
| 7/24/02 | Confirm preparation of requested transcripts (.25); draft brief covers (.25) | .50 | $125.00 | Secretarial ($0) |
| 9/19/02 | Revise brief covers | .25 | $125.00 | Secretarial ($0) |
| 5/7/03 | Call to Hulbert re continuing hearing date on USDC fee and cost motion | .25 | $62.50 | Secretarial ($0) |
| 5/12/03 | Calls with opposing counsel and court clerk re changing hearing date on USDC fee and cost hearing | .25 | $62.50 | Secretarial ($0) |
| 5/14/03 | Prepare and circulate stip re change of hearing date | .50 | $125.00 | Paralegal ($37.50) |
| 5/19/03 | Execute and direct lodging of stipulation | .25 | $62.50 | Secretarial ($0) |
| 12/11/03 | Email exchange w/Torkildson Katz office mgr re billing amounts | .25 | $62.50 | Admin, non-legal ($0) |
| 12/23/03 | Review scheduling order and calendar action dates | .25 | $62.50 | Secretarial ($0) |
| 8/9/04 | Emails w/client re authentication of interrog responses; finish responses to interrogs | .25 | $62.50 | Paralegal ($18.75) |

669101-1

| 8/14/04 | Review scheduling order and calendar dates (.75); emails with client re trial date (.25) | 1.0 | $250.00 | Secretarial ($0) |
|---|---|---|---|---|
| 2/22/05 | Calls from court clerk resetting hearing on motion to compel | .25 | $62.50 | Secretarial ($0) |
| 2/26/05 | Letter to MJ and clerk re missing page 9 of reply memo | .25 | $62.50 | Secretarial ($0) |
| 4/20/05 | Review files and prepare list of proposed court and appeal docs for exhibits | 4.50 | $1,125.00 | Paralegal ($337.50) |
| 4/22/05 | Work on list of proposed court docs to be exhibits including review of docs | 4.75 | $1,187.50 | Paralegal ($356.25) |
| 4/23/05 | Email Western Title re missing document | .25 | $62.50 | Secretarial ($0) |
| 4/24/05 | Prepare list of proposed court documents to be exhibits | 2.25 | $562.50 | Paralegal ($168.75) |
| 4/25/05 | Finish list of proposed court documents and email to Couch (1.0); review files for additional exhibits and prepare list of same (4.25) | 5.25 | $1,312.50 | Paralegal ($393.75) |
| 4/26/05 | Further review of files for proposed additional exhibits, finish list and email to Couch re proposed exhibits beyond those proposed by CT (9.5) | 9.50 | $2,375.00 | Paralegal ($712.50) |
| 5/9/05 | Call from [Kanada] re exhibit and email response to Couch | .25 | $62.50 | Paralegal ($18.75) |
| 5/19/05 | Calls to copying service re copying of exhibits ($75/rate) | .25 | $62.50 | Secretarial ($18.75) |
| 5/20/05 | Call from Ono (AHFI) re availability of signed stips re Sulla Morgans and Cuatto trial testimony and review transmittal for same (.25); call from Richlyn re exhibits (.25) | .50 | $125.00 | Secretarial ($0) |
| 5/23/05 | Emails w/Richlyn re Morgan witness issue | .25 | $62.50 | Secretarial ($0) |
| 5/25/05 | Call and email from couch re scheduling of settlement conference | .25 | $62.50 | Secretarial ($0) |
| 5/15/07 | Call from courtroom manager re setting scheduling conference | .25 | $62.50 | Secretarial ($0) |
| 5/16/07 | Calls re revised time for scheduling conference | .25 | $62.50 | Secretarial ($0) |
| 6/1/07 | Prepare and arrange filing of motion for recon | 2.50 | $625.00 | Secretarial ($0) |

669101-1

| | | | | |
|---|---|---|---|---|
| 6/5/07 | Emails and call re setting scheduling conference | .25 | $62.50 | Secretarial ($0) |
| 10/22/07 | Prepare and arrange filing and service of reply memo | 2.50 | $625.00 | Secretarial ($0) |
| 11/13/07 | Calculate due dates for recon, fee, and cost requests | .25 | $62.50 | Secretarial ($0) |
| 11/26/07 | Finish and arrange filing and service of motion to alter and amend | 3.25 | $812.50 | Secretarial ($0) |
| 12/7/07 | Review multiple stips, related calls, execute same and arrange delivery | .25 | $62.50 | Secretarial ($0) |
| 1/18/08 | Prepare, finish, and arrange filing and service of fee motion | 2.0 | $500.00 | Secretarial ($0) |
| | **TOTALS** | | | |

669101-1