Of Counsel:
ALSTON HUNT FLOYD & ING
Attorney At Law
A Law Corporation

NEIL F. HULBERT        1143-0
JADE LYNNE CHING       5808-0
LAURA P. COUCH         7860-0
18th Floor, Pacific Tower
1001 Bishop Street
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I


| | |
|---|---|
| ALBERT R. MORGAN, JR. and ALICE )<br>H. MORGAN, Trustees of the )<br>Morgan Family Revocable Living )<br>Trust Under Agreement Dated )<br>September 20, 1990, as Amended, )<br>)<br>      Plaintiff, )<br>)<br>   vs. )<br>)<br>CHICAGO TITLE INSURANCE )<br>COMPANY, )<br>)<br>      Defendant. )<br>_____ ) | CIVIL NO. CV00 00145 HG BMK<br><br>**DEFENDANT CHICAGO TITLE<br>INSURANCE COMPANY'S OFFER OF<br>JUDGMENT; CERTIFICATE OF<br>SERVICE**<br><br><br><br>(No Trial Date Set) |


**DEFENDANT CHICAGO TITLE INSURANCE
COMPANY'S OFFER OF JUDGMENT**

        Pursuant to Rule 68 of the Federal Rules of Civil

Procedure, Defendant Chicago Title Insurance Company ("Chicago

Title") hereby offers to allow judgment to be taken against it in

652114v1 / 3968-37

 EXHIBIT 14

this action, in the amount of $61,169.56, inclusive of interest accrued through August 18, 2007, and costs awarded to date.

This Offer of Judgment ("Offer") is made to settle all remaining claims in Plaintiff's Second Amended Complaint solely to avoid the expense of defense by Chicago Title, to promote settlement and for the purposes specified in Fed. R. Civ. P. Rule 68. It is not intended to have any collateral estoppel or res judicata effect on Chicago Title's claims or defenses; nor is it to be construed as an admission of liability, wrongdoing or fault on the part of Chicago Title.

This Offer must be accepted in writing within ten (10) days after service. If this Offer is not accepted and Plaintiff fails to obtain a monetary judgment more favorable than this Offer, Plaintiff must pay all costs incurred by Chicago Title after making this Offer.

DATED: Honolulu, Hawai`i, _____AUG 0 8 2007_____.

_____
NEIL F. HULBERT
JADE LYNNE CHING
LAURA P. COUCH
Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following by having said copy deposited in the United States mail, postage prepaid, addressed as follows:

**STEVEN B. JACOBSON, ESQ**
P.O. Box 240761
Honolulu, Hawai`i  96824-0761

Attorney for Plaintiff

DATED:  Honolulu, Hawai`i, August 8, 2007.

NEIL F. HULBERT
JADE LYNNE CHING
LAURA P. COUCH
Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

652114v1 / 3968-37