Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

NEIL F. HULBERT          1143-0
JADE LYNNE CHING   5808-0
LAURA P. COUCH          7860-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>　　　　　Defendant. | CIVIL NO. CV00 00145 BMK<br><br>**DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S OBJECTIONS TO PLAINTIFFS' BILL OF COSTS; CERTIFICATE OF SERVICE**<br><br><br>JUDGE: Hon. Barry M. Kurren |

669713_1/3968-37

## DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S OBJECTIONS TO PLAINTIFFS' BILL OF COSTS

Pursuant to Federal Rule of Civil Procedure Rule 54 and Rules of the United States District Court for the District of Hawai`i Rule 54.2, Defendant Chicago Title Insurance Company ("Chicago Title") submits its objections to Plaintiff Alice H. Morgan's ("Plaintiff") Bill of Costs filed February 4, 2008 (the "Bill of Costs").

### OBJECTIONS TO PLAINTIFFS' BILL OF COSTS

Chicago Title objects to the Bill of Costs as follows:

Plaintiff is not entitled to costs incurred to obtain the Transcript of hearing on October 2, 2000, Transcript of hearing on December 18, 2000, and Transcript of hearing on April 2, 2001 (total sought: $194.48). (Bill of Costs, page 4). 28 U.S.C. § 1920(2) provides for fees of the court report for transcripts necessarily obtained for use in the case, it does not provide for transcripts obtained for use on appeal.

Plaintiff is not entitled to copies made for her own personal use, nor is Plaintiff entitled to a copy charge refund for printing the original document. Plaintiff does not identify the purpose for which multiple copies were made, and Exhibit "A" to the Bill of Costs indicates that the copies listed include a charge for

the original document. (*See* Exhibit "A" to the Bill of Costs). LR 54.2(f)-4 provides that the "cost of copies obtained for the use and/or convenience of the party seeking recovery and its counsel is not allowable." Plaintiff must explain how many copies were needed for filing and service, and remove copies for their own and counsel's personal use and convenience from the total copies claimed in Exhibit "A" to the Bill of Costs. Plaintiff must also remove the original document from the total calculation.

Because Plaintiff failed to properly identify the purpose and use of the copy charges requested, only 2 copies for each document (one for the court and one for opposing counsel) should be permitted as a legitimate cost. The copy charges should accordingly be reduced by $82.95 (553 copies).

Chicago Title respectfully requests that the items noted above - - totaling $277.43 - - be stricken from the Bill of Costs as improper.

DATED: Honolulu, Hawai`i, February 15, 2008.

*[signature]*

NEIL F. HULBERT
JADE LYNNE CHING
LAURA P. COUCH
Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following by having said copy deposited in the United States mail, postage prepaid, addressed as follows:

STEVEN B. JACOBSON, ESQ
P.O. Box 240761
Honolulu, Hawai`i 96824-0761

Attorney for Plaintiff

DATED: Honolulu, Hawai`i, February 15, 2008.

_____
NEIL F. HULBERT
JADE LYNNE CHING
LAURA P. COUCH
Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

669713_1/3968-37