**ORIGINAL**

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorney At Law
A Law Corporation

| | |
|---|---|
| NEIL F. HULBERT | 1143-0 |
| JADE LYNNE CHING | 5808-0 |
| LAURA P. COUCH | 7860-0 |

18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800

Attorneys for Defendant
CHICAGO TITLE INSURANCE
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,

    Plaintiff,

vs.

CHICAGO TITLE INSURANCE COMPANY,

    Defendant.

CIVIL NO. CV00 00145 BMK

**DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S NOTICE OF CROSS APPEAL; EXHIBITS "1" THROUGH "3"; CERTIFICATE OF SERVICE**

669701v1/3968-37

## DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S
## NOTICE OF CROSS APPEAL

NOTICE IS HEREBY GIVEN that Defendant CHICAGO TITLE INSURANCE COMPANY ("Chicago Title"), by and through its attorneys, Alston Hunt Floyd & Ing, files this cross-appeal to the United States Court of Appeals for the Ninth Circuit from (1) that portion of the Order on Remand awarding plaintiff damages and pre-judgment interest, entered on November 8, 2008, (2) that portion of the Order Granting in Part and Denying in Part Plaintiff's Motion to Alter and Amend, filed January 4, 2008, which granted $31,251.03 in damages, plus prejudgment interest pursuant to the order of the Ninth Circuit Court of Appeals dated April 6, 2007, and (3) Amended Judgment filed January 4, 2008, and additional briefing submitted by the parties pursuant thereto.

True and correct copies of the (1) Order on Remand Awarding Plaintiff Damages and Pre-Judgment Interest, filed November 8, 2007; (2) Order Granting in Part and Denying in Part Plaintiff's Motion to Alter and Amend, filed January 4, 2008; and (3) Amended Judgment filed January 4, 2008, are attached to this Notice of Cross-Appeal as Exhibits "1", "2," and "3," respectively.

Dated: Honolulu, Hawai`i, February 15, 2008.

_____
NEIL F. HULBERT
JADE LYNNE CHING
LAURA P. COUCH

Attorneys for Defendant
CHICAGO TITLE INSURANCE
COMPANY