ORIGINAL



Of Counsel:
ALSTON HUNT FLOYD & ING
Attorney At Law
A Law Corporation

NEIL F. HULBERT     1143-0
JADE LYNNE CHING    5808-0
LAURA P. COUCH      7860-0
18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800

Attorneys for Defendant
CHICAGO TITLE INSURANCE
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. CV00 00145 BMK<br><br>REPRESENTATION STATEMENT |

REPRESENTATION STATEMENT

Defendant-Cross-Appellant is Chicago Title Insurance Company. Its counsel are Neil F. Hulbert, Jade Lynne Ching, and Laura P. Couch, Alston Hunt Floyd & Ing, 1001 Bishop Street, American Savings Bank Tower, 18th Floor, Honolulu, HI 96813, (tel) (808) 524-1800, (fax) (808) 524-4591.

Plaintiff-Cross-Appellee is Alice H. Morgan, Trustee of the Morgan Family Revocable Living Trust Under Agreement dated September 20, 1990, as Amended. Her counsel is Steven B. Jacobson, Steven B. Jacobson, AAL, ALLLC, P.O. Box 240761, Honolulu, HI 96824-0761, (tel. & fax) (808) 377-1814.

DATED at Honolulu, Hawai`i, February 19, 2008.

NEIL F. HULBERT
JADE LYNNE CHING
LAURA P. COUCH

Attorneys for Defendant-Cross-Appellant
CHICAGO TITLE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following by having said copy deposited in the United States mail, postage prepaid, addressed as follows:

STEVEN B. JACOBSON, ESQ
P.O. Box 240761
Honolulu, Hawai`i  96824-0761

Attorney for Plaintiff

DATED:  Honolulu, Hawai`i, February 19, 2008.

                                 /s/ Neil F. Hulbert
NEIL F. HULBERT
JADE LYNNE CHING
LAURA P. COUCH
Attorneys for Defendant
CHICAGO TITLE INSURANCE CO.

669717v1/3968-37