IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

*Amended* Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____   U.S. District Court Case No. __Civil 00-00145 BMK__

Short Case Title __Morgan v. Chicago Title Insurance Co.__

Date Notice of Appeal Filed by Clerk of District Court __February 3, 2008__

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| Please see the attached. | | Voir Dire |
| | | Opening Statements |
| All designated transcripts are | | Settlement Instructions |
| already on file with the Court | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __2000, 2001, and 2005__  Estimated date for completion of transcript __Already filed__

Print Name of Attorney __Steven B. Jacobson__   Phone Number __808-377-1814__

Signature of Attorney _____

Address __P.O. Box 240761   Honolulu, HI 96824-0761__

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia__                                BY: _____
(U.S. District Court Clerk)     (date)      DEPUTY CLERK

[Stamp: ORIGINAL]
[Stamp: FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII FEB 20 2008 at 7 o'clock and __ min __ M. SUE BEITIA, CLERK]

<u>Amended Attachment to Transcript Designation and Ordering Form</u>
(All designated transcripts have already been filed with the Court)

Section A:

| | | |
|---|---|---|
| 10-02-00 | Platt | Motion hearing |

This transcript was filed on December 11, 2000.

| | | |
|---|---|---|
| 12-18-00 | Platt | Motion hearing |

This transcript was filed on December 26, 2000.

| | | |
|---|---|---|
| 04-02-01 | Platt | Motion hearing |

This transcript was filed on May 3, 2001.

| | | |
|---|---|---|
| 09-28-01 | Cahill | Motion hearing |

This transcript was filed on December 28, 2005.

| | | |
|---|---|---|
| 10-08-04 | C6 | Motion hearing |

This transcript was filed on December 28, 2005.

| | | |
|---|---|---|
| 03-08-05 | Cahill | Motion hearing |

This transcript was filed on December 28, 2005.

| | | |
|---|---|---|
| 05-24-05 | C. Fazio | Trial and motion hearing |

This transcript was filed on December 9, 2005.

| | | |
|---|---|---|
| 10-07-05 | C6 | Motion hearing |

This transcript was filed on December 28, 2005.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served on this date by hand delivery or first-class mail upon the following:

NEIL F. HULBERT, ESQ.
JADE LYNNE CHING, ESQ.
LAURA P. COUCH, ESQ.
Alston Hunt Floyd & Ing
18th Floor, Pacific Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Attorneys for Defendant

DATED: Honolulu, Hawaii, February 20, 2008.

                                      STEVEN B. JACOBSON
                                      Attorneys at Law
                                      A Limited Liability Law Company

                                      _____
                                      STEVEN B. JACOBSON
                                      Attorneys for Plaintiffs

2