# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

February 14, 2008

08-15356

To All Counsel of Record as Appellees:

IN RE:   ALICE H. MORGAN vs. CHICAGO TITLE INSURANCE COMPANY
CIVIL NO. 00-00145BMK

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on FEBRUARY 3, 2008.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,
SUE BEITIA, CLERK
by: Laila M. Geronimo
Deputy Clerk

Enclosures

cc:   Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
      ALICE H. MORGAN (attorney for appellant)
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 22 2008
DISTRICT OF HAWAII