ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON    4117-0
(sjacobson.law@hawaiiantel.net)
P. O. Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 29 2008

at 10 o'clock and 29 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>PLAINTIFF'S EX PARTE MOTION AND APPLICATION FOR FIRST EXTENSION OF TIME TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR AN AWARD OF ATTORNEYS' FEES; DECLARATION OF STEVEN B. JACOBSON; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Barry M. Kurren |

## PLAINTIFF'S EX PARTE MOTION AND APPLICATION FOR EXTENSION OF TIME TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR AN AWARD OF ATTORNEYS' FEES

Plaintiff ALICE H. MORGAN, Trustee of the Morgan Family Revocable

Living Trust Under Agreement Dated September 20, 1990, as Amended

("Plaintiff" or "Mrs. Morgan"), hereby moves and applies *ex parte* for an Order of

the Court extending the date by which any reply Defendant Chicago Title's opposition to Plaintiff's Amended Motion For An Award of Attorney's Fees is due from Friday, February 29, 2008, to Friday, March 7, 2008.

Defendant's opposition was served by mail on Friday, February 15, 2008, so any reply thereto is due 14 days thereafter by operation of FRCP Rules 6(d) and LR 54.3(f).

Defendant Chicago Title has agreed to the extension, as attested in the attached Declaration, and a stipulation thereto is being circulated. The reasons for the extension request, and for this *ex parte* motion and application, are explained in the Declaration.

This request is made pursuant to FRCP Rules 5(b)(2)(c) and 6(b)(1)(a) and LR 6.2(b-c), and is based on the attached declaration and the records and files herein.

DATED: Honolulu, Hawaii, February 29, 2008.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Corporation

_____
STEVEN B. JACOBSON
Attorneys for Plaintiffs