IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>DECLARATION OF STEVEN B. JACOBSON |

## DECLARATION OF STEVEN B. JACOBSON

Steven B. Jacobson declares as follows:

I am Plaintiff's sole counsel in this action and a member of the Bar of this Court.

I have personal knowledge of the facts in this Declaration, and could and would competently testify to them if called as a witness.

Today I spoke twice with Defendant's counsel Laura Couch. During our first conversation, I asked Ms. Couch if Defendant would agree to a one-week extension of the date by which Plaintiff's reply to Defendant's opposition to Plaintiff's fee motion is due, to Friday, March 7, 2008. During our second

conversation, Ms. Couch advised me that she had spoken with Mr. Hulbert and that Chicago Title agreed to the extension.

The extension is requested because, although I have been working on the reply and it is half-completed, I need additional time to finish preparing it. In addition to the usual demands of my legal practice and my teaching position at the University of Hawaii, my time during the past two weeks has been occupied with training as a part-time appeals referee in the Hawaii Department of Labor and Industrial Relations, and then – unexpectedly – starting to hear DLIR cases and issue written decisions sooner than anticipated because of the illness and consequent unavailability of another referee.

I will unexpectedly be hearing and deciding DLIR cases next Monday and Wednesday as well, which is why a full additional week to reply is requested.

I was unable to circulate and file a stipulation to the extension by today because I was initially over-optimistic and thought that I could complete the reply by today anyway, and because my recent days (including today) have been spent working at and in between public facilities, whose equipment and supplies I cannot use in my private practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of February, 2008, at Honolulu, Hawaii.

_____
STEVEN B. JACOBSON