IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

A copy of the foregoing document was served today by first-class United States mail upon:

NEIL F. HULBERT, ESQ.
LAURA P. COUCH, ESQ.
Alston Hunt Floyd & Ing
18th Floor, Pacific Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Attorneys for Defendant

DATED: Honolulu, Hawaii, February 29, 2008.

STEVEN B. JACOBSON
Attorney for Plaintiff