# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** Alice H. Morgan, et al., vs. Chicago Title Insurance Company

**U.S. COURT OF APPEALS DOCKET NUMBER:** _____

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 00-00145BMK

II **DATE NOTICE OF APPEAL FILED:** 02/15/08

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** 02/15/08        **AMOUNT:** $455.00

**NOT PAID YET:**             **BILLED:**

**U.S. GOVERNMENT APPEAL:**        **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**        **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED:**        **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 6, 2008

To All Counsel of Record as Appellees:

 IN RE: Alice H. Morgan, et al., vs. Chicago Title Insurance Company

    Civil No. 00-00145BMK

Dear Counsel:

 Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Cross Appeal was filed in the above-entitled case on 02/15/08.

 All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

       Sincerely Yours,
       SUE BEITIA, CLERK

       by: Laila M. Geronimo
       Deputy Clerk

Enclosures

cc: Clerk, 9th CCA w/copy of NA,
   docket sheet, dfnf
 Chicago Title Insurance Company (attorney for appellant)
   w/copy of instructions for civil appeals
   Transcript Desig. & Ordering Form
   with instructions and a copy of the
   docket sheet; CADS