ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 06 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
(sjacobson.law@hawaiiantel.net)
P. O. Box 240761
Honolulu, HI  96824-0761
Telephone:  (808) 377-1814

Attorneys for Plaintiff

LODGED

MAR 05 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>STIPULATION TO FIRST EXTENSION OF TIME FOR PLAINTIFF TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR AN AWARD OF ATTORNEYS' FEES; ORDER<br><br>JUDGE:  Hon. Barry M. Kurren |

## STIPULATION TO FIRST EXTENSION OF TIME FOR PLAINTIFF TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR AN AWARD OF ATTORNEYS' FEES

IT IS HEREBY STIPULATED by and between Plaintiff ALICE H.

MORGAN, Trustee of the Morgan Family Revocable Living Trust Under

Agreement Dated September 20, 1990, as Amended, and Defendant CHICAGO

TITLE INSURANCE COMPANY, that the date by which any reply Defendant's opposition to Plaintiff's Amended Motion For An Award of Attorney's Fees is due shall be extended from Friday, February 29, 2008, to Friday, March 7, 2008.

There have been no previous extensions of said due date.

DATED:  Honolulu, Hawaii, March 3 , 2008.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Corporation

STEVEN B. JACOBSON
Attorneys for Plaintiffs

ALSTON HUNT FLOYD & ING

NEIL F. HULBERT
LAURA P. COUCH
Attorneys for Defendant

APPROVED AND SO ORDERED:

UNITED STATES MAGISTRATE JUDGE