ce: BnK

STEVEN B. JACOBSON           ORIGINAL
Attorney at Law
A Limited Liability Law Company

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 11 2008

at /0 o'clock and 45 min. A M
SUE BEITIA, CLERK

STEVEN B. JACOBSON       4117-0
(sjacobson.law@hawaiiantel.net)
P. O. Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>TABLES FOR PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF AMENDED MOTION FOR AN AWARD OF ATTORNEYS' FEES; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Barry M. Kurren |

### TABLES FOR PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF AMENDED MOTION FOR AN AWARD OF ATTORNEYS' FEES

TABLE OF CONTENTS

I.HRS § 431:10-242 CLEARLY APPLIES.  CHICAGO TITLE **HAS** BEEN ORDERED TO PAY "BENEFITS OWED UNDER A POLICY OF INSURANCE" TO MRS. MORGAN, AND CHICAGO TITLE CONCEDES THAT IT CONTESTED LIABILITY FOR THOSE BENEFITS . . . . . . . . . . . 2

II.HRS § 607-14 DOES NOT CAP MRS. MORGAN'S FEE RECOVERY UNDER HRS § 431:10-242 – EITHER DIRECTLY OR INDIRECTLY.  IN FACT, THE PLAIN WORDS OF HRS § 607-14 SHOW THAT "REASONABLE" ATTORNEYS' FEES MAY OF COURSE EXCEED 25% OF A PREVAILING PARTY'S RECOVERY . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

III.ALMOST ALL OF CHICAGO TITLE'S OTHER OBJECTIONS MUST BE DISREGARDED BECAUSE OF CHICAGO TITLE'S FAILURE TO COMPLY WITH THE SPECIFICITY REQUIREMENTS OF LR 54.3(f) . . . . . . . . . . . . 6

IV.UNDER HRS § 431:10-242, MRS. MORGAN IS ENTITLED TO RECOVER ALL OF HER FEES REASONABLY INCURRED IN THIS ACTION, INCLUDING (1) FEES REASONABLY INCURRED IN PURSUING ELEMENTS OF HER DAMAGES WHICH HAVE NOT, OR AT LEAST NOT YET, BEEN AWARDED, AND (2) FEES RECORDED IN QUARTER-HOUR INCREMENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

V.ALL OF MRS. MORGAN'S REQUESTED FEES WERE REASONABLY INCURRED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

A.Mrs. Morgan Is Entitled To Recover All Disputed Fees Incurred In Phase Two of This Case, From Its Inception Through the First Appeal . . . . . . . . . . . . . . 12

B.Mrs. Morgan Is Entitled To Recover All Disputed Fees Incurred In Phase Two of This Case, After The First Remand Through the Resolution of Post-Trial Motions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

C.Mrs. Morgan Is Entitled To Recover All Disputed Fees Incurred In Phase Three of This Case, After The Second Remand To The Present . . . . . . . . . . . . . . . . 21

VI.MRS. MORGAN IS NOT SEEKING FEES FOR INAPPROPRIATE "SECRETARIAL DUTIES," ETC. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

VII. THE CONTINGENT NATURE OF COUNSEL'S RETENTION, AND THE MORGANS' INABILTY TO AFFORD THE FEES THEY INCURRED IN THE KAUAI COURT, ARE FACTORS INDICATING THAT THE FEE AWARD HEREIN SHOULD BE HIGHER – NOT LOWER . . . . . . . . . . . . . . . . . . . 22

TABLE OF AUTHORITIES

Cases

*Aerojet-General Corp. v. Transport Indemnity Co.*, 17 Cal.4th 38, 948 P.2d 909 (Cal. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*Arenson v. National Auto and Casualty Co.*, 48 Cal.2d 528, 310 P.2d 961 (1957) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 13

*Baker v. Dorfman*, 239 F.3d 415 (2d Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . 17

*Buss v. Superior Court*, 47 Cal.App.4th 679, 50 Cal.Rptr. 447 (Cal.App. 1996), *aff'd*, 16 Cal.4th 38, 939 P.2d 766 (Cal. 1997) . . . . . . . . . . . . . . . 17

*Daugert v. Pappas*, 104 Wash.2d 254, 704 P.2d 600 (Wash. 1985) . . . . . . . . . 19

*Gordon & Co. v. Ross*, 84 F.3d 542 (2d Cir. 1996) . . . . . . . . . . . . . . . . . . . . 18

*Kapahua v. HIG, Ltd.*, 50 Hawaii 644, 447 P.2d 669 (1968) . . . . . . . . . . . . . . 2

*Mattco Forge, Inc. v Arthur Young & Co.*, 52 Cal. App.4th 820, 60 Cal.Rptr.2d 780 (1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

*Migra v. Warren City School District Board of Education*, 465 U.S. 75, 102 S.Ct. 892, 79 L.Ed.2d 56 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*Sentinel Insurance Co. v. First Insurance Co.*, 76 Hawaii 277, 875 P.2d 894 (1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 8, 13, 15, 18

*Sharp v. Hui Wahine*, 49 Hawaii 241 (1966) . . . . . . . . . . . . . . . . . . . . . . . 9, 22

*The Upper Deck Co., LLC v. Federal Insurance Co.*, 358 F.3d 608 (9th Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-17

*Welch v. Metropolitan Life*, 480 F.3d 942 (9th Cir. 2007) . . . . . . . . . . . . . 10, 22

*Zanakis-Pico v. Cutter Dodge Co.*, 98 Haw. 309, 47 P.3d 1222 (2002) . . . . . . . 17

Statutes and Rules

HRS § 431:10-220 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

HRS § 431:10-242 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 5-6, 8, 9

HRS § 607-14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-6

FRAP Rule 32.1(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Local Rule 7.5(e) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Local Rule 54.3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-7

Miscellaneous

B. Gardner, *Black's Law Dictionary* (8th ed. 2004) . . . . . . . . . . . . . . . . . . . . . . . . 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>      Plaintiff,<br><br>  v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>      Defendant. | CIVIL NO. 00-00145 BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on this date by first-class United States Mail upon the following:

NEIL F. HULBERT, ESQ.
Alston Hunt Floyd & Ing
1001 Bishop Street, 18th Floor, ASB Tower
Honolulu, Hawai'i 96813

Attorneys for Defendant

DATED: Honolulu, Hawaii, March 10, 2008.

STEVEN B. JACOBSON
Attorneys at Law
A Limited Liability Law Company

STEVEN B. JACOBSON