IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>        Plaintiff,<br><br>  vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>        Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 00-00145 BMK<br><br>ORDER DENYING OBJECTIONS TO COSTS |

ORDER DENYING OBJECTIONS TO COSTS

Before the Court are the objections of Defendant Chicago Title ("Chicago Title") to a bill of costs submitted by Plaintiff Alice H. Morgan ("Morgan") on February 4, 2008. Morgan seeks costs in the amount of $4,231.20, plus per diem interest in the amount of $.49/day on a portion of these costs already awarded by this Court in a previous order.

Chicago Title objects to just $277.43 of these costs. First, Chicago Title contends that Morgan is not entitled to $194.48 of costs incurred in obtaining certain hearing transcripts on the grounds that they were used for appeal, not for this case. Chicago Title provides no support for this argument, however, and

Morgan confirms that these transcripts were indeed for use in the proceedings before this Court.  Accordingly, Chicago Title's first objection is DENIED.

Second, Chicago Title objects to $82.95 that Morgan spent on copying, arguing that only two copies are needed, not four.  Morgan points out that four copies of court documents are in fact required – three for the clerks' office, and one for the opposing party.  This objection is also DENIED.

Morgan is hereby awarded $4,231.20 in costs, plus $21.56 for 44 days of interest from February 4 through March 19, 2008, for a total award of **$4,252.76.**

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: March 20, 2008

Morgan v. Chicago Title; Civ. No. 00-00145 BMK; ORDER DENYING OBJECTIONS TO BILL OF COSTS.