AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
### District of Hawaii

Alice H. Morgan, Trustee

V.

Chicago Title Insurance Company

**BILL OF COSTS**

Case Number: Civ. No. 00-00145 BMK

Judgment having been entered in the above entitled action on __1/4/2008__ against __Defendant Chicago Title__, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 360.00 |
| Fees for service of summons and subpoena | 40.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 194.48 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | 40.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 2,419.02 |
| Docket fees under 28 U.S.C. 1923 | 20.00 |
| Costs as shown on Mandate of Court of Appeals | 837.00 |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 342.26 |
| **TOTAL** | **$ 4,252.76** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

---

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:  Neil F. Hulbert and Laura P. Couch, Esqs.

Signature of Attorney: _[signature]_

Name of Attorney: Steven B Jacobson

For: Plaintiff Alice H. Morgan, Trustee          Date: 3/25/2008

Name of Claiming Party

Costs are taxed in the amount of $4,252.76 and included in the judgment.

SUE BEITIA          By: /s/ Gary Santos          3/25/08
Clerk of Court              Deputy Clerk              Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Richard C. Sutton Jr., 737 Bishop St., Honolulu | 1 | 40.00 | | | | | $40.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $40.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."