ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON        4117-0
(sjacobson.law@hawaiiantel.net)
P. O. Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 28 2008
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>PLAINTIFF'S MOTION TO ALTER OR AMEND ORDER AWARDING ATTORNEYS' FEES; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STEVEN B. JACOBSON; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Barry M. Kurren |

## PLAINTIFF'S MOTION TO ALTER OR AMEND ORDER AWARDING ATTORNEYS' FEES

Plaintiff ALICE H. MORGAN, Trustee of the Morgan Family Revocable

Living Trust Under Agreement Dated September 20, 1990, as Amended

("Plaintiff"), hereby moves for an Order of the Court increasing the amount of

attorney's fees awarded in the Court's Order Granting In Part and Denying In Part Plaintiff's Motion for Attorney's Fees, filed March 20, 2008.

This motion is made pursuant to FRCP Rules 1, 7(b), 54(d)(2) and 59(e), and Local Rules 7 and 54.3. It is based upon the attached memorandum and declaration, the entire record of this action (including the previous appeals to the United States Court of Appeals for the Ninth Circuit), and such other and further evidence and argument as may subsequently be presented.

DATED: Honolulu, Hawaii, March 28, 2008.

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Corporation

_____
STEVEN B. JACOBSON
Attorneys for Plaintiff