IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>DECLARATION OF STEVEN B. JACOBSON |

<u>DECLARATION OF STEVEN B. JACOBSON</u>

STEVEN B. JACOBSON declares as follows:

1. I am a member of the Bar of this Court, and Plaintiffs' counsel of record. I have personal knowledge of the facts in this Declaration, and could and would competently testify to them if called as a witness.

2. I keep track of my time spent on client matters using a rounded quarter-hour time-keeping and billing system. Specifically, unless there are no other entries on a matter for a particular day, I round 0-7 minute time expenditures down to .00 hours, round 8-22 minute times up or down to .25 hour, round 23-37 minute times up or down to .50 hour, round 38-52 minute times up or down to .75 hour,

~ 1 ~

round 53-67 minute times up or down to 1.00 hour, round 68-82 minute times up or down to 1.25 hours, and so on.

3. Where I spend a total of only 1 to 22 minutes on a particular matter during a day, a single .25 hour entry is recorded and billed for that day, if I bill the matter at all. Unless there have been a series of 1-3 minute days on a particular matter, I may not record anything for a 1-3 minute day.

4. I've followed the same system throughout this action, from its beginning until now.

5. To confirm, I have handled this action for Mr. and Mrs. Morgan on a contingency basis from its outset, and would be paid nothing for my services absent a recovery – which has twice been threatened by Judge Gillmor's and Judge Kurren's entry of judgments for Chicago Title – by Mrs. Morgan herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of March, 2008, at Honolulu, Hawaii.

_____
STEVEN B. JACOBSON