IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on this date by hand delivery upon the following:

NEIL F. HULBERT, ESQ., et al.
Alston Hunt Floyd & Ing
1001 Bishop Street, 18th Floor, ASB Tower
Honolulu, Hawai'i 96813

Attorneys for Defendant

DATED: Honolulu, Hawaii, March 28, 2008.

STEVEN B. JACOBSON
Attorneys at Law
A Limited Liability Law Company

_____
STEVEN B. JACOBSON

~ 3 ~