# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

MAR 1 0 2008

FILED
DOCKETED

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** Alice H. Morgan, et al., vs. Chicago Title Insurance Company

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 08-15555

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 00-00145BMK

II. **DATE NOTICE OF APPEAL FILED:** 02/15/08

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:** 02/15/08        **AMOUNT:** $455.00

   **NOT PAID YET:**                       **BILLED:**

   **U.S. GOVERNMENT APPEAL:**             **FEE WAIVED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**          **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**            **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

RECEIVED
CLERK U.S. DISTRICT COURT

MAR 31 2008

DISTRICT OF HAWAII

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)