FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 17 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALBERT R. MORGAN; ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement dated 9/20/90, as amended,<br><br>    Plaintiffs - Appellants Cross Appellees<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>    Defendant - Appellee Cross Appellant | No.   08-15555; 08-15356<br>D.C. No.  CV-00-00145-BMK<br><br>**TIME SCHEDULE ORDER** |



RECEIVED
CLERK U.S. DISTRICT COURT

MAR 3 1 2008

DISTRICT OF HAWAII

The parties shall meet the following time schedule:

| | |
|---|---|
| **Mon., June 23, 2008** | The party(s) who filed the first appeal shall file and serve the first brief on cross-appeal pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| **Wed., July 23, 2008** | The party(s) who filed the second appeal shall file and serve the second brief on cross-appeal pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| **Fri., August 22, 2008** | The third brief on cross-appeal shall be filed and served pursuant to FRAP 32 and 9th Cir. R. 32-1; |

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal.  9th Cir. R. 42-1**

Appellants/Petitioners without representation of counsel in a prisoner appeal
may have their case submitted on the briefs and record without oral
argument, pursuant to FRAP 34(a).  Within 10 days of the filing of the
appellant's opening brief, parties may file a statement setting forth the
reasons why, in the opinion of the parties, oral argument should be heard.


FOR THE COURT:
Molly Dwyer
Acting Clerk of Court

RT

Ruben Talavera
Deputy Clerk