

ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON     4117-0
(sjacobson.law@hawaiiantel.net)
P. O. Box 240761
Honolulu, HI  96824-0761
Telephone:  (808) 377-1814

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 25 2008

at /0 o'clock and ___ min ___ M.
SUE BEITIA, CLERK

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>PLAINTIFF'S MOTION FOR RELIEF FROM ORDER RE ATTORNEY'S FEES; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>JUDGE:  Hon. Barry M. Kurren |

<u>PLAINTIFF'S MOTION FOR RELIEF FROM ORDER RE ATTORNEY'S FEES</u>

Plaintiff ALICE H. MORGAN, Trustee, hereby moves for an Order of the Court relieving her from the Court's Order Granting In Part and Denying In Part Plaintiff's Motion for Attorney's Fees filed March 20, 2008, and the Court's Order Denying Plaintiff's Motion To Alter or Amend filed March 31, 2008.

~ 1 ~

This motion is made pursuant to FRCP Rules 1, 7(b) and 60(b)(1), on the ground that aspects of the Order are the result of mistake. It is based upon the attached memorandum, the records and files herein, and such other and further evidence and argument as may subsequently be presented.

DATED: Honolulu, Hawaii, April 24, 2008.

          STEVEN B. JACOBSON
          Attorney at Law
          A Limited Liability Law Corporation

          STEVEN B. JACOBSON
          Attorneys for Plaintiff