ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON    4117-0
(sjacobson.law@hawaiiantel.net)
P. O. Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 25 2008

at 10 o'clock and 60 min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>JUDGE: Hon. Barry M. Kurren |

PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT

Plaintiff Alice H. Morgan, Trustee ("Plaintiff" or "Mrs. Morgan"), hereby moves for an Order of the Court relieving her from the Judgment filed in this action on November 8, 2007, as amended on January 4, 2008, insofar as it denies her *any recovery whatsoever* – notwithstanding Defendant Chicago Title's already-

established breach of its duty to defend – of (1) the fees, costs and expenses of approximately $200,000 which she and her late husband incurred in and/or relating to the underlying Hawaii Circuit Court action in which Chicago Title failed to defend them, and (2) the $295,877.20 value of the claim Mr. and Mrs. Morgan surrendered in order to settle that action

This Motion is made pursuant to FRCP Rules 7(b) and 60(b)(1, 2, 3, 5 & 6) and Local Rule 7. It is based upon the attached memorandum, the records and files herein, and such other and further evidence and argument as may subsequently be presented.

DATED: Honolulu, Hawaii, April 25, 2008.

                                            STEVEN B. JACOBSON
                                            Attorney at Law
                                            A Limited Liability Law Corporation

                                            _____
                                            STEVEN B. JACOBSON
                                            Attorneys for Plaintiff