ORIGINAL

STEVEN B. JACOBSON
Attorney at Law
A Limited Liability Law Company

STEVEN B. JACOBSON    4117-0
(sjacobson.law@hawaiiantel.net)
P. O. Box 240761
Honolulu, HI 96824-0761
Telephone: (808) 377-1814

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>NOTICE OF APPEAL;<br>REPRESENTATION STATEMENT |

NOTICE OF APPEAL

Plaintiff Alice H. Morgan, Trustee, hereby appeals to the United States

Court of Appeals for the Ninth Circuit from the following:

1. The Court's Order Denying Plaintiff's Motion to Alter and Amend, filed March 31, 2008.

2. The Court's underlying Order Granting In Part and Denying In Part Plaintiff's Motion for Attorney's Fees, filed March 20, 2008, insofar as it denies said motion by awarding only $109,759.86 of attorney's fees and related non-taxable expenses.

3. The Court's Order Denying Plaintiff's Motion for Relief from Judgment, filed April 28, 2008.

4. The Court's Order Denying Plaintiff's Motion for Relief from Order Re Attorney's Fees, filed April 28, 2008.

DATED: Honolulu, Hawai'i, April 29, 2008.

        STEVEN B. JACOBSON
        Attorney at Law
        A Limited Liability Law Company

        _____
        STEVEN B. JACOBSON
        Attorneys for Plaintiffs