IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 00-00145 BMK<br><br>REPRESENTATION STATEMENT |

## REPRESENTATION STATEMENT

Plaintiff-Appellant is Alice H. Morgan, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended.

Her counsel is Steven B. Jacobson, Steven B. Jacobson, AAL, ALLLC, P.O. Box 240761, Honolulu, HI 96824-0761, 808-377-1814 (tel, no fax).

Defendant-Appellee is Chicago Title Insurance Company.

3

Its counsel are Neil F. Hulbert, Jade Lynne Ching, and Laura P. Couch, Alston, Hunt, Floyd & Ing, 1001 Bishop Street, ASB Tower, 18th Floor, Honolulu, HI 96813, 808-524-1800 (tel), 808-524-4591 (fax).

DATED: Honolulu, Hawai'i, April 29, 2008.

                                        STEVEN B. JACOBSON
                                        Attorney at Law
                                        A Limited Liability Law Company

                                        STEVEN B. JACOBSON
                                        Attorneys for Plaintiff-Appellant