IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

ORIGINAL

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____  U.S. District Court Case No. __Civil 00-00145 BMK__

Short Case Title __Morgan v. Chicago Title Insurance Company__

Date Notice of Appeal Filed by Clerk of District Court __April 29, 2008__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 29 2008
at __ o'clock and __ min __M
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| Attached | | Other (please specify) |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __none (already done)__  Estimated date for completion of transcript __none needed__

Print Name of Attorney __Steven B. Jacobson__   Phone Number __808-377-1814__

Signature of Attorney _____

Address __P O Box 240761, Honolulu, HI  96824-0761__

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
             (signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____  Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia__                                      BY: _____
(U.S. District Court Clerk)   (date)              DEPUTY CLERK

Attachment to Transcript Designation and Ordering Form

Section A:

| | | |
|---|---|---|
| 10-02-00 | Platt | Motion hearing |
| 12-08-00 | unk (MJ Kurren) | Motion hearing |
| 12-18-00 | Platt | Motion hearing |
| 04-02-01 | Platt | Motion hearing |
| 09-28-01 | C6 tape 1160 | Motion hearing |
| 10-08-04 | C6 | Motion hearing |
| 03-08-05 | unk (MJ Kurren) | Motion hearing |
| 05-24-05 | C. Fazio | Trial and motion hearing |
| 10-07-05 | C6 | Motion hearing |

Please note: All of these transcripts were previously ordered for the prior appeal in this action. No additional preparation is required.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALICE H. MORGAN, Trustee of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>    Plaintiff,<br><br>    v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>    Defendant. | CIVIL NO. 00-00145 BMK<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

A copy of the foregoing document was served today by first-class United States mail or hand delivery upon:

NEIL F. HULBERT, ESQ.
Alston Hunt Floyd & Ing
18th Floor, Pacific Tower
1001 Bishop Street
Honolulu, Hawai'i 96813

Attorneys for Defendant

DATED: Honolulu, Hawaii, April 29, 2008.

                              STEVEN B. JACOBSON
                              Attorney for Plaintiff

~ 1 ~