# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 243389 |
|---|---|
| Trans | 150880 |

Received From: **STEVEN JACOBSON**
Case Number:
Reference Number: CV 00-145BMK

| | | | Check | 455.00 |
|---|---|---|---|---|
| | | | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | | **Total** | **455.00** |
| | | Tend | 455.00 |
| | | Due | 0.00 |

04/29/2008 02:42:47 PM     Deputy Clerk: ag/AG