UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.     **SHORT CASE TITLE:**    Alice H. Morgan vs. Chicago Title Insurance Company

       **U.S. COURT OF APPEALS DOCKET NUMBER:**_____

       **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

       **U.S. DISTRICT COURT DOCKET NUMBER:**   Civil No. 00-00145BMK

II     **DATE NOTICE OF APPEAL FILED:**    April 29, 2008

III     **U.S. COURT OF APPEALS PAYMENT STATUS:**

       **DOCKET FEE PAID ON:**   04/29/08        **AMOUNT:**   $455.00

       **NOT PAID YET:**        **BILLED:**

       **U.S. GOVERNMENT APPEAL:**        **FEE WAIVED:**

       **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

       **IF YES, SHOW DATE:**        **& ATTACH COPY OF ORDER/CJA**

       **WAS F.P. STATUS REVOKED:**        **DATE:**

       **WAS F.P. STATUS LIMITED IN SOME FASHION?**

       **IF YES, EXPLAIN:**

IV     **COMPANION CASES, IF ANY:**

V.     **COMPLETED IN THE U.S. DISTRICT COURT BY:**

       Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 1, 2008

To All Counsel of Record as Appellees:

    IN RE:    Alice H. Morgan vs. Chicago Title Insurance Company

                 Civil No. 00-00145BMK

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on April 29, 2008.

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                                              Sincerely Yours,
                                              SUE BEITIA, CLERK

                                              by: Laila M. Geronimo
                                              Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    Alice H. Morgan (attorney for appellant)
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS