Of Counsel:
ALSTON HUNT FLOYD & ING
Attorney At Law
A Law Corporation

| | |
|---|---|
| NEIL F. HULBERT | 1143-0 |
| JADE LYNNE CHING | 5808-0 |
| LAURA P. COUCH | 7860-0 |

18th Floor, ASB Tower
1001 Bishop Street
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800

Attorneys for Defendant
CHICAGO TITLE INSURANCE
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>    Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>    Defendant.<br>_____ | CIVIL NO. CV00 00145 BMK<br><br>**DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S NOTICE OF CROSS APPEAL; EXHIBIT "1"; REPRESENTATION STATEMENT; CERTIFICATE OF SERVICE** |

677217v1/3968-37

## DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S
## NOTICE OF CROSS APPEAL

NOTICE IS HEREBY GIVEN that Defendant CHICAGO TITLE INSURANCE COMPANY ("Chicago Title"), by and through its attorneys, Alston Hunt Floyd & Ing, files this cross-appeal to the United States Court of Appeals for the Ninth Circuit from the Court's underlying Order Granting in Part and Denying in Part Plaintiffs' Motion for Attorney's Fees, filed March 20, 2008, insofar as it awarded $109,759.86 in attorneys' fees and related non-taxable expenses.

A true and correct copy of the Order Granting In Part and Denying In Part Plaintiff's Motion for Attorney's fees, filed March 20, 2008, is attached to this Notice of Cross-Appeal as Exhibit "1."

Dated: Honolulu, Hawai`i, May 12, 2008.

/s/ Laura P. Couch
NEIL F. HULBERT
JADE LYNNE CHING
LAURA P. COUCH

Attorneys for Defendant
CHICAGO TITLE INSURANCE
COMPANY