CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following by having said copy deposited in the United States mail, postage prepaid, addressed as follows:

STEVEN B. JACOBSON, ESQ
P.O. Box 240761
Honolulu, Hawai`i 96824-0761

Attorney for Plaintiff

DATED: Honolulu, Hawai`i, May 12, 2008.

                                        /s/ Laura P. Couch
                                        NEIL F. HULBERT
                                        JADE LYNNE CHING
                                        LAURA P. COUCH
                                        Attorneys for Defendant
                                        CHICAGO TITLE INSURANCE CO.