IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement Dated September 20, 1990, as Amended,<br><br>    Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>    Defendant. | CIVIL NO. CV00 00145 BMK<br><br>**REPRESENTATION STATEMENT** |

### DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S REPRESENTATION STATEMENT

Defendant-Cross-Appellant is Chicago Title Insurance Company. Its counsel are Neil F. Hulbert, Jade Lynne Ching, and Laura P. Couch, Alston Hunt Floyd & Ing, 1001 Bishop Street, American Savings Bank Tower, 18th Floor, Honolulu, HI 96813, (tel) (808) 524-1800, (fax) (808) 524-4591.

Plaintiff-Cross-Appellee is Alice H. Morgan, Trustee of the Morgan Family Revocable Living Trust Under Agreement dated September 20, 1990, as

677217v1/3968-37

Amended. Her counsel is Steven B. Jacobson, Steven B. Jacobson, AAL, ALLLC, P.O. Box 240761, Honolulu, HI 96824-0761, (tel. & fax) (808) 377-1814.

DATED at Honolulu, Hawai`i, May 13, 2008.

NEIL R. HULBERT
JADE LYNNE CHING
LAURA P. COUCH

Attorneys for Defendant-Cross-Appellant
CHICAGO TITLE INSURANCE COMPANY