## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing to be served on the following by having said copy deposited in the United States mail, postage prepaid, addressed as follows:

STEVEN B. JACOBSON, ESQ
P.O. Box 240761
Honolulu, Hawai`i 96824-0761

Attorney for Plaintiff

DATED: Honolulu, Hawai`i, May 13, 2008.

NEIL F. HULBERT
JADE LYNNE CHING
LAURA P. COUCH
Attorneys for Defendant
CHICAGO TITLE INSURANCE CO.

677217v1/3968-37