# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

| For Internal Use Only | |
|---|---|
| Receipt | **243553** |
| Trans | 151107 |

Received From: **ALSTON HUNT FLOYD**
Case Number:
Reference Number: **CV 00-145BMK**

|  | Check | 455.00 |
|---|---|---|
|  | Total | **455.00** |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  |  | **Total** | **455.00** |
|  |  | Tend | 455.00 |
|  |  | Due | 0.00 |

05/13/2008 10:55:08 AM     Deputy Clerk: dt/DT