UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DOCKET FEE PAYMENT NOTIFICATION FORM

MAY - 6 2008

FILED _____
DOCKETED _____  _____
                   INITIAL

I.     SHORT CASE TITLE:     Alice H. Morgan vs. Chicago Title Insurance Company

U.S. COURT OF APPEALS DOCKET NUMBER: _____

U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

U.S. DISTRICT COURT DOCKET NUMBER:    Civil No. 00-00145BMK

08-16157

II     DATE NOTICE OF APPEAL FILED:     April 29, 2008

III     U.S. COURT OF APPEALS PAYMENT STATUS:

DOCKET FEE PAID ON:    04/29/08       AMOUNT:    $455.00

NOT PAID YET:               BILLED:

U.S. GOVERNMENT APPEAL:       FEE WAIVED:

WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

IF YES, SHOW DATE:        & ATTACH COPY OF ORDER/CJA

WAS F.P. STATUS REVOKED:      DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

IV     COMPANION CASES, IF ANY:

V     COMPLETED IN THE U.S. DISTRICT COURT BY:

Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

RECEIVED
U.S. DISTRICT COURT

MAY 15 2008

DISTRICT OF HAWAII