# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 06 2008

at 11 o'clock and 77 min. A M.
SUE BEITIA, CLERK

I.  **SHORT CASE TITLE:** ALICE H. MORGAN vs. CHICAGO TITLE INSURANCE COMPANY

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 08-16314

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CIVIL NO. 00-00145BMK

II  **DATE NOTICE OF APPEAL FILED:** 05/13/08

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:** 05/13/08     **AMOUNT:** $455.00

   **NOT PAID YET:**              **BILLED:**

   **U.S. GOVERNMENT APPEAL:**    **FEE WAIVED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**         **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**   **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:**

**RECEIVED**
CLERK U.S. DISTRICT COURT

JUN 06 2008

DISTRICT OF HAWAII

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)