UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 02 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| ALICE H. MORGAN, Trustees of the Morgan Family Revocable Living Trust Under Agreement dated 9/20/90, as amended,<br><br>   Plaintiff - Appellee,<br><br>and<br><br>ALBERT R. MORGAN,<br><br>   Plaintiff,<br><br>V.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>   Defendant - Appellant. | No.  08-16314/ 08-16157<br>D.C. No.  1:00-cv-00145-BMK<br>District of Hawaii, Honolulu<br><br>**TIME SCHEDULE ORDER** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 06 2008
at 11 o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 06 2008
DISTRICT OF HAWAII

The parties shall meet the following time schedule:

| | |
|---|---|
| **Thu., August 14, 2008** | The party(s) who filed the first appeal shall file and serve the first brief on cross-appeal pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| **Mon., September 15, 2008** | The party(s) who filed the second appeal shall file and serve the second brief on cross-appeal pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| **Wed., October 15, 2008** | The third brief on cross-appeal shall be filed and served pursuant to FRAP 32 and 9th Cir. R. 32-1; |

The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.

Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1

Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


Gerald Rosen
Deputy Clerk